UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE QUALCOMM ANTITRUST LITIGATION | Case No. 17-MD-02773-LHK<br><br>**ORDER SETTING SCHEDULE FOR APPOINTMENT OF INTERIM CLASS COUNSEL AND CONSOLIDATED AMENDED COMPLAINT AND RESPONSE**<br><br>Re: Dkt. No. 2 |

An initial case management conference is scheduled for April 19, 2017, at 2 p.m. On April 12, 2017, the parties filed a joint case management statement. ECF No. 2.

The Court hereby adopts the parties' proposed schedule for appointment of interim class counsel. Motions to serve as Interim Class Counsel shall be filed no later than April 28, 2017. The motions shall not exceed 10 pages. No oppositions shall be permitted, except by leave of Court. The hearing on motions to serve as Interim Class Counsel is set for May 11, 2017, at 1:30 p.m.

The Court also adopts the parties' proposed schedule for filing a Consolidated Amended Complaint ("CAC") and response. The CAC shall be filed no later than June 26, 2017. The CAC

shall not include any causes of action that lump together multiple states' antitrust laws or consumer protection laws.

Qualcomm shall file a response to the CAC by August 10, 2017.  If Qualcomm moves to dismiss the CAC, Plaintiffs' opposition shall be due by September 25, 2017, and Qualcomm's Reply shall be due by October 17, 2017.  The hearing on a motion to dismiss the CAC shall be held on November 9, 2017, at 1:30 p.m.

The Court hereby CONTINUES the April 19, 2017 case management conference to May 25, 2017, at 1:30 p.m.  The parties shall file a joint case management statement by May 22, 2017.

**IT IS SO ORDERED.**

Dated: April 13, 2017

_____
LUCY H. KOH
United States District Judge