1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE: QUALCOMM ANTITRUST
LITIGATION

Case No. 17-MD-02773-LHK

**ORDER CONSOLIDATING CASES**

The following cases are hereby CONSOLIDATED with the Multi-District Litigation ("MDL") case *In re Qualcomm Antitrust Litigation*, 17-MD-02773-LHK.

*Bornstein et al. v. Qualcomm Inc.*, Case No. 17-CV-0234-LHK

*Stromberg et al. v. Qualcomm Inc.*, Case No. 17-CV-304-LHK

*McMahon v. Qualcomm Inc.*, Case No. 17-CV-372-LHK

*Boardsports School, Inc. v. Qualcomm Inc.*, Case No. 17-CV-398-LHK

*Benad et al. v. Qualcomm Inc.*, Case No. 17-CV-440-LHK

*Key v. Qualcomm Inc.*, Case No. 17-CV-442-LHK

*Ewald et al. v. Qualcomm Inc.*, Case No. 17-CV-565-LHK

*Esteban v. Qualcomm Inc.*, Case No. 17-CV-622-LHK

1    *Davis et al. v. Qualcomm Inc.*, Case No. 17-CV-604-LHK

2    *Housenick, et al. v. Qualcomm Inc.*, Case No. 17-CV-675-LHK

3    *Ervin v. Qualcomm, Inc.*, Case No. 17-CV-713-LHK

4    *Carney v. Qualcomm, Inc.*, Case No. 17-CV-743-LHK

5    *Tada et al. v. Qualcomm, Inc.*, Case No. 17-CV-762-LHK

6    *Crutcher, et al. v. Qualcomm Inc.*, Case No. 17-CV-766-LHK

7    *Kiefer, et al. v. Qualcomm Inc.*, Case No. 17-CV-785-LHK

8    *Zatlin, et al. v. Qualcomm Inc.*, Case No. 17-CV-938-LHK

9    *Ackerman, et al. v. Qualcomm Inc.*, Case No. 17-CV-1080-LHK

10   *Dietrich v. Qualcomm Inc.*, Case No. 17-CV-1093-LHK

11   *Espinosa, et al. v. Qualcomm Inc.*, Case No. 17-CV-1112-LHK

12   *Hallahan v. Qualcomm Inc.*, Case No. 17-CV-1231-LHK

13   *McDevitt et al. v. Qualcomm Inc.*, Case No. 17-CV-1244-LHK

14   *Kurzon v. Qualcomm Inc.*, Case No. 17-CV-1271-LHK

15   *Nagy, et al. v. Qualcomm Inc.*, Case No. 17-CV-1274-LHK

16   *Schwartz, et al. v. Qualcomm Inc.*, Case No. 17-CV-02166-LHK

17   *Hadnett v. Qualcomm Inc.*, Case No. 17-CV-02167-LHK

18   *Carroll, et al. v. Qualcomm Inc.*, Case No. 17-CV-02168-LHK

19   *Rotman, et al. v. Qualcomm Inc.*, Case No. 17-CV-02169-LHK

20   *Herrera, et al. v. Qualcomm Inc.*, Case No. 17-CV-02170-LHK

21   *Frederick, et al. v. Qualcomm Inc.*, Case No. 17-CV-02171-LHK

22   *Kreuzer v. Qualcomm Inc.*, Case No. 17-CV-02172-LHK

23   *Miller et al. v. Qualcomm Inc.*, Case No. 17-CV-01902-LHK

24   *Mackay et al. v. Qualcomm Inc.*, Case No. 17-CV-01903-LHK

25   *Acosta et al. v. Qualcomm Inc.*, Case No. 17-CV-1591[1]

26

27   [1] On April 3, 2017, Plaintiffs in the *Bornstein* action filed an administrative motion to relate *Acosta* to *Bornstein* and the other *Qualcomm* actions.  Docket No. 17-CV-00220, ECF No. 67.

28
2

Case No. 17-CV-00220-LHK
ORDER CONSOLIDATING CASES

United States District Court
Northern District of California

1      *Carr v. Qualcomm Inc.*, Case No. 17-CV-02133[2]

2   Any future filings in any of the above individual cases shall be filed in the MDL case, 17-MD-

3   02773-LHK, rather than in the individual cases.

4   **IT IS SO ORDERED.**

5

6   Dated: April 26, 2017

7                          *Lucy H. Koh*

8                LUCY H. KOH
               United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   The Court consolidates *Acosta* here, and denies as moot the administrative motion to relate.
     [2] On April 17, 2017, Plaintiffs in the *Carr* case filed an administrative motion to relate *Carr* to

27   *Bornstein* and the other *Qualcomm* actions. *See* ECF No. 7. The Court consolidates *Carr* here, and denies as moot the administrative motion to relate.

28                                             3

United States District Court
Northern District of California