UNITED STATES DISTRICT COURT
JUDGE LUCY H. KOH, PRESIDING
COURTROOM NO. 8 – 4TH FLOOR

## IN RE: QUALCOMM ANTITRUST LITIGATION
5:17-MD-02773-LHK

CLERK'S LIST OF ATTENDANCE AT THE MAY 11, 2017 HEARING ON MOTIONS TO SERVE AS INTERIM CLASS COUNSEL

Attorneys for Plaintiffs (all personally appearing):

**RENNE SLOAN HOLTZMAN SAKAI, LLP**
Louise H. Renne
Steve J. Cikes

**COTCHETT, PITRE & McCARTHY, LLP**
Steven N. Williams
Joyce M. Chang

**HAUSFELD LLP**
Bonny E. Sweeney
Christopher L. Lebsock
Bruce J. Wecker
Samantha J. Stein

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman
Rio S. Pierce

**SUSMAN GODFREY L.L.P.**
Kalpana D. Srinivasan
Amanda Bonn

**MILBERG LLP**
Peggy J. Wedgworth

**JOSEPH SAVERI LAW FIRM, INC.**
Joseph R. Saveri
Matthew S. Weiler
Kyla J. Gibboney
Nicomedes Sy Herrera

**GIBBS LAW GROUP**
Eric Gibbs

**KIRBY MCINERNEY LLP**
Robert J. Gralewski , Jr.

**PRITZKER LEVINE LLP**
Elizabeth C. Pritzker

**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver

**BERGER & MONTAGUE, P.C.**
Ruthanne Gordon

**THE MEHDI FIRM PC**
Azra Mehdi

**BARRACK, RODOS & BACINE**
Stephen R. Basser

Attorney for Defendant (personally appearing):
**KEKER, VAN NEST & PETERS LLP**
Asim M. Bhansali