UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE: QUALCOMM ANTITRUST LITIGATION | Case No. 17-MD-02773-LHK<br><br>**CASE MANAGEMENT ORDER (AMENDED)** |

Plaintiffs' Attorneys: Kalpana Srinivasan; Steven Williams; Joyce Chang
Defendant's Attorney: Robert Van Nest; Asim Bhansali; Eugene Paige; Justina Sessions

An initial case management conference was held on May 25, 2017. A further case management conference is set for July 27, 2017, at 1:30 p.m. The parties shall file their joint case management statement by July 20, 2017.

The parties shall exchange initial disclosures on or before June 26, 2017.

The parties shall file by May 26, 2017 a stipulated protective order for Judge Cousins's signature.

Plaintiffs shall file by May 26, 2017 a motion to consider whether *Hall v. Qualcomm*, 17-CV-02274-NC, is related to the instant action.

Discovery shall begin immediately. Qualcomm shall produce documents it submitted to government investigatory agencies that do not contain third-party confidential information within two days of the entry of the protective order. Qualcomm shall provide notice to third parties immediately.

Other than the modifications to the Federal Rules of Civil Procedure proposed by the

1

Case No. 17-MD-02773-LHK
CASE MANAGEMENT ORDER (AMENDED)

parties in the Joint Case Management Statement, the discovery limitations in the Federal Rules of Civil Procedure shall govern this case.

The Court set the following case schedule:

| Scheduled Event | Date |
| --- | --- |
| Deadline for Qualcomm to Produce Materials Provided to Regulatory Agencies | June 8, 2017 |
| Deadline for Filing Consolidated Complaint | June 26, 2017 |
| Deadline for Rule 26(f) Conference | July 17, 2017 |
| Defendant's Response to Consolidated Complaint | Motion: August 10, 2017<br>Opposition: September 25, 2017<br>Reply: October 17, 2017 |
| Hearing on Defendant's Motion to Dismiss the Consolidated Complaint | November 9, 2017, at 2:00 p.m. |
| Close of Fact Discovery | March 30, 2018 |
| Last Day to File Motion for Class Certification and Supporting Expert Declarations | Motion: May 3, 2018<br>Opposition: June 8, 2018<br>Reply: July 6, 2018 |
| Class Certification Hearing | July 26, 2018, at 1:30 p.m. |
| Plaintiff's Expert Reports | September 6, 2018 |
| Qualcomm's Expert Reports | September 27, 2018 |
| Plaintiff's Rebuttal Expert Reports | October 18, 2018 |
| Close of Expert Discovery | November 8, 2018 |
| Last Day to File Dispositive Motions and *Daubert* (one per side in the entire case) | Motion: December 6, 2018<br>Opposition: January 3, 2019<br>Reply January 21, 2019 |
| Hearing on Dispositive Motions | February 14, 2019, at 1:30 p.m. |
| Final Pretrial Conference | April 11, 2019, at 1:30 p.m. |
| Jury Trial | April 29, 2019, at 9:00 a.m. |
| Length of Trial | 8 days |

**IT IS SO ORDERED.**

Dated: May 25, 2017

_____
LUCY H. KOH
United States District Judge

2

Case No. 17-MD-02773-LHK
CASE MANAGEMENT ORDER (AMENDED)