| | |
|---|---|
| 1 | KEKER, VAN NEST & PETERS LLP |
| | ROBERT A. VAN NEST - # 84065 |
| 2 | rvannest@keker.com |
| | ASIM M. BHANSALI - # 194925 |
| 3 | abhansali@keker.com |
| | EUGENE M. PAIGE - # 202849 |
| 4 | epaige@keker.com |
| | JUSTINA SESSIONS - # 270914 |
| 5 | jsessions@keker.com |
| | DAVID W. RIZK - # 284376 |
| 6 | drizk@keker.com |
| | ALEXANDER DRYER - # 291625 |
| 7 | adryer@keker.com |
| | 633 Battery Street |
| 8 | San Francisco, CA 94111-1809 |
| | Telephone: 415 391 5400 |
| 9 | Facsimile: 415 397 7188 |

Attorneys for Defendant
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: QUALCOMM ANTITRUST LITIGATION | Case No. 17-md-02773-LHK |
| | **STIPULATION AND [PROPOSED] ORDER RE CASE SCHEDULE** |
| This Document Relates To: | Dept.: Courtroom 8, 4th Floor |
| ALL ACTIONS | Judge: Hon. Lucy H. Koh |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs and Defendant Qualcomm Incorporated ("Qualcomm"), hereby jointly stipulate and respectfully request that the Court: (i) extend the deadline for Qualcomm to produce certain materials provided to regulatory agencies; and (ii) extend the deadline for Plaintiffs to file a Consolidated Amended Complaint.

In support of these stipulated requests, the Parties jointly state as follows:

WHEREAS, under the Court's Case Management Order of May 25, 2017, D.E. 36, the deadline for Qualcomm to produce to Plaintiffs the materials provided to regulatory agencies (the "Materials") is June 8, 2017, and the deadline for Plaintiffs to file a Consolidated Amended Complaint is June 26, 2017;

WHEREAS, as set forth in the accompanying declaration, Qualcomm has worked diligently to prepare the Materials for production, including by sending hundreds of notice letters to third parties;

WHEREAS, as set forth in the accompanying declaration, Qualcomm made its initial production of the Materials to Plaintiffs on May 31, 2017, consistent with the Court's Order;

WHEREAS, as set forth in the accompanying declaration, given the volume of the Materials, Qualcomm requires additional time to complete its production;

WHEREAS, Qualcomm has conferred with Plaintiffs and the parties have agreed that this extension of the production should be accompanied by an extension in the deadline for Plaintiffs to file a Consolidated Amended Complaint;

WHEREAS, the Parties have met and conferred and have agreed that a brief extension of Qualcomm's deadline to complete production of the Materials and a brief extension of Plaintiffs' deadline to file a Consolidated Amended Complaint will not delay the case schedule;

NOW THEREFORE, the Parties jointly stipulate as follows:

1. The deadline for Qualcomm to complete its production of the Materials shall be extended from June 8, 2017 to June 19, 2017;

2. The deadline for Plaintiffs to file a Consolidated Amended Complaint shall be extended from June 26, 2017 to July 11, 2017;

1168582

3. The deadlines for Qualcomm's response to the Consolidated Amended Complaint, any associated briefing, and a motion to dismiss hearing all shall remain as set by the Court;

4. All other case deadlines shall remain unchanged;

5. Since the Court established a case schedule, there have been no other extensions or modifications of time in this case;

6. The Parties' stipulated extension of time will not alter the date of any other deadline or event already fixed by Court Order.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

///

| | |
|---|---|
| Dated: June 5, 2017 | By: */s/ Kalpana Srinivasan*<br>Kalpana Srinivasan<br>Marc M. Seltzer<br>Steven G. Sklaver<br>Amanda Bonn<br>Oleg Elkhunovich<br>SUSMAN GODFREY L.L.P.<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, CA 90067<br>Telephone: (310) 789-3100<br>Facsimile: (310) 789-3006<br>Email: ksrinivasan@susmangodfrey.com<br>Email: mmseltzer@susmangodfrey.com<br>Email: ssklaver@susmangodfrey.com<br>Email: jgrinstein@susmangodfrey.com<br>Email: abonn@susmangodfrey.com<br>Email: oelkhunovich@susmangodfrey.com<br><br>Joseph Grinstein<br>SUSMAN GODFREY L.L.P.<br>1000 Lousiana Street # 5100<br>Houston, TX 77002<br>Telephone: (713) 651-9366<br>Facsimile: (713) 654-6666<br>Email: jgrinstein@susmangodfrey.com<br><br><br>*/s/ Steven N. Williams*<br>Steven N. Williams<br>Joseph W. Cotchett<br>Mark F. Ram<br>Joyce M. Chang<br>COTCHETT, PITRE & MCCARTHY, LLP<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>Facsimile: (650) 697-0577<br>Email: swilliams@cpmlegal.com<br>  jcotchett@cpmlegal.com<br>  mram@cpmlegal.com<br>  jchang@cpmlegal.com<br><br>***Plaintiffs' Co-Lead Counsel***<br><br>Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101<br>Telephone: (206) 268-9320<br>Facsimile: (206) 623-0594<br>Email: steve@hbsslaw.com<br><br>***Plaintiffs' Steering Committee*** |

Dated: June 5, 2017                               KEKER, VAN NEST & PETERS LLP

                                    By:   */s/ Asim M. Bhansali*
                                          ROBERT A. VAN NEST
                                          ASIM M. BHANSALI
                                          EUGENE M. PAIGE
                                          JUSTINA SESSIONS
                                          DAVID W. RIZK
                                          ALEXANDER DRYER

                                          Attorneys for Defendant
                                          QUALCOMM INCORPORATED

### **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory above.

Dated: June 5, 2017

                                    By:   */s/ Asim M. Bhansali*
                                          ASIM M. BHANSALI

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 7, 2017                       [signature: Lucy H. Koh]
                                          HONORABLE LUCY H. KOH
                                          UNITED STATES DISTRICT JUDGE