| | |
|---|---|
| CRAVATH, SWAINE & MOORE LLP<br>Gary A. Bornstein (*pro hac vice*)<br>gbornstein@cravath.com<br>Yonatan Even (*pro hac vice*)<br>yeven@cravath.com<br>825 Eighth Avenue<br>New York, New York 10019-7475<br>Telephone:  (212) 474-1000<br>Facsimile:  (212) 474-3700<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Richard S. Taffet (*pro hac vice*)<br>richard.taffet@morganlewis.com<br>101 Park Avenue<br>New York, NY 10178-0060<br>Telephone:  (212) 309-6000<br>Facsimile:  (212) 309-6001 | MORGAN, LEWIS & BOCKIUS LLP<br>Willard K. Tom (*pro hac vice*)<br>willard.tom@morganlewis.com<br>1111 Pennsylvania Avenue NW<br>Washington, DC 20004-2541<br>Telephone:  (202) 739-3000<br>Facsimile:   (202) 739 3001<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Donn P. Pickett (SBN 72257)<br>donn.pickett@morganlewis.com<br>Geoffrey T. Holtz (SBN 191370)<br>geoffrey.holtz@morganlewis.com<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Telephone:  (415) 442-1000<br>Facsimile:  (415) 442-1001 |

Attorneys for Defendant
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: QUALCOMM ANTITRUST LITIGATION | Case No. 17-md-02773-LHK<br><br>**NOTICE OF APPEARANCE OF NITIN JINDAL** |

Notice of Appearance of Nitin Jindal
Case No. 17-md-02773-LHK

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Nitin Jindal of the law firm of Morgan Lewis & Bockius LLP hereby appears in this action as counsel on behalf of Defendant Qualcomm Incorporated ("Qualcomm").  Qualcomm respectfully requests that all pleadings and other documents be addressed to and served upon Nitin Jindal using the contact information set forth below.

> Nitin Jindal
> Morgan Lewis & Bockius, LLP
> One Market, Spear Street Tower
> San Francisco, CA 94105
> Telephone:   (415) 442-1000
> Facsimile:    (415) 442-1001
> Email:         nitin.jindal@morganlewis.com

Dated:  June 8, 2017

MORGAN, LEWIS & BOCKIUS LLP

By:  */s/ Nitin Jindal*

Nitin Jindal (SBN 257850)
Attorneys for Defendant
QUALCOMM INCORPORATED