Jason S. Hartley (SBN 192514)
Jason M. Lindner (SBN 211451)
STUEVE SIEGEL HANSON, LLP
550 West C Street, Suite 1750
San Diego, CA 92101
Telephone: (619) 400-5822
Facsimile: (619) 400-5832
Email: hartley@stuevesiegel.com
       lindner@stuevesiegel.com

*Attorneys for Plaintiffs in*
*Frederick, et al. v. Qualcomm Incorporated*,
5:17-cv-02171-LHK

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: QUALCOMM ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Frederick, et al. v. Qualcomm Incorporated*, 5:17-cv-2171-LHK | Case No. 5:17-md-02773-LHK<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs in Consolidated Action *Frederick, et al. v. Qualcomm Incorporated*, 5:17-cv-02171, Scott Frederick, Charles Poon, Andrea Hogan, Tina Heim, Monica Morrow, Mark Cardillo and Allison Shipp, by and through their counsel, hereby voluntarily dismiss, without prejudice, the Consolidated Action *Frederick, et al. v. Qualcomm Incorporated*, 5:17-cv-2171 against Defendant Qualcomm Incorporated. Defendant has not filed or served either an answer or a motion for summary judgment in the action. Plaintiffs have not previously dismissed in any court in the United States or of any state an action based on or including the same claims asserted in *Frederick, et al. v. Qualcomm Incorporated*, 5:17-cv-02171.

Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

| | | |
|---|---|---|
| 1 | Dated: September 1, 2017 | Respectfully submitted, |
| 2 | | s/ *Jason S. Hartley* |
| 3 | | Jason S. Hartley (SBN 192514) |
| | | Jason M. Lindner (SBN 211451) |
| 4 | | STUEVE SIEGEL HANSON, LLP |
| | | 550 West C Street, Suite 1750 |
| 5 | | San Diego, CA 92101 |
| | | Telephone: (619) 400-5822 |
| 6 | | Facsimile: (619) 400-5832 |
| | | Email: hartley@stuevesiegel.com |
| 7 | | lindner@stuevesiegel.com |
| 8 | | Garrett D. Blanchfield |
| | | Brant D. Penney |
| 9 | | Reinhardt Wendorf & Blanchfield |
| | | E1250 First National Bank Bldg. |
| 10 | | 332 Minnesota Street |
| | | St. Paul, MN 55101 |
| 11 | | Tel: (651) 287-2100 |
| | | Fax: (651) 287-2103 |
| 12 | | Email: g.blanchfield@rwblawfirm.com |
| | | b.penney@rwblawfirm.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2017, I caused the foregoing Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a) to be filed with the Clerk of the Court via the Court's CM/ECF system and served upon all counsel of record in this action via the ECF system. The document is available for review and to download from the ECF system.

s/ <i>Jason S. Hartley</i><br>Jason S. Hartley