1

2

3

4

5

6

7

8

9

10    UNITED STATES DISTRICT COURT

11    NORTHERN DISTRICT OF CALIFORNIA

12    SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff,<br><br>    vs.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>        Defendant. | Case No. 5:17-cv-00220-LHK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT QUALCOMM INCORPORATED'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBITS TO QUALCOMM AND NON-PARTY APPLE INC.'S JOINT DISCOVERY STATEMENT AND EXHIBITS THERETO** |
| IN RE: QUALCOMM ANTITRUST LITIGATION | Case No. 5:17-MD-02773-LHK-NMC |

On October 9, 2017, Defendant Qualcomm Incorporated ("Qualcomm") filed an Administrative Motion to File Under Seal Portions Of Qualcomm and Non-Party Apple Inc.'s Joint Discovery Statement and Exhibits Thereto ("Administrative Motion"), to which Apple has consented.  Through its Administrative Motion, Qualcomm moves to seal information designated by Apple as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Orders entered in the above-captioned matters.  Qualcomm has narrowly tailored its request by moving to seal only certain portions of certain exhibits attached to the Declaration of Gary A. Bornstein, filed on October 9, 2017, in connection with the Joint Discovery Statement:

- Joint Discovery Statement, Redact terms as indicated in the document.
- Exhibit 1, Seal in its entirety;
- Exhibit 2, Seal in its entirety;
- Exhibit 3, Seal in its entirety;
- Exhibit 4, Seal in its entirety;
- Exhibit 5, Seal in its entirety;
- Exhibit 6, Seal in its entirety;
- Exhibit 8, Seal in its entirety;
- Exhibit 9, Seal in its entirety;
- Exhibit 10, Seal in its entirety;
- Exhibit 13, Redact terms on lines 12 and 14 on page 8;
- Exhibit 14, Redact terms on lines 12 and 14 on page 8;
- Exhibit 16, Redact the last three words of the first paragraph of page 2;
- Exhibit 16, Redact the last sentence of page 4, continuing onto page 5;
- Exhibit 16, Redact the first, second, fourth, fifth and the last sentence of the bulleted paragraph on page 6;
- Exhibit 17, Seal in its entirety;
- Exhibit 18, Seal in its entirety;

[Proposed] Order re Motion to Seal
Case No. 17-CV-00220-LHK
Case No. 17-MD-02773-LHK-NMC

1    • Exhibit 19, Seal in its entirety;

2    • Exhibit 20, Seal in its entirety;

3    • Exhibit 21, Seal in its entirety;

4    • Exhibit 22, Seal in its entirety;

5    • Exhibit 24, Redact terms as indicated in the document.

6    Having considered Qualcomm's Administrative Motion, and the Declaration of Gary A.

7    Bornstein,

8    IT IS HEREBY ORDERED THAT: Qualcomm's Administrative Motion is GRANTED.

9    IT IS SO ORDERED.

10

11    Dated: _____, 2017

12    _____
       Honorable Nathanael M. Cousins
13    Northern District of California

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[Proposed] Order re Motion to Seal
Case No. 5:17-cv-00220-LHK