United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE: QUALCOMM ANTITRUST
LITIGATION

Case No. 17-MD-02773-LHK

**ORDER AMENDING CASE SCHEDULE**

On November 30, 2017, the Court ordered Plaintiffs to respond to an email from third party ZTE (USA) Inc. regarding the case schedule. ECF No. 206. Plaintiffs provided their response on December 1, 2017. ECF No. 207.

The Court hereby adopts the same third-party deadlines imposed in *FTC v. Qualcomm Inc.*, No. 17-CV-00220-LHK, ECF No. 308. Both cases have the same March 30, 2018 fact discovery cutoff, a date which the Plaintiffs proposed in this case. ECF No. 36, at 2; ECF No. 32, at 21. In light of the March 30, 2018 close of fact discovery, the Court finds impracticable Plaintiffs' proposal for a February 1, 2018 deadline to brief third-party discovery disputes. In particular, under the Civil Local Rules, such motions would not be ruled on for at least 35 days. *See* Civil L.R. 7-2(a).

1

Case No. 17-MD-02773-LHK
ORDER AMENDING CASE SCHEDULE

1    Accordingly, the Court sets the following amended case schedule:

2

| Scheduled Event | Date |
| --- | --- |
| Deadline to Brief Disputes Regarding Third-Party Discovery | December 15, 2017 |
| Further Case Management Conference | January 3, 2018, at 2:00 p.m. |
| Deadline to Complete Third-Party Production | January 5, 2018 |
| Close of Fact Discovery | March 30, 2018 |
| Last Day to File Motion for Class Certification and Supporting Expert Declarations | Motion: May 3, 2018<br>Opposition: June 8, 2018<br>Reply: July 6, 2018 |
| Class Certification Hearing | July 26, 2018, at 1:30 p.m. |
| Plaintiffs' Expert Reports | September 6, 2018 |
| Qualcomm's Expert Reports | September 27, 2018 |
| Plaintiffs' Rebuttal Expert Reports | October 18, 2018 |
| Close of Expert Discovery | November 8, 2018 |
| Last Day to File Dispositive Motions and *Daubert* (one per side in the entire case) | Motion: December 6, 2018<br>Opposition: January 3, 2019<br>Reply: January 21, 2019 |
| Hearing on Dispositive Motions | February 14, 2019, at 1:30 p.m. |
| Final Pretrial Conference | April 11, 2019, at 1:30 p.m. |
| Jury Trial | April 29, 2019, at 9:00 a.m. |
| Length of Trial | 8 days |

**IT IS SO ORDERED.**

Dated: December 4, 2017

LUCY H. KOH
United States District Judge

2

Case No. 17-MD-02773-LHK
ORDER AMENDING CASE SCHEDULE