UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE QUALCOMM ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | No. 5:17-md-02773-LHK<br><br>STIPULATED [PROPOSED] ORDER REGARDING WIRELESS ADVOCATES, LLC'S PRODUCTION OF DATA IN RESPONSE TO SUBPOENA |

010669-11 1006303V1

MDL Plaintiffs ("Plaintiffs") and Wireless Advocates, LLC ("Wireless Advocates") by and through undersigned counsel, stipulate and agree to the below:

WHEREAS, Plaintiffs served a subpoena duces tecum dated November 17, 2017 ("Subpoena") on Wireless Advocates;

WHEREAS, Plaintiffs and Wireless Advocates filed a Joint Letter Brief regarding the Subpoena with the Court on December 15, 2017;

WHEREAS, following a December 20, 2017 hearing on the Joint Letter Brief, the Court ordered the parties to further meet and confer and, if agreement was reached, to file a stipulation and proposed order with the Court on December 21, 2017;

WHEREAS, Plaintiffs and Wireless Advocates have met and conferred regarding the Subpoena and have reached agreement regarding the matters in dispute.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the undersigned counsel for Plaintiffs and Wireless Advocates as follows:

1. Wireless Advocates will use its best efforts to produce all data in its possession, custody, or control related to sales, purchases, and costs of Baseband Processer Products (as defined in the Subpoena) from January 1, 2010 through June 30, 2017 that are responsive to the Subpoena and correspond to the "Account" fields in bates-numbered documents WA-000145 to WA-000162;

2. Wireless Advocates's production of the data identified in paragraph 1 will be at the greatest level of granularity available, which is a general ledger summary level, such as by SKU or handset type, that exists, as well as the greatest level of frequency available, which is dependent on the corresponding year for the data produced, such as monthly rather than quarterly, that exists;

3. Wireless Advocates will make itself reasonably available for follow-up questions from Plaintiffs regarding the documents and data it has produced; and

4. Plaintiffs reserve the right to move with the Court if Wireless Advocates's production is not in conformance with the above.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED: December 21, 2017 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 2 | | By ___s/ Jeff D. Friedman___ |
| 3 | | JEFF D. FRIEDMAN |

Benjamin J. Siegel (256260)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
riop@hbsslaw.com

Steve W. Berman
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

*Co-Counsel for Plaintiffs*

DATED: December 21, 2017        KARR TUTTLE CAMPBELL

By:      ___s /J. Dino Vasquez___
         J. DINO VASQUEZ (SBN146725)

Thomas D. Adams
Andrew W. Durland
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone:  206-223-1313
Facsimile:  206-682-7100
dvasquez@karrtuttle.com
tadams@karrtuttle.com
adurland@karrtuttle.com

*Attorneys for Non-Party*
*Wireless Advocates, LLC*

ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory above.

___s/ Jeff D. Friedman___
JEFF D. FRIEDMAN

STIP. [PROP.] ORDER RE WIRELESS ADVOCATES-
Case No. 17-md-02773-LHK

-2-

010669-11 1006303V1

****

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

_____
HONORABLE NATHANAEL M. COUSINS
UNITED STATES DISTRICT COURT JUDGE

STIP. [PROP.] ORDER RE WIRELESS ADVOCATES-
Case No. 17-md-02773-LHK

-3-

010669-11 1006303V1