*Counsel Listed on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: QUALCOMM ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 17-md-2773-LHK<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>DATE:     January 3, 2018<br>TIME:     2:00 p.m.<br>PLACE:   Courtroom 8, 4th Floor<br>JUDGE:   Hon. Lucy H. Koh |

JOINT CASE MANAGEMENT STATEMENT

1214007

Pursuant to the Clerk's Notice of November 11, 2017 (ECF No. 176), and in advance of the Case Management Conference set by the Court for January 3, 2018, at 2:00 p.m., Plaintiffs and Defendant Qualcomm Incorporated ("Qualcomm") hereby submit this Joint Case Management Statement, which provides an update to the Court regarding matters that have occurred since the Parties last submitted a Joint Case Management Statement on November 8, 2017 (ECF No. 173).

## I. DISCOVERY

### A. Amended Initial Disclosures

To facilitate discovery, the Parties have agreed to exchange amended initial disclosures on January 22, 2018.

### B. Document Productions

The Parties are producing documents responsive to each side's Requests for Production, and have been meeting and conferring on them to address any issues. On November 13, 2017 Plaintiffs served a Second Set of Requests for Production (Nos. 45-60) on Qualcomm; Qualcomm served its Responses and Objections on December 12, 2017.

The Parties agree and stipulate to substantially complete document productions by January 22, 2018, and to cooperate to ensure that party depositions are not delayed by document productions.

### C. Depositions

Pursuant to the October 6, 2017 Discovery Coordination Order (ECF No. 131), the Parties are cooperating with each other and the FTC to schedule depositions. To date, one deposition of a Qualcomm employee has occurred. The Parties anticipate that depositions, including for those of Plaintiffs, will proceed according to schedule between January and March 2018.

### D. Third Party Discovery

The Parties expect that nearly all third parties will meet the Court's substantial completion deadline of January 5, 2018 for third-party document productions (*see* Dec. 4, 2017 Order Amending Case Schedule, ECF No. 210). The Parties believe that some third parties may produce limited categories of documents after the January 5, 2018 substantial completion deadline, but to the extent that occurs, it should not affect deposition scheduling, and thus should not result in any disruptions.

1. **E.     Written Discovery**

On November 9, 2017, Qualcomm served its First Set of Requests for Admission on Plaintiffs; Plaintiffs served Responses and Objections on December 11, 2017.  On November 21, 2017, Qualcomm served its First Set of Interrogatories on Plaintiffs; Plaintiffs served Responses and Objections on December 20, 2017.  The Parties will meet and confer to address any issues.

**II.     CASE MANAGEMENT HEARING**

As set forth above, the Parties are cooperating on discovery and there are presently no disputes or other matters that require the Court's attention.  The Parties therefore agree and stipulate that, with the Court's approval, the January 3, 2018 Case Management Conference may be continued until January 24, 2018 at 2 p.m., the date of the next Case Management Conference scheduled in the FTC case, or another date that is convenient for the Court.

Dated:  December 27, 2017                                SUSMAN GODFREY LLP

By:   */s/ Kalpana Srinivasan*
Kalpana Srinivasan
Marc M. Seltzer
Steven G. Sklaver
Amanda Bonn
Oleg Elkhunovich
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3006
Email: ksrinivasan@susmangodfrey.com
Email: mseltzer@susmangodfrey.com
Email: ssklaver@susmangodfrey.com
Email: abonn@susmangodfrey.com
Email: oelkhunovich@susmangodfrey.com

Joseph Grinstein
SUSMAN GODFREY L.L.P.
1000 Louisiana Street # 5100
Houston, TX 77002
Telephone:  (713) 651-9366
Facsimile:  (713) 654-6666
Email: jgrinstein@susmangodfrey.com


  */s/ Joseph W. Cotchett*
Joseph W. Cotchett
Mark F. Ram

JOINT CASE MANAGEMENT STATEMENT
2

|   |   |
|---|---|
|   | Joyce M. Chang<br>Brian Danitz<br>COTCHETT, PITRE & McCARTHY, LLP<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>Facsimile: (650) 697-0577<br>Email: swilliams@cpmlegal.com<br>Email: mram@cpmlegal.com<br>Email: jchang@cpmlegal.com<br>Email: bdanitz@cpmlegal.com<br><br>***Plaintiffs' Interim Co-Lead Counsel*** |
| Dated:  December 27, 2017 | HAGENS BERMAN SOBOL SHAPIRO LLP<br><br>By:    */s/ Steve W. Berman*<br>Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101<br>Telephone: (206) 268-9320<br>Facsimile: (206) 623-0594<br>Email: steve@hbsslaw.com<br><br>Jeff D. Friedman (173886)<br>Rio S. Pierce (298297)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br>Email: jefff@hbsslaw.com<br>Email: riop@hbsslaw.com<br><br>***Plaintiffs' Steering Committee*** |
| Dated:  December 27, 2017 | KEKER, VAN NEST & PETERS LLP<br><br>By:    */s/ Asim M. Bhansali*<br>Robert A. Van Nest<br>Asim M. Bhansali<br>Eugene M. Paige |

JOINT CASE MANAGEMENT STATEMENT

3

1214007

| | |
|---|---|
| 1 | Justina Sessions |
| | David W. Rizk |
| 2 | Alexander Dryer |
| | KEKER, VAN NEST & PETERS LLP |
| 3 | 633 Battery Street |
| | San Francisco, CA 94111-1809 |
| 4 | Telephone: (415) 391-5400 |
| | Facsimile: (415) 397-7188 |
| 5 | rvannest@keker.com |
| | abhansali@keker.com |
| 6 | epaige@keker.com |
| | jsessions@keker.com |
| 7 | drizk@keker.com |
| | adryer@keker.com |

Gary A. Bornstein
Yonatan Even
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
gbornstein@cravath.com
yeven@cravath.com

Richard S. Taffet
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
Tel: (212) 309-6000
Fax: (212) 309-6001
richard.taffet@morganlewis.com

Willard K. Tom
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Tel: (202) 739-3000
Fax: (202) 739 3001
willard.tom@morganlewis.com

Donn P. Pickett
Geoffrey T. Holtz
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: (415) 442-1000
Fax: (415) 442-1001
donn.pickett@morganlewis.com
geoffrey.holtz@morganlewis.com

***Attorneys for Defendant Qualcomm Incorporated***

## FILER'S ATTESTATION

I, Kalpana Srinivasan, am the ECF user whose identification and password are being used to file this Joint Case Management Conference Statement. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatories on this document have concurred in this filing.

                                             */s/ Kalpana Srinivasan*
                                                  Kalpana Srinivasan