*Counsel Listed on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: QUALCOMM ANTITRUST LITIGATION<br><br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 17-md-2773-LHK<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>DATE:   January 24, 2018<br>TIME:   2:00 p.m.<br>PLACE:  Courtroom 8, 4th Floor<br>JUDGE:  Hon. Lucy H. Koh |

Pursuant to the Clerk's Notice of December 28, 2017 (ECF No. 255), and in advance of the Case Management Conference set by the Court for January 24, 2018, at 2:00 p.m., Plaintiffs and Defendant Qualcomm Incorporated ("Qualcomm") hereby submit this Joint Case Management Statement, which provides an update to the Court regarding matters that have occurred since the Parties last submitted a Joint Case Management Statement on December 27, 2017 (ECF No. 254).

## I. DISCOVERY

### A. Document Productions

The Parties are producing documents responsive to each side's Requests for Production, and have been meeting and conferring on them to address any issues. The Parties are on track to substantially complete document productions by January 22, 2018, as previously stipulated.

### B. Depositions

Pursuant to the October 6, 2017 Discovery Coordination Order (ECF No. 131), the Parties continue to cooperate with each other to schedule depositions. Since the last Joint CMC Statement, the depositions of one Plaintiff and four Qualcomm employees have occurred. The Parties anticipate that depositions will proceed according to schedule between January and March 2018.

### C. Third Party Discovery

Most third parties appear to have met the Court's substantial completion deadline of January 5, 2018 for third-party document productions (*see* Dec. 4, 2017 Order Amending Case Schedule, ECF No. 210); the Parties are evaluating the voluminous productions. The Parties expect that any issues arising with third party productions should not affect deposition scheduling and should not result in any disruption to the case schedule.

### D. Written Discovery

Plaintiffs served their First Set of Interrogatories on Qualcomm on January 9, 2018. The Parties will meet and confer to address any issues.

## II. CASE MANAGEMENT HEARING

As set forth above, the Parties are cooperating on discovery and there are presently no disputes or other matters that require the Court's attention. The Parties therefore agree and stipulate

1  that, with the Court's approval, the January 24, 2018 Case Management Conference may be
2  continued until a later date.
3
4
5  Dated: January 17, 2018                                        COTCHETT, PITRE & McCARTHY, LLP

6                                                          By:   /s/ Joseph W. Cotchett

7                                                                Joseph W. Cotchett
                                                                 Adam J. Zapala
8                                                                Mark F. Ram
                                                                 Brian Danitz
9                                                                Michael Montaño
                                                                 COTCHETT, PITRE & McCARTHY, LLP
10                                                               840 Malcolm Road, Suite 200
                                                                 Burlingame, CA 94010
11                                                               Telephone: (650) 697-6000
                                                                 Facsimile: (650) 697-0577
12                                                               Email: jcotchett@cpmlegal.com
                                                                 Email: azapala@cpmlegal.com
13                                                               Email: mram@cpmlegal.com
                                                                 Email: bdanitz@cpmlegal.com
14                                                               Email: mmontano@cpmlegal.com

15                                                               Kalpana Srinivasan
                                                                 Marc M. Seltzer
16                                                               Steven G. Sklaver
                                                                 Amanda Bonn
17                                                               Oleg Elkhunovich
                                                                 SUSMAN GODFREY L.L.P.
18                                                               1901 Avenue of the Stars, Suite 950
                                                                 Los Angeles, CA 90067
19                                                               Telephone: (310) 789-3100
                                                                 Facsimile: (310) 789-3006
20                                                               Email: ksrinivasan@susmangodfrey.com
                                                                 Email: mseltzer@susmangodfrey.com
21                                                               Email: ssklaver@susmangodfrey.com
                                                                 Email: abonn@susmangodfrey.com
22                                                               Email: oelkhunovich@susmangodfrey.com

23                                                               Joseph Grinstein
                                                                 SUSMAN GODFREY L.L.P.
24                                                               1000 Louisiana Street # 5100
                                                                 Houston, TX 77002
25                                                               Telephone: (713) 651-9366
                                                                 Facsimile: (713) 654-6666
26                                                               Email: jgrinstein@susmangodfrey.com

27
                                                                 *Plaintiffs' Interim Co-Lead Counsel*
28

JOINT CASE MANAGEMENT STATEMENT
2

1
2   Dated:  January 17, 2018
3                                                                KEKER, VAN NEST & PETERS LLP
4
                                              By:    /s/ Asim M. Bhansali
5
                                                     Robert A. Van Nest
6                                                    Asim M. Bhansali
                                                     Eugene M. Paige
7                                                    Justina Sessions
                                                     David W. Rizk
8                                                    Alexander Dryer
                                                     KEKER, VAN NEST & PETERS LLP
9                                                    633 Battery Street
                                                     San Francisco, CA 94111-1809
10                                                   Telephone: (415) 391-5400
                                                     Facsimile: (415) 397-7188
11                                                   rvannest@keker.com
                                                     abhansali@keker.com
12                                                   epaige@keker.com
                                                     jsessions@keker.com
13                                                   drizk@keker.com
                                                     adryer@keker.com
14
                                                     Gary A. Bornstein
15                                                   Yonatan Even
                                                     CRAVATH, SWAINE & MOORE LLP
16                                                   Worldwide Plaza
                                                     825 Eighth Avenue
17                                                   New York, NY 10019
                                                     Tel: (212) 474-1000
18                                                   Fax: (212) 474-3700
                                                     gbornstein@cravath.com
19                                                   yeven@cravath.com

20                                                   Richard S. Taffet
                                                     MORGAN, LEWIS & BOCKIUS LLP
21                                                   101 Park Avenue
                                                     New York, NY 10178-0060
22                                                   Tel: (212) 309-6000
                                                     Fax: (212) 309-6001
23                                                   richard.taffet@morganlewis.com

24                                                   Willard K. Tom
                                                     MORGAN, LEWIS & BOCKIUS LLP
25                                                   1111 Pennsylvania Ave. NW
                                                     Washington, DC 20004-2541
26                                                   Tel: (202) 739-3000
                                                     Fax: (202) 739 3001
27                                                   willard.tom@morganlewis.com
28

JOINT CASE MANAGEMENT STATEMENT
3

|   |   |
|---|---|
| 1 | Donn P. Pickett |
| 2 | Geoffrey T. Holtz |
|   | MORGAN, LEWIS & BOCKIUS LLP |
| 3 | One Market, Spear Street Tower |
|   | San Francisco, CA 94105-1126 |
| 4 | Tel: (415) 442-1000 |
|   | Fax: (415) 442-1001 |
| 5 | donn.pickett@morganlewis.com |
|   | geoffrey.holtz@morganlewis.com |

***Attorneys for Defendant Qualcomm Incorporated***

**FILER'S ATTESTATION**

I, Joseph W. Cotchett, am the ECF user whose identification and password are being used to file this Joint Case Management Conference Statement.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatories on this document have concurred in this filing.

*/s/ Joseph W. Cotchett*
Joseph W. Cotchett