# OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

## Northern District of California

## CIVIL MINUTES

**Date:** February 5, 2018     **Time:** 58 minutes     **Judge:** NATHANAEL M. COUSINS

**Case No.** 17-cv-00220-LHK     **Case Name:** Federal Trade Commission v. Qualcomm Incorporated

**Case No.** 17-md-02773 LHK     **Case Name:** In Re Qualcomm Antitrust Litigation

**Attorneys for Qualcomm:** Antony Ryan, Gary Bornstein

**Attorney for FTC:** Elizabeth Gillen

**Attorneys for Class Plaintiffs:** Brian Danitz, Rio Pierce

**Attorney for Non-party Intel:** Mark Ford

**Attorney for Huawei Device USA:** David Giardina

**Deputy Clerk:** Lili Harrell     **FTR Time:** 3:10pm-3:45pm
    4:06pm-4:29pm

## PROCEEDINGS

**Discovery Hearing held:**

**17-cv-0220, Dkt. Nos. [524], [529]**
Concerning Qualcomm's motion to strike the FTC's rule 26 disclosures of Huawei witnesses, motion denied for lack of good cause, without prejudice to refiling as a renewed motion to strike or motion in limine after discovery closes. As explained at hearing, it is premature to determine that Qualcomm has been prejudiced while discovery is ongoing, and remedy of striking the disclosures is not presently supported by the record. This order disposes dkts. 524 and 529 (amends 524).

**17-cv-0220  Dkt. No. [519]**
**17-md-02773, Dkt. No. [312]**
Court to issue order summarizing its ruling.