United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: QUALCOMM ANTITRUST LITIGATION | Case No. 17-MD-02773-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiffs' Attorneys: Amanda Bonn; Michael Montano; Joseph Cotchett; Jeff Friedman
Defendant's Attorney: Asim Bhansali

     A further case management conference was held on February 22, 2018.  Further case management conferences are set for March 8, 2018, at 1:30 p.m. and March 22, 2018, at 1:30 p.m. The parties shall file weekly joint case management statements in the month of March—by March 1, 2018; March 8, 2018; March 15, 2018; March 22, 2018; and March 29, 2018.

     The March 1, 2018 joint case management statement should include an update on the parties' agreement to coordinate with the International Trade Commission investigation.

     The March 22, 2018 joint case management statement should include a proposal or further views about the parties presenting information to the Court about who is bound by the protective order, what their titles or positions are, and what their role is in this case.

     Plaintiffs shall file a statement regarding Qualcomm's production of the redacted version of the European Commission's January 25, 2018 decision by February 26, 2018.

1

Case No. 17-MD-02773-LHK
CASE MANAGEMENT ORDER

Other than the above, the Court did not change the case schedule. For the convenience of the parties, the case schedule is below:

| Scheduled Event | Date |
| --- | --- |
| Plaintiffs Deadline to File Statement Regarding Qualcomm Production of European Commission Decision | February 26, 2018 |
| Further Case Management Conference | March 8, 2018, at 1:30 p.m. |
| Further Case Management Conference | March 22, 2018, at 1:30 p.m. |
| Close of Fact Discovery | March 30, 2018 |
| Last Day to File Motion for Class Certification and Supporting Expert Declarations | Motion: May 3, 2018<br>Opposition: June 8, 2018<br>Reply: July 6, 2018 |
| Class Certification Hearing | July 26, 2018, at 1:30 p.m. |
| Plaintiffs' Expert Reports | September 6, 2018 |
| Qualcomm's Expert Reports | September 27, 2018 |
| Plaintiffs' Rebuttal Expert Reports | October 18, 2018 |
| Close of Expert Discovery | November 8, 2018 |
| Last Day to File Dispositive Motions and *Daubert* (one per side in the entire case) | Motion: December 6, 2018<br>Opposition: January 3, 2019<br>Reply: January 21, 2019 |
| Hearing on Dispositive Motions | February 14, 2019, at 1:30 p.m. |
| Final Pretrial Conference | April 11, 2019, at 1:30 p.m. |
| Jury Trial | April 29, 2019, at 9:00 a.m. |
| Length of Trial | 8 days |

**IT IS SO ORDERED.**

Dated: February 22, 2018

_Lucy H. Koh_
LUCY H. KOH
United States District Judge