UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: QUALCOMM ANTITRUST LITIGATION

Case No. 17-md-02773 LHK (NC)

**ORDER TO SHOW CAUSE REGARDING EUROPEAN COMMISSION DECISION**

Re: Dkt. No. 355

On February 26, 2018, plaintiffs filed a status report regarding Qualcomm's production of a redacted European Commission decision, dated January 24, 2018. Dkt. No. 355. After reviewing plaintiff's status report, the Court ORDERS Qualcomm TO SHOW CAUSE why it should not be required to produce the unredacted European Commission decision, and all materials provided by it to the European Commission, subject to the protective order. Qualcomm must respond to this order by tomorrow, February 28, 2018.

**IT IS SO ORDERED.**

Dated: February 27, 2018

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 17-md-02773 LHK (NC)