UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: QUALCOMM ANTITRUST LITIGATION | Case No. 17-md-02773 LHK (NC)<br><br>**ORDER TO SHOW CAUSE REGARDING QUALCOMM'S MISSING DECLARATION**<br><br>Re: Dkt. No. 368 |

Plaintiffs filed a motion to seal portions of their March 5, 2018, supplemental authority regarding the attorney-client privilege and attachments. Dkt. No. 368. The attachments to the statement are documents produced by Qualcomm that Qualcomm designated as confidential. This motion to seal is based on references to those documents in plaintiffs' statement. Plaintiffs also seek to seal the documents themselves, which were attached as exhibits to the statement. Qualcomm designated the documents as confidential. Qualcomm has not timely filed a declaration under Civil Local Rule 79-5(e) as required. Qualcomm must file this declaration by tomorrow, March 16, 2018.

**IT IS SO ORDERED.**

Dated: March 15, 2018

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 17-md-02773 LHK (NC)