UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>QUALCOMM INCORPORATED, et al.,<br><br>　　　　　Defendants. | Case No. 17-CV-00220-LHK<br><br>**ORDER RE THIRD PARTY DISCOVERY AND UPDATING JOINT CASE MANAGEMENT STATEMENTS** |
| IN RE: QUALCOMM ANTITRUST LITIGATION | Case No. 17-MD-02773-LHK |

It appears that FTC, Qualcomm, and the MDL Plaintiffs all seek third party discovery beyond the deadlines set by the Court. The parties are ordered to meet and confer on these issues and submit updated Joint Case Management Statements by March 20, 2018.

**IT IS SO ORDERED.**

1

Dated: March 16, 2018

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

2
Case Nos. 17-CV-00220-LHK & 17-MD-02773-LHK
ORDER RE THIRD PARTY DISCOVERY AND UPDATING JOINT CASE MANAGEMENT STATEMENTS