UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: QUALCOMM ANTITRUST LITIGATION | Case No. 17-MD-02773-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiffs' Attorneys: Kalpana Srinivasan, Rio Pierce
Defendant's Attorney: Gary Bornstein, Justina Sessions

  A further case management conference was held on April 6, 2018. A further case management conference is set for April 24, 2018, at 2:00 p.m. The parties shall file their joint case management statement by April 23, 2018 at 5:00 p.m.

  The Court granted the parties' request to extend the deadline to file motions to compel fact discovery to May 18, 2018. ECF No. 425 at 8–9.

  The Court ordered Qualcomm to complete its privilege re-review of documents for Mr. Aberle by May 2, 2018.

  The parties and the Court discussed Plaintiffs' March 20, 2018 first amended notice of Qualcomm's Rule 30(b)(6) deposition. As to topics 6 and 7, the Court allowed Plaintiffs to include Foxconn, TCL, and Lenovo. The Court also allowed Plaintiffs to include subtopic (a) "methods of assessing FRAND royalty rates"; subtopic (b) "any and all rights that Qualcomm's

1

chipset customers receive to third-party intellectual property" as limited to the specific companies identified by name in paragraph 26 and the three entities—Foxconn, TCL, and Lenovo—listed above; and subtopic (c) "transaction-level data detailing individual payments by all of Qualcomm's licensees." *See* ECF No. 425 at 13.

As discussed at the case management conference, the Court approved the parties' deposition schedule:
   Liren Chen – April 16, 2018
   Alex Katouzian – April 17 and 18, 2018
   Paul Jacobs – April 17 and 18, 2018
   Ericsson employees Martin Zander and Christina Petersson – April 19 and 20, 2018
   Derek Aberle – April 20, 2018
   Jeffrey Altman – Week of May 21, 2018

The parties shall depose Edward Tiedemann by April 20, 2018.

The Court amended the case schedule as follows:

| Scheduled Event | Date |
| --- | --- |
| Further Case Management Conference | April 24, 2018 at 2:00 p.m. |
| Deadline to File Motions to Compel Fact Discovery | May 18, 2018 |
| Plaintiffs Deadline to File Motion for Class Certification and Supporting Expert Declarations | July 5, 2018 |
| Qualcomm Deadline to File Opposition to Motion for Class Certification and Supporting Declarations and Qualcomm Deadline to File *Daubert* Motion (one *Daubert* motion per side) | August 9, 2018 |
| Plaintiffs Deadline to File *Daubert* Motion (one *Daubert* motion per side) | August 23, 2018 |
| Plaintiffs Deadline to Oppose Qualcomm *Daubert* Motion | August 30, 2018 |
| Plaintiffs Deadline to File Reply in Support of Motion for Class Certification | September 6, 2018 |
| Qualcomm Deadline to Oppose Plaintiffs' *Daubert* Motion | September 10, 2018 |
| Class Certification Hearing | September 27, 2018, at 1:30 p.m. |
| Plaintiffs' Expert Reports | October 26, 2018 |
| Qualcomm's Expert Reports | November 16, 2018 |
| Plaintiffs' Rebuttal Expert Reports | December 7, 2018 |

| | |
|---|---|
| Close of Expert Discovery | December 28, 2018 |
| Last Day to File Dispositive Motions and *Daubert* (one dispositive motion per side, two *Daubert* motions per side) | Motion: January 24, 2019<br>Opposition: February 21, 2019<br>Reply: March 11, 2019 |
| Hearing on Dispositive Motions | April 4, 2019, at 1:30 p.m. |
| Final Pretrial Conference | June 6, 2019, at 1:30 p.m. |
| Jury Trial | June 24, 2019, at 9:00 a.m. |
| Length of Trial | 8 days |

**IT IS SO ORDERED.**

Dated: April 6, 2018

_____
LUCY H. KOH
United States District Judge