# OFFICE OF THE CLERK

## UNITED STATES DISTRICT COURT

### Northern District of California

#### CIVIL MINUTES

| | | |
|---|---|---|
| **Date:** April 18, 2018 | **Time:** 1 hour | **Judge:** NATHANAEL M. COUSINS |
| **Case No.** 17-cv-00220-LHK | **Case Name:** Federal Trade Commission v. Qualcomm Incorporated | |
| **Case No.** 17-md-02773 LHK | **Case Name:** In Re Qualcomm Antitrust Litigation | |

**Attorney for Qualcomm:** Yonatan Even

**Attorney for FTC:** Kenneth Merber

**Attorney for MDL Plaintiffs:** Rio Pierce

**Attorney for Non-party Intel:** Timothy Syrett

**Deputy Clerk:** Lili Harrell         **FTR Time:** 2:02pm–2:37pm
                                                    3:02pm-3:27pm

## PROCEEDINGS

**Discovery Hearing held:**

**17-cv-0220**
ECF 669, (ECF 423 in17-md-2773): Qualcomm motion to compel production by Intel. Granted in small part (QX16, ordered produced in redacted form, after in camera review), otherwise denied, with Intel's attorney-client privilege assertions sustained.
ECF 674: FTC motion to compel Qualcomm production of documents re patent ratings and metrics, denied for reasons stated on record.
ECF 682: Qualcomm motion to compel further interrogatories from FTC, granted in part and denied in part for reasons stated on record. As to Rogs 14 and 15, FTC is ordered to produce responses by the same day as its expert reports are produced. As to Rogs 18 and 19, granted, with responses due by 4/25/18. As to Rogs 16, 17, and 20, denied.