KEKER, VAN NEST & PETERS LLP
Robert A. Van Nest - # 84065
rvannest@keker.com
Eugene M. Paige - # 202849
epaige@keker.com
Justina Sessions - # 270914
jsessions@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

CRAVATH, SWAINE & MOORE LLP
Gary A. Bornstein *(pro hac vice)*
gbornstein@cravath.com
Yonatan Even *(pro hac vice)*
yeven@cravath.com
825 Eighth Avenue
New York, New York 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

MORGAN, LEWIS & BOCKIUS LLP
Richard S. Taffet *(pro hac vice)*
richard.taffet@morganlewis.com
101 Park Avenue
New York, NY 10178-0060
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

MORGAN, LEWIS & BOCKIUS LLP
Willard K. Tom *(pro hac vice)*
willard.tom@morganlewis.com
1111 Pennsylvania Avenue NW
Washington, DC 20004-2541
Telephone: (202) 739-3000
Facsimile: (202) 739-3001

MORGAN, LEWIS & BOCKIUS LLP
Donn P. Pickett (SBN 72257)
donn.pickett@morganlewis.com
Geoffrey T. Holtz (SBN 191370)
gholtz@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

Attorneys for Defendant
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE: QUALCOMM ANTITRUST LITIGATION

This Document Relates To:

ALL ACTIONS

Case No. 5:17-md-02773-LHK-NMC

**NOTICE OF WITHDRAWAL OF DAVID W. RIZK**

Dept.: Courtroom 8, 4th Floor
Judge: Hon. Lucy H. Koh

Trial Date: April 29, 2019

PLEASE TAKE NOTICE that David W. Rizk is no longer associated with the law firm of Keker, Van Nest & Peters, LLP and has withdrawn his appearance as counsel for Defendant Qualcomm Incorporated in this case and the following MDL consolidated member cases where he has made an appearance:

| CASE NO. | CASE NAME |
| --- | --- |
| 5:17-cv-00304-LHK | Karen Stromberg et al v. Qualcomm Incorporated |
| 5:17-cv-00372-LHK | McMahon v. Qualcomm Incorporated |
| 5:17-cv-00440-LHK | Benad et al v. Qualcomm Incorporated |
| 5:17-cv-00442-LHK | Key v. Qualcomm Incorporated |
| 5:17-cv-00604-LHK | Davis et al v. Qualcomm Incorporated |
| 5:17-cv-00622-LHK | Esteban v. Qualcomm Inc. |
| 5:17-cv-00713-LHK | Ervin v. Qualcomm, Inc. |
| 5:17-cv-00762-LHK | Tada et al v. Qualcomm Incorporated |
| 5:17-cv-00766-LHK | Crutcher et al v. Qualcomm Inc. |
| 5:17-cv-00785-LHK | Kiefer et al v. Qualcomm Incorporated |
| 5:17-cv-00938-LHK | Zatlin et al v. Qualcomm Incorporated |
| 5:17-cv-01112-LHK | Espinosa et al v. Qualcomm Incorporated |
| 5:17-cv-01231-LHK | Hallahan v. Qualcomm Incorporated |
| 5:17-cv-01244-LHK | McDevitt et al v. Qualcomm Incorporated |
| 5:17-cv-01591-LHK | Acosta et al v. Qualcomm Incorporated |
| 5:17-cv-01902-LHK | Miller v. Qualcomm Incorporated |
| 5:17-cv-02166-LHK | Schwartz et al v. Qualcomm Incorporated |
| 5:17-cv-02167-LHK | Hadnett v. Qualcomm Incorporated |
| 5:17-cv-02168-LHK | Carroll et al v. Qualcomm Incorporated |
| 5:17-cv-02169-LHK | Rotman et al v. Qualcomm Incorporated |
| 5:17-cv-02170-LHK | Herrera et al v. Qualcomm Incorporated |
| 5:17-cv-02172-LHK | Kreuzer v. Qualcomm Incorporated |

Robert A. Van Nest, Eugene M. Paige, and Justina Sessions of Keker, Van Nest & Peters LLP remain as counsel of record for Defendant Qualcomm Incorporated.

///

Dated: June 15, 2018

KEKER, VAN NEST & PETERS LLP

By: */s/ Robert A. Van Nest*

ROBERT A. VAN NEST
EUGENE M. PAIGE
JUSTINA SESSIONS

Gary A. Bornstein *(pro hac vice)*
Yonatan Even *(pro hac vice)*
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Tel.: (212) 474-1000
Fax: (212) 474-3700
gbornstein@cravath.com
yeven@cravath.com

Richard S. Taffet *(pro hac vice)*
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
Tel.: (212) 309-6000
Fax: (212) 309-6001
richard.taffet@morganlewis.com

Willard K. Tom *(pro hac vice)*
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue NW
Washington, DC 20004-2541
Tel.: (202) 739-3000
Fax: (202) 739 3001
willard.tom@morganlewis.com

Donn P. Pickett (SBN 72257)
Geoffrey T. Holtz (SBN 191370)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel.: (415) 442-1000
Fax: (415) 442-1001
donn.pickett@morganlewis.com
gholtz@morganlewis.com

Attorneys for Defendant
QUALCOMM INCORPORATED