| | |
|---|---|
| Kalpana Srinivasan (SBN 237460)<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Telephone: (310) 789-3100<br>Facsimile: (310) 789-3150<br>Email: ksrinivasan@susmangodfrey.com | Alexander H. Cote (SBN 211558)<br>SCHEPER KIM & HARRIS LLP<br>601 W. Fifth Street, 12th Floor<br>Los Angeles, CA 90071-2025<br>Los Angeles, CA 90071<br>Telephone:   (213) 613 4655<br>Facsimile:   (213) 613 4656<br>Email:   acote@scheperkim.com |
| Joseph W. Cotchett (SBN 36324)<br>COTCHETT, PITRE & McCARTHY, LLP<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>Facsimile: (650) 697-0577<br>Email: jcotchett@cpmlegal.com | ***Attorney for Non-Party Cellco Partnership d/b/a Verizon Wireless*** |

*Plaintiffs' Interim Co-Lead Counsel*

*Additional counsel in the signature block*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: QUALCOMM ANTITRUST LITIGATION | Case No. 5:17-md-02773-LHK<br><br>The Honorable Lucy H. Koh<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE PURSUANT TO LOCAL RULE 79-5** |

TO THE HONORABLE LUCY H. KOH, UNITED STATES DISTRICT JUDGE, PLAINTIFFS, DEFENDANTS, THEIR COUNSEL OF RECORD, AND ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that pursuant to Civ. L.R. 6-1(b), 6-2, and 7-12, Plaintiffs, Defendant Qualcomm, Inc., and non-party Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless") (collectively, the "Parties"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, on July 5, 2018, Plaintiffs filed their Notice of Motion and Motion for Class Certification and Memorandum of Points and Authorities, Dkt. No. 524 ("Motion for Class Certification") and filed documents produced by Verizon Wireless in response to subpoenas issues in this matter – which documents were designated and marked as confidential by Verizon Wireless pursuant to the respective protective orders entered in this case;

WHEREAS, on July 5, 2018, Plaintiffs also filed an Administrative Motion to File Under Seal, Dkt. No. 516, regarding the confidential documents produced by Verizon Wireless and filed by Plaintiffs in connection with their Motion for Class Certification;

WHEREAS, Local Rule 79-5 requires that Verizon Wireless submit a response and declaration(s) to the Court in support of sealing its confidential documents within 4 days of the filing of Plaintiffs' Administrative Motion to Seal; and

WHEREAS, because Verizon Wireless's deadline to file a response and declaration(s) would be July 9, 2018, and in order to provide Verizon Wireless with adequate time to evaluate the material filed by Plaintiffs and prepare, as necessary, responses and declarations in support of sealing, the Parties have conferred and agreed upon extending the deadline for Verizon Wireless to file its response and declaration(s) to Plaintiffs' Administrative Motion to Seal; and

WHEREAS, the Parties agree that no party will be prejudiced and no other deadlines will be affected by the extension.

**IT IS HEREBY STIPULATED AND AGREED** by the Parties as follows:

1. Subject to the Court's approval, Verizon Wireless's deadline to submit a response and declaration(s) to Plaintiffs' Administrative Motion pursuant to Local Rule 79-5 is extended through and until July 20, 2018.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

*/s/* Catriona Lavery
Kalpana Srinivasan (SBN 237460)
Catriona Lavery (SBN 310546)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
Email: ksrinivasan@susmangodfrey.com

Joseph W. Cotchett (SBN 36324)
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
Email: jcotchett@cpmlegal.com

*Plaintiffs' Interim Co-Lead Counsel*

*/s/* Alexander H. Cote
Alexander H. Cote (SBN 211558)
SCHEPER KIM & HARRIS LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
Los Angeles, CA 90071
Telephone:   (213) 613 4655
Facsimile:   (213) 613 4656
Email:   acote@scheperkim.com

*Attorney for Non-Party Cellco Partnership d/b/a Verizon Wireless*

---

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE PURSUANT TO LOCAL RULE 79-5**
**Case Nos. 5:17-md-02773-LHK**

*/s/* Justina K. Sessions
Gary A. Bornstein
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
gbornstein@cravath.com

Robert A. Van Nest
Eugene M. Paige
Justina K. Sessions
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Tel: (415) 676-2289
Fax: (415) 397-7188
rvannest@keker.com
abhansali@keker.com
jsessions@keker.com

Richard S. Taffet
Willard K. Tom
Donn P. Pickett
Geoffrey T. Holtz
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: (415) 442-1000
Fax: (415) 442-1001
richard.taffet@morganlewis.com
willard.tom@morganlewis.com
donn.pickett@morganlewis.com
geoffrey.holtz@morganlewis.com

*Attorneys for Qualcomm Incorporated*

Dated: July 12, 2018

   I, ALEXANDER H. COTE, am the ECF User whose ID and password are being used to file this document and, in compliance with Local Rule 5-1(i)(3), hereby attest that all signatories concur with this filing.

*/s/* Alexander H. Cote
Alexander H. Cote

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: July 13, 2018

*Lucy H. Koh*
Hon. Lucy H. Koh
United States District Judge

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE PURSUANT TO LOCAL RULE 79-5**
**Case Nos. 5:17-md-02773-LHK**