KEKER, VAN NEST & PETERS LLP
Robert A. Van Nest - # 84065
rvannest@keker.com
Eugene M. Paige - # 202849
epaige@keker.com
Justina Sessions - # 270914
jsessions@keker.com
Jesselyn Friley - # 319198
jfriley@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

CRAVATH, SWAINE & MOORE LLP
Gary A. Bornstein (pro hac vice)
gbornstein@cravath.com
Yonatan Even (pro hac vice)
yeven@cravath.com
825 Eighth Avenue
New York, New York 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

MORGAN, LEWIS & BOCKIUS LLP
Richard S. Taffet (pro hac vice)
richard.taffet@morganlewis.com
101 Park Avenue
New York, NY 10178-0060
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

MORGAN, LEWIS & BOCKIUS LLP
Willard K. Tom (pro hac vice)
willard.tom@morganlewis.com
1111 Pennsylvania Avenue NW
Washington, DC 20004-2541
Telephone: (202) 739-3000
Facsimile: (202) 739-3001

MORGAN, LEWIS & BOCKIUS LLP
Geoffrey T. Holtz (SBN 191370)
gholtz@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

Attorneys for Defendant
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: QUALCOMM ANTITRUST LITIGATION<br><br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 5:17-md-02773-LHK-NMC<br><br>**DEFENDANT QUALCOMM, INC.'S MOTION TO EXTEND DEADLINE FOR OPPOSITION TO CLASS CERTIFICATION AND *DAUBERT* MOTION**<br><br>Dept.:      Courtroom 8, 4th Floor<br>Judge:     Hon. Lucy H. Koh<br><br>Trial Date:  June 24, 2019 |

Pursuant to Civil Local Rule 6-3, Defendant Qualcomm, Inc. ("Qualcomm") respectfully moves for an order that its deadline to oppose Plaintiffs' Motion for Class Certification and to file any related *Daubert* motion be extended by one week, up to and including August 16, 2018.

For a week after submitting their Motion for Class Certification, Plaintiffs failed to turn over supporting materials necessary to recreate the calculations in two of their expert declarations.  In the first joint case management statement filed in this action, the parties agreed to produce with any expert reports "copies of any materials relied upon by the expert not previously produced," and "for any calculations appearing in the report, all data and programs underlying the calculation, including all programs and codes necessary to recreate the calculation from the initial ('raw') data files."  Dkt. 32 at 13; *see also* Dkt. 36 at 1-2 (order adopting the parties' agreement).  Plaintiffs filed their motion on Thursday, July 5, 2018, but began sending supporting materials for three of their four experts only on the evening of Friday, July 6, 2018, after Qualcomm made multiple requests for the materials.  *See* Declaration of Jesselyn Friley, ¶ 3 (hereafter Friley Decl.).  Plaintiffs continued to send backup files, programs, instructions, native and intermediary files, and other materials between Friday, July 6 and Thursday, July 12. On Thursday, July 12, Qualcomm received from Plaintiffs a terabyte of materials on a flash drive, among other programs and files.  *Id.* ¶ 4.

Qualcomm has lost a week of its response time requesting and waiting for documents that Plaintiffs should have provided with their expert declarations.  In particular, Qualcomm did not receive the programs and intermediary files necessary to replicate 10 of the 23 tables and several of the figures in the Flamm Declaration until Thursday, July 12.  *Id.* ¶ 5.  Qualcomm could not replicate an additional 3 tables until Tuesday, July 10, when Plaintiffs provided an explanation of Dr. Flamm's modifications to raw data files.  *Id.*  Furthermore, despite making several requests for materials supporting the Lasinski Declaration, Qualcomm did not receive the native version of Appendix C to the Lasinski Declaration until Thursday, July 12.  *Id.* ¶ 6.  Without the formulas contained in the native version, Qualcomm could not recreate any of the 160 tables that form the basis of Mr. Lasinski's conclusions.  *Id.*

Qualcomm seeks a one-week extension of the current deadline commensurate with this

delay.  The Court's schedule allowed Qualcomm five weeks to respond to Plaintiffs' motion. Due to Plaintiffs' conduct, Qualcomm effectively has only four weeks.  An extension will ensure that Qualcomm has adequate time to test Plaintiffs' experts' calculations and opinions and to respond to the contentions that rely on those opinions.  It need not affect any other case deadline.

Qualcomm inquired as to whether Plaintiffs would agree to this extension, but they refused.  *See* Friley Decl., ¶ 7.  Qualcomm has not previously sought any extensions related to class certification in this case, aside from a stipulated extension to respond to Plaintiffs' administrative motion to seal.  *Id.* ¶ 10.

For these reasons, Qualcomm respectfully requests that its deadline to oppose Plaintiffs' Motion for Class Certification and to file any related *Daubert* motion be extended up to and including August 16, 2018.

Dated:  July 16, 2018

By:   KEKER, VAN NEST & PETERS LLP

*/s/ Robert A. Van Nest*

ROBERT A. VAN NEST
EUGENE M. PAIGE
JUSTINA SESSIONS
JESSELYN FRILEY

Gary A. Bornstein *(pro hac vice)*
Yonatan Even *(pro hac vice)*
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Tel.: (212) 474-1000
Fax: (212) 474-3700
gbornstein@cravath.com
yeven@cravath.com

Richard S. Taffet *(pro hac vice)*
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
Tel.: (212) 309-6000
Fax: (212) 309-6001
richard.taffet@morganlewis.com

2

1291198

Willard K. Tom *(pro hac vice)*
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue NW
Washington, DC 20004-2541
Tel.: (202) 739-3000
Fax: (202) 739 3001
willard.tom@morganlewis.com

Geoffrey T. Holtz (SBN 191370)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel.: (415) 442-1000
Fax: (415) 442-1001
donn.pickett@morganlewis.com
gholtz@morganlewis.com

Attorneys for Defendant
QUALCOMM INCORPORATED

DEFENDANT'S MOTION TO EXTEND DEADLINES
Case No. 5:17-md-02773-LHK

1291198