| | |
|---|---|
| Jennifer Milici, D.C. Bar No. 987096<br>Daniel Matheson, D.C. Bar No. 502490<br>J. Alexander Ansaldo, Va. Bar No. 75870<br>Joseph R. Baker, D.C. Bar No. 490802<br>Elizabeth A. Gillen, Ca. Bar No. 260667<br>Federal Trade Commission<br>600 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20580<br>Tel: (202) 326-2912; Fax (202) 326-3496<br>*jmilici@ftc.gov* | CRAVATH, SWAINE & MOORE LLP<br>Gary A. Bornstein (*pro hac vice*)<br>Yonatan Even (*pro hac vice*)<br>825 Eighth Avenue<br>New York, NY 10019-7475<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700<br>*gbornstein@cravath.com*<br>*yeven@cravath.com* |
| Lin W. Kahn, Ca. Bar No. 261387<br>Federal Trade Commission<br>901 Market Street, Suite 570<br>San Francisco, CA 94103<br>Tel: (415) 848-5115; Fax: (415) 848-5184<br>*lkahn@ftc.gov* | KEKER, VAN NEST & PETERS LLP<br>Robert A. Van Nest<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: (415) 676-2289<br>Facsimile: (415) 397-7188<br>*rvannest@keker.com* |
| Attorneys for Plaintiff<br>FEDERAL TRADE COMMISSION | MORGAN, LEWIS & BOCKIUS LLP<br>Donn P. Pickett (SBN 72257)<br>Geoffrey T. Holtz (SBN 191370)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001<br>*Donn.pickett@morganlewis.com*<br>*Geoffrey.holtz@morganlewis.com* |
| SUSMAN GODFREY L.L.P.<br>Kalpana Srinivasan (237460)<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, CA 90067<br>(310) 789-3100; (310) 789-3006 (fax)<br>*ksrinivasan@susmangodfrey.com* | |
| Plaintiffs' Interim Co-Lead Counsel | Attorneys for Defendant<br>QUALCOMM INCORPORATED |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>    Plaintiff,<br><br>    v.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>    Defendant.<br><br>IN RE QUALCOMM ANTITRUST LITIGATION | Case No. 5:17-CV-00220-LHK-NMC<br><br>**DEFENDANT QUALCOMM INCORPORATED, PLAINTIFF FEDERAL TRADE COMMISSION AND MDL PLAINTIFFS' JOINT STATUS REPORT**<br><br>Judge: Hon. Nathanael M. Cousins<br><br>Case No. 5:17-MD-02773-LHK-NMC |

Plaintiffs Federal Trade Commission ("FTC") and the MDL Plaintiffs (together, "Plaintiffs") and Defendant Qualcomm Incorporated ("Qualcomm") hereby submit this Joint Status Report pursuant to Magistrate Judge Cousins's March 30, 2018 Order (FTC ECF No. 664) and the April 4, 2018 Order Regarding Privilege Re-Review for Qualcomm and Apple (MDL ECF No. 427; the "Re-Review Order").

### A.   Status of Re-Review

Qualcomm completed the privilege re-review pursuant to the Re-Review Order on June 28, 2018.

Since the last Joint Status Report (FTC ECF No. 769), submitted on June 18, 2018, Qualcomm has made two productions as a result of the re-review, which were completed on June 26 and 28, 2018.  On June 26, Qualcomm produced revised privilege log entries for 3,982 documents that remained on its privilege logs after re-review, as well as new log entries for 2,062 previously redacted documents in which redactions were not changed.  Qualcomm produced 1,451 documents (either in redacted form or without redactions) that had previously been withheld as privileged, and Qualcomm produced 599 previously redacted documents on which it reduced or eliminated redactions.  The newly redacted documents, including those produced from Qualcomm's privilege log and those produced with reduced redactions, were logged as well.

On June 28, Qualcomm produced revised privilege log entries for 84 documents that remained on its privilege logs after re-review, as well as new log entries for 56 previously redacted documents in which redactions were not changed.  Qualcomm produced 67 documents (either in redacted form or without redactions) that had previously been withheld as privileged, and Qualcomm produced 30 previously redacted documents on which it reduced or eliminated redactions.  The newly redacted documents, including those produced from Qualcomm's privilege log and those produced with reduced redactions, were logged as well.

Qualcomm estimates that it completed re-review of a total of 110,855 redacted or withheld documents.  As a result of this re-review process, Qualcomm has produced 21,804

documents (either in redacted form or without redactions) that had previously been withheld as privileged, and 11,388 previously redacted documents on which it reduced or eliminated redactions. Some but not all of the previously withheld or redacted content had already been produced in other documents before the re-review productions.

### B. Status of Meet and Confer Regarding *In Camera* Review

On July 16, 2018, Qualcomm and the Plaintiffs met and conferred with respect to 15 documents that Plaintiffs intended to request permission to submit for *in camera* review. During this meet and confer, Qualcomm withdrew its assertion of privilege for nine of the documents and provided additional explanation for the basis of the privilege assertions for the remaining six documents. As a result of this meet and confer, Plaintiffs are not requesting that the Court conduct an *in camera* review of the six documents over which Qualcomm is continuing to maintain privilege.

Dated: July 16, 2018

Respectfully submitted,

FEDERAL TRADE COMMISSION,

_____*/s/ Daniel Matheson*_____
Jennifer Milici
Daniel Matheson
J. Alexander Ansaldo
Joseph R. Baker
Kenneth H. Merber
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-2912; (202) 326-3496 (fax)
jmilici@ftc.gov

*Attorneys for Federal Trade Commission*

/s/ Rio S. Pierce
HAGENS BERMAN SOBOL SHAPIRO LLP
Rio S. Pierce
715 Hearst Ave., Suite 202
Berkeley, CA 94710
(510) 725-3042
riop@hbsslaw.com

*Attorneys for MDL plaintiffs*


CRAVATH, SWAINE & MOORE LLP

/s/ Gary A. Bornstein
Gary A. Bornstein
Yonatan Even
   Worldwide Plaza
      825 Eighth Avenue
         New York, NY 10019
            Telephone: (212) 474-1000
               Facsimile: (212) 474-3700
                  gbornstein@cravath.com
                  yeven@cravath.com

Robert A. Van Nest
Asim M. Bhansali
Eugene M. Paige
KEKER, VAN NEST & PETERS LLP
   633 Battery Street
      San Francisco, CA 94111
         Telephone: (415) 676-2289
            Facsimile: (415) 397-7188
               rvannest@keker.com
               abhansali@keker.com
               epaige@keker.com

Richard S. Taffet
MORGAN, LEWIS & BOCKIUS LLP
   101 Park Avenue
      New York, NY 10178
         Telephone: (212) 369-6000
            Facsimile: (212) 309-6001
               richard.taffet@morganlewis.com

Willard K. Tom
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone:  (202) 739-3000
Facsimile:  (202) 739-3001
willard.tom@morganlewis.com

Donn P. Pickett
Geoffrey T. Holtz
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone:  (415) 442-1000
Facsimile:  (415) 442-1001
donn.pickett@morganlewis.com
geoffrey.holtz@morganlewis.com

*Attorneys for Qualcomm Incorporated*

## FILER'S ATTESTATION

I, Gary A. Bornstein, am the ECF user whose identification and password are being used to file this Joint Status Report.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatories on this document have concurred in this filing.

*/s/ Gary A. Bornstein*
Gary A. Bornstein
