UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE: QUALCOMM ANTITRUST LITIGATION | Case No. 17-MD-02773-LHK<br><br>**ORDER DENYING QUALCOMM, INC.'S MOTION TO EXTEND DEADLINE FOR OPPOSITION TO CLASS CERTIFICATION AND *DAUBERT* MOTION**<br><br>Re: Dkt. No. 585 |
|---|---|

Qualcomm, Inc.'s Motion to Extend Deadline for Opposition to Class Certification and *Daubert* Motion is DENIED.

**IT IS SO ORDERED.**

Dated: July 18, 2018

*(signature)*
LUCY H. KOH
United States District Judge