Robert A. Van Nest (SBN 84065)
rvannest@keker.com
Eugene M. Paige (SBN 202849)
epaige@keker.com
Cody S. Harris (SBN 255302)
charris@keker.com
Justina Sessions (SBN 270914)
jsessions@keker.com
Jesselyn Friley (SBN 319198)
jfrieley@keker.com

**Attorneys for Defendant QUALCOMM INCORPORATED**

James G. Snell, Bar No. 173070
JSnell@perkinscoie.com
Nancy Cheng, Bar No. 280682
NCheng@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:  650.838.4300
Facsimile:  650.838.4350

**Attorneys for Non-Party Essential Products, Inc.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: QUALCOMM ANTITRUST LITIGATION | Case No. 5:17-md-02773-LHK-NMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE PURSUANT TO LOCAL RULE 79-5** |

1   TO THE HONORABLE LUCY H. KOH, UNITED STATES DISTRICT JUDGE,
2   PLAINTIFFS, DEFENDANT, THEIR COUNSEL OF RECORD, AND ALL OTHER INTERESTED
3   PARTIES:

4   PLEASE TAKE NOTICE that pursuant to Civ. L.R. 6-1(b), 6-2, and 7-12, Plaintiffs,
5   Defendant Qualcomm, Inc., and non-party Essential Products, Inc. ("Essential") (collectively, the
6   "Parties"), by and through their respective counsel, stipulate and agree as follows:

7   WHEREAS, on August 9, 2018, Qualcomm filed its Administration Motion to File Under
8   Seal Qualcomm's Opposition to Class Certification, Accompanying Exhibits, and Motion to
9   Strike the Declaration of Dr. Kenneth Flamm. These pleadings contain information offered by
10  Essential in response to subpoenas issues in this matter that was designated and marked as
11  confidential by Essential pursuant to the respective protective orders entered in this case;

12  WHEREAS, Local Rule 79-5 requires that Essential submit response(s) and declaration(s)
13  to the Court in support of sealing its confidential documents within 4 days of the filing of
14  Qualcomm's Administrative Motion to Seal; and

15  WHEREAS, because Essential's deadline to file response(s) and declaration(s) would be
16  August 13, 2018, and in order to provide Essential with adequate time to evaluate the material
17  filed by Qualcomm and prepare, as necessary, responses and declarations in support of sealing,
18  the Parties have conferred and agreed upon extending the deadline for Essential to file their
19  response(s) and declaration(s) to Qualcomm's Administrative Motion to Seal; and

20  WHEREAS, the Parties agree that no party will be prejudiced and no other deadlines will
21  be affected by the extension.

22  **IT IS HEREBY STIPULATED AND AGREED** by the Parties as follows:

23  1. Subject to the Court's approval, Essential's deadline to submit response(s) and
24  declaration(s) to Defendant's Administrative Motion pursuant to Local Rule 79-5 is extended
25  through and until August 27, 2018.

26  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

27
28

| | |
|---|---|
| */s/ Matan Shacham* | */s/ James G. Snell* |
| Gary A. Bornstein | James G. Snell, Bar No. 173070 |
| CRAVATH, SWAINE & MOORE LLP | JSnell@perkinscoie.com |
| Worldwide Plaza | Nancy Cheng, Bar No. 280682 |
| 825 Eighth Avenue | NCheng@perkinscoie.com |
| New York, NY 10019 | PERKINS COIE LLP |
| Tel: (212) 474-1000 | 3150 Porter Drive |
| Fax: (212) 474-3700 | Palo Alto, CA  94304-1212 |
| gbornstein@cravath.com | Telephone:  650.838.4300 |
| | Facsimile:  650.838.4350 |
| Robert A. Van Nest | |
| Eugene M. Paige | *Attorneys for Essential Products, Inc.* |
| Justina K. Sessions | |
| Matan Shacham | Dated August 13, 2018 |
| KEKER, VAN NEST & PETERS LLP | |
| 633 Battery Street | |
| San Francisco, CA 94111-1809 | |
| Tel: (415) 676-2289 | |
| Fax: (415) 397-7188 | |
| rvannest@keker.com | |
| abhansali@keker.com | |
| jsessions@keker.com | |
| mshacham@keker.com | |

Richard S. Taffet
Willard K. Tom
Donn P. Pickett
Geoffrey T. Holtz
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: (415) 442-1000
Fax: (415) 442-1001
richard.taffet@morganlewis.com
willard.tom@morganlewis.com
donn.pickett@morganlewis.com
geoffrey.holtz@morganlewis.com

*Attorneys for Qualcomm Incorporated*

| | |
|---|---|
| 1 | */s/ Catriona Lavery* |
|   | Kalpana Srinivasan (SBN 237460) |
| 2 | Catriona Lavery (SBN 310546) |
|   | SUSMAN GODFREY L.L.P. |
| 3 | 1900 Avenue of the Stars, Suite 1400 |
| 4 | Los Angeles, CA 90067 |
|   | Telephone: (310) 789-3100 |
| 5 | Facsimile: (310) 789-3150 |
|   | Email: ksrinivasan@susmangodfrey.com |
| 6 | |
| 7 | Joseph W. Cotchett (SBN 36324) |
|   | COTCHETT, PITRE & McCARTHY, LLP |
| 8 | 840 Malcolm Road, Suite 200 |
|   | Burlingame, CA 94010 |
| 9 | Telephone: (650) 697-6000 |
|   | Facsimile: (650) 697-0577 |
| 10 | Email: jcotchett@cpmlegal.com |
| 11 | *Plaintiffs' Interim Co-Lead Counsel* |
| 12 |   Dated: August 13, 2018 |

14    I, James G. Snell, am the ECF User whose ID and password are being used to file this document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel and, in compliance with Local Rule 5-1(i)(3), hereby attest that all signatories concur with this filing.

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ James G. Snell*
　　　　　　　　　　　　　　　　　　　　　　　　　　　James G. Snell, CA SBN#173070

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:_____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Lucy H. Koh
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge