*Counsel Listed on Signature Page*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE QUALCOMM ANTITRUST LITIGATION | **JOINT CASE MANAGEMENT STATEMENT**<br><br>DATE: September 12, 2018<br>TIME: 2:00 p.m.<br>CTRM: Courtroom 8<br>JUDGE: Hon. Lucy H. Koh<br><br>Case No. 5:17-MD-02773-LHK-NMC |

Pursuant to the Court's July 20, 2018 Order Continuing Further Case Management Conference (MDL ECF No. 627), the MDL Plaintiffs ("Plaintiffs") and Defendant Qualcomm Incorporated ("Qualcomm") (collectively, the "Parties") have met and conferred and hereby submit this Joint Case Management Statement, which reports on developments since the Parties filed the July 18, 2018 Joint Case Management Statement (MDL ECF No. 612-3).

## I. PLEADINGS AND MOTIONS

On August 9, 2018, Qualcomm filed its Opposition to Class Certification (MDL ECF No. 642) and Motion to Strike the Declaration of Dr. Kenneth Flamm (MDL ECF No. 643).

On August 30, 2018, Plaintiffs filed their Opposition to Qualcomm's Motion to Strike the Declaration of Dr. Kenneth Flamm (MDL ECF No. 709).

Plaintiffs will file their Reply in Support of Class Certification on September 6, 2018.

With the exception of administrative motions to file under seal, the parties have not filed any other motions since the July 18 Joint Case Management Statement.

## II. PARTY DISCOVERY

### A. Written Discovery

**Plaintiffs' Position:**

On August 28, 2018, Qualcomm served MDL Plaintiffs with Second Amended Initial Disclosures. These disclose, for the first time, a number of third-party witnesses who were not deposed in the MDL action. Plaintiffs object to Qualcomm's untimely disclosures and reserve their right to seek exclusion of testimony from witnesses who were not disclosed to Plaintiffs during fact discovery, were not deposed by Plaintiffs, and of whose depositions Plaintiffs did not receive notice. As the Court made clear in its order denying out-of-time depositions of witnesses similarly disclosed after the fact discovery cut-off in the FTC action, the lack of opportunity to depose these witnesses during fact discovery is prejudicial (MDL ECF No. 627). The relevance of the information Qualcomm has represented to Plaintiffs these previously-undisclosed witnesses (and in particular, the individuals employed by Apple) may possess would have been plainly apparent during the fact discovery period. Qualcomm accordingly cannot justify their late disclosures through reliance on Plaintiffs' expert reports. Plaintiffs will move to strike any use of

1  testimony from witnesses not disclosed in this action during fact discovery.

**Qualcomm's Position:**

Qualcomm violated no rules or agreements regarding disclosure. Apple employees not previously identified by name in Qualcomm's initial disclosures (though Apple was listed on Qualcomm's initial disclosures) may have evidence relevant to allegations made for the first time in Plaintiffs' class certification expert reports, served on July 5, 2018. This case differs from the FTC case in that Plaintiffs and Qualcomm had no agreement to supplement their initial disclosures with names of specific individuals within listed companies by a given date. Plaintiffs' initial disclosures currently list "Apple, Inc. including" eight specifically named individuals. Moreover, in the event that Qualcomm seeks to call these two Apple employees at trial, Qualcomm will make any of their prior statements in Qualcomm's possession available to Plaintiffs. The third witness not previously identified by name is an employee of Boston Consulting Group. Plaintiffs themselves listed "Boston Consulting Group" (and no specific individuals) as a third party on their initial disclosures. Indeed, Plaintiffs listed over thirty companies on their initial disclosures without identifying any specific witnesses from those companies.

The parties have not engaged in any additional written discovery since the July 18 Joint Case Management Statement.

### B.   Document Discovery Issues

No document discovery issues have arisen since the July 18 Joint Case Management Statement.

### C.   Party Depositions

There have been no new depositions since the July 18 Joint Case Management Statement.

### D.   Expert Discovery

Qualcomm has deposed MDL Plaintiffs' experts Dr. Kenneth Flamm, Prof. Einer Elhauge, and Mr. Michael Lasinski. MDL Plaintiffs have deposed Qualcomm's expert Dr. John Johnson IV. The parties do not presently have additional depositions scheduled.

    **E.**    **Mediation/Alternative Dispute Resolution**

Further to the Parties' July 25, 2018 ADR Status Report, Qualcomm and Plaintiffs have agreed to private mediation of this matter and the mediation will take place before the Hon. Layn Phillips on October 31, 2018.

