UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: QUALCOMM ANTITRUST LITIGATION | Case No. 17-MD-02773-LHK<br><br>**ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE AND DENYING QUALCOMM'S REQUEST TO EXCUSE UNTIMELY DISCLOSURES** |

The Court hereby CONTINUES the September 12, 2018 further case management conference to October 24, 2018 at 2:00 p.m. The parties shall file their joint case management statement by October 17, 2018.

In their September 5, 2018 joint case management statement, the parties also present a dispute regarding Qualcomm's August 28, 2018 disclosure of three third-party witnesses after the close of fact discovery. ECF No. 717 at 1–2. Neither party disputes that the identities of these three individuals were not disclosed during fact discovery. *Id.* The Court denies Qualcomm's request to excuse these untimely disclosures.

1

Case No. 17-MD-02773-LHK
ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE AND DENYING QUALCOMM'S REQUEST TO EXCUSE UNTIMELY DISCLOSURES

At the initial case management conference on May 25, 2017, this Court set March 30, 2018 as the date for the close of fact discovery. ECF No. 36 at 2. That date has remained the same throughout the case. ECF Nos. 346 at 2, 403 at 2. At the April 6, 2018 further case management conference, the Court allowed some limited forms of discovery to take place after the March 30, 2018 fact discovery cutoff. For example, the Court approved six depositions for the week of April 16–20, 2018 and one deposition for the week of May 21–25, 2018. ECF No. 432 at 2. The Court also granted the parties' request to extend the deadline to file motions to compel fact discovery to May 18, 2018. *Id.* at 1. At no time during these discussions about modifying the case schedule did Qualcomm request moving deadlines to accommodate the three individuals at issue.

The late addition of these three individuals is likely to be prejudicial because multiple important deadlines have passed such that adding these individuals may require a disruption of the entire case schedule. As noted, except for the limited exceptions approved by the Court, fact discovery closed on March 30, 2018. ECF No. 403 at 2. The deadline to file motions to compel fact discovery expired on May 18, 2018. ECF No. 432 at 2. The briefing on class certification issues and *Daubert* challenges is now complete, and the hearing is scheduled for September 27, 2018. *Id.*

Thus, allowing the out-of-time addition of the three individuals identified by Qualcomm at this late stage of the proceedings may negatively affect the case schedule and prejudice Plaintiffs. Qualcomm's request to excuse these untimely disclosures is denied.

**IT IS SO ORDERED.**

Dated: September 7, 2018

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

2
Case No. 17-MD-02773-LHK
ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE AND DENYING QUALCOMM'S REQUEST TO EXCUSE UNTIMELY DISCLOSURES