Kalpana Srinivasan (237460)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile:  (310) 789-3150
Email: ksrinivasan@susmangodfrey.com

Joseph W. Cotchett (36324)
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
Email: jcotchett@cpmlegal.com

*Plaintiffs' Co-Lead Counsel*

*Additional counsel in the signature block*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: QUALCOMM ANTITRUST LITIGATION | Case No. 5:17-md-02773-LHK <br><br> The Honorable Lucy H. Koh <br><br> **ADDITIONAL EXHIBITS TO JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL** <br><br> Trial:   June 24, 2019 |

Case No. 5:17-md-02773-LHK
JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL

6106779v1/015494