*Counsel Listed on Signature Page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE QUALCOMM ANTITRUST LITIGATION | Case No. 5:17-MD-02773-LHK<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date: October 24, 2018<br>Time: 2:00 p.m.<br>Ctrm: Courtroom 8<br>Judge: Hon. Lucy H. Koh |

Pursuant to the Court's September 7, 2018 Order Continuing Further Case Management Conference (MDL ECF No. 728), the MDL Plaintiffs ("Plaintiffs") and Defendant Qualcomm Incorporated ("Qualcomm") (collectively, the "Parties") have met and conferred and hereby submit this Joint Case Management Statement, which reports on developments since the Parties filed their September 5, 2018 Joint Case Management Statement (MDL ECF No. 717).

## I. ORDERS, PLEADINGS, AND MOTIONS

On September 27, 2018, the Court issued an order granting Plaintiffs' motion for class certification (MDL ECF No. 760).

On October 11, 2018, Qualcomm filed with the United States Court of Appeals for the Ninth Circuit a petition under Federal Rule of Civil Procedure 23(f) seeking permission to appeal the Court's September 27, 2018 Order Granting Plaintiffs' Motion for Class Certification (MDL ECF No. 760).

On October 12, 2018, the parties filed joint administrative motions to seal their pleadings related to Plaintiffs' motion for class certification, as required by the Court's September 28, 2018 Order Denying Without Prejudice Administrative Motions to Seal (MDL ECF No. 763).

## II. PARTY DISCOVERY

### A. Document Discovery

On October 2, 2018, Plaintiffs requested that Qualcomm produce updated or current versions of certain documents and data that Qualcomm had previously produced. Qualcomm has produced the documents that Plaintiffs requested.

On October 14, 2018, Plaintiffs requested that Qualcomm produce updated or current versions of additional documents, which Qualcomm is in the process of producing.

## III. MEDIATION/ALTERNATIVE DISPUTE RESOLUTION

Further to the Parties' July 25, 2018 ADR Status Report, Qualcomm and Plaintiffs have agreed to private mediation of this matter. Mediation is scheduled with Hon. Layn R. Phillips for October 31, 2018.

///

///

## IV. CLASS NOTICE

Plaintiffs expect to file with the Court a written plan for notice to the class on or before October 30, 2018.

Dated:  October 17, 2018

                                                       Respectfully submitted,

                                                     SUSMAN GODFREY LLP

By:  */s/ Kalpana Srinivasan*
     Kalpana Srinivasan
     Marc M. Seltzer
     Steven G. Sklaver
     Amanda Bonn
     Oleg Elkhunovich
     Krysta Kauble Pachman
     SUSMAN GODFREY L.L.P.
     1900 Avenue of the Stars, Suite 1400
     Los Angeles, CA 90067
     Telephone: (310) 789-3100
     Facsimile: (310) 789-3006
     Email: ksrinivasan@susmangodfrey.com
     Email: mseltzer@susmangodfrey.com
     Email: ssklaver@susmangodfrey.com
     Email: abonn@susmangodfrey.com
     Email: oelkhunovich@susmangodfrey.com
     Email:  kpachman@susmangodfrey.com

     Joseph Grinstein
     SUSMAN GODFREY L.L.P.
     1000 Louisiana Street # 5100
     Houston, TX 77002
     Telephone:  (713) 651-9366
     Facsimile:  (713) 654-6666
     Email: jgrinstein@susmangodfrey.com

|   |   |   |
|---|---|---|
| 1 | | Joseph W. Cotchett |
| 2 | | Adam J. Zapala |
| | | Brian Danitz |
| 3 | | Mark F. Ram |
| | | Michael Montaño |
| 4 | | COTCHETT, PITRE & McCARTHY, LLP |
| | | 840 Malcolm Road, Suite 200 |
| 5 | | Burlingame, CA 94010 |
| | | Telephone: (650) 697-6000 |
| 6 | | Facsimile: (650) 697-0577 |
| | | Email: jcotchett@cpmlegal.com |
| 7 | | Email: azapala@cpmlegal.com |
| | | Email: bdanitz@cpmlegal.com |
| | | Email: mram@cpmlegal.com |
| | | Email: mmontano@cpmlegal.com |

*Plaintiffs' Interim Co-Lead Counsel*

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Steve W. Berman*

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 268-9320
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

Jeff D. Friedman (173886)
Rio S. Pierce (298297)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: jefff@hbsslaw.com
Email: riop@hbsslaw.com

*Plaintiffs' Steering Committee*

|   |   |   |
|---|---|---|
| 1 |   | CRAVATH, SWAINE & MOORE LLP |
| 2 | By: | */s/ Robert A. Van Nest* |
| 3 |   | Gary A. Bornstein |
|   |   | Yonatan Even |
| 4 |   | CRAVATH, SWAINE & MOORE LLP |
|   |   | Worldwide Plaza |
|   |   | 825 Eighth Avenue |
|   |   | New York, NY 10019 |
|   |   | Tel: (212) 474-1000 |
|   |   | Fax: (212) 474-3700 |
|   |   | gbornstein@cravath.com |
|   |   | yeven@cravath.com |
|   |   |   |
|   |   | Robert A. Van Nest |
|   |   | Eugene M. Paige |
|   |   | Justina Sessions |
|   |   | KEKER, VAN NEST & PETERS LLP |
|   |   | 633 Battery Street |
|   |   | San Francisco, CA 94111-1809 |
|   |   | Telephone: (415) 391-5400 |
|   |   | Facsimile: (415) 397-7188 |
|   |   | rvannest@keker.com |
|   |   | epaige@keker.com |
|   |   | jsessions@keker.com |
|   |   |   |
|   |   | Richard S. Taffet |
|   |   | MORGAN, LEWIS & BOCKIUS LLP |
|   |   | 101 Park Avenue |
|   |   | New York, NY 10178-0060 |
|   |   | Tel: (212) 309-6000 |
|   |   | Fax: (212) 309-6001 |
|   |   | richard.taffet@morganlewis.com |
|   |   |   |
|   |   | Willard K. Tom |
|   |   | MORGAN, LEWIS & BOCKIUS LLP |
|   |   | 1111 Pennsylvania Ave. NW |
|   |   | Washington, DC 20004-2541 |
|   |   | Tel: (202) 739-3000 |
|   |   | Fax: (202) 739 3001 |
|   |   | willard.tom@morganlewis.com |
|   |   |   |
|   |   | Donn P. Pickett |
|   |   | Geoffrey T. Holtz |
|   |   | MORGAN, LEWIS & BOCKIUS LLP |
|   |   | One Market, Spear Street Tower |
|   |   | San Francisco, CA 94105-1126 |
|   |   | Tel: (415) 442-1000 |
|   |   | Fax: (415) 442-1001 |
|   |   | donn.pickett@morganlewis.com |
|   |   | geoffrey.holtz@morganlewis.com |
|   |   |   |
|   |   | ***Attorneys for Defendant Qualcomm Incorporated*** |

**FILER'S ATTESTATION**

I, Robert A. Van Nest, am the ECF user whose identification and password are being used to file this Joint Case Management Statement. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatories on this document have concurred in this filing.

*/s/ Robert A. Van Nest*
ROBERT A. VAN NEST