**III.**    **THIRD-PARTY DISCOVERY**

On August 8, 2018, Ingram Micro produced documents and data in response to Plaintiffs' subpoena.

Dated: September 5, 2018

Respectfully submitted,

SUSMAN GODFREY LLP

By: */s/ Kalpana Srinivasan*
Kalpana Srinivasan
Marc M. Seltzer
Steven G. Sklaver
Amanda Bonn
Oleg Elkhunovich
Krysta Kauble Pachman
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3006
Email: ksrinivasan@susmangodfrey.com
Email: mseltzer@susmangodfrey.com
Email: ssklaver@susmangodfrey.com
Email: abonn@susmangodfrey.com
Email: oelkhunovich@susmangodfrey.com
Email: kpachman@susmangodfrey.com

Joseph Grinstein
SUSMAN GODFREY L.L.P.
1000 Louisiana Street # 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: jgrinstein@susmangodfrey.com

Joseph W. Cotchett
Adam J. Zapala
Brian Danitz
Mark F. Ram
Michael Montaño
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
Email: jcotchett@cpmlegal.com
Email: azapala@cpmlegal.com
Email: bdanitz@cpmlegal.com
Email: mram@cpmlegal.com
Email: mmontano@cpmlegal.com

*Plaintiffs' Interim Co-Lead Counsel*

| | | |
|---|---|---|
| 1 | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 3 | By: | */s/ Steve W. Berman* |
| | | Steve W. Berman |
| | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | | 1918 Eighth Avenue, Suite 3300 |
| | | Seattle, WA 98101 |
| | | Telephone: (206) 268-9320 |
| | | Facsimile: (206) 623-0594 |
| | | Email: steve@hbsslaw.com |
| | | |
| | | Jeff D. Friedman (173886) |
| | | Rio S. Pierce (298297) |
| | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | | 715 Hearst Avenue, Suite 202 |
| | | Berkeley, CA 94710 |
| | | Telephone: (510) 725-3000 |
| | | Facsimile: (510) 725-3001 |
| | | Email: jefff@hbsslaw.com |
| | | Email: riop@hbsslaw.com |
| | | |
| | | ***Plaintiffs' Steering Committee*** |
| | | |
| | | CRAVATH, SWAINE & MOORE LLP |
| | | |
| | By: | */s/ Robert A. Van Nest* |
| | | Gary A. Bornstein |
| | | Yonatan Even |
| | | CRAVATH, SWAINE & MOORE LLP |
| | | Worldwide Plaza |
| | | 825 Eighth Avenue |
| | | New York, NY 10019 |
| | | Tel: (212) 474-1000 |
| | | Fax: (212) 474-3700 |
| | | gbornstein@cravath.com |
| | | yeven@cravath.com |
| | | |
| | | Robert A. Van Nest |
| | | Eugene M. Paige |
| | | Justina Sessions |
| | | KEKER, VAN NEST & PETERS LLP |
| | | 633 Battery Street |
| | | San Francisco, CA 94111-1809 |
| | | Telephone: (415) 391-5400 |
| | | Facsimile: (415) 397-7188 |
| | | rvannest@keker.com |
| | | epaige@keker.com |
| | | jsessions@keker.com |

|   |   |
|---|---|
| 1 | Richard S. Taffet |
|   | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | 101 Park Avenue |
|   | New York, NY 10178-0060 |
| 3 | Tel: (212) 309-6000 |
|   | Fax: (212) 309-6001 |
| 4 | richard.taffet@morganlewis.com |

Richard S. Taffet
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
Tel: (212) 309-6000
Fax: (212) 309-6001
richard.taffet@morganlewis.com

Willard K. Tom
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Tel: (202) 739-3000
Fax: (202) 739 3001
willard.tom@morganlewis.com

Donn P. Pickett
Geoffrey T. Holtz
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: (415) 442-1000
Fax: (415) 442-1001
donn.pickett@morganlewis.com
geoffrey.holtz@morganlewis.com

***Attorneys for Defendant Qualcomm Incorporated***

**FILER'S ATTESTATION**

I, Robert A. Van Nest, am the ECF user whose identification and password are being used to file this Joint Case Management Statement. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatories on this document have concurred in this filing.

*/s/ Robert A. Van Nest*
ROBERT A. VAN NEST