# EXHIBIT 4

**LEGAL NOTICE**

# If you have purchased a cellular phone since February 11, 2011, a class action lawsuit may affect your rights.

*A court authorized this notice. This is not a solicitation from a lawyer.*

A lawsuit is pending in the United States District Court for the Northern District of California (the "Court") against Qualcomm Incorporated ("Qualcomm"). Plaintiffs in the lawsuit claim that Qualcomm violated state and federal antitrust laws in the United States, harming competition and causing consumers to overpay for cellular phones.

On September 27, 2018, the Court determined that this case could proceed as a Class Action on behalf of persons and entities in the United States who purchased, paid for, and/or provided reimbursement for some or all of the purchase price of cellular phones with CDMA and LTE technologies. This includes cellular phones manufactured and sold by companies such as Apple Samsung, LG, Motorola, and ZTE.

The Court has not decided whether Qualcomm did anything wrong. There is no money available now, and no guarantee there will be. However, your legal rights are affected, and you have a choice to make now.

## ARE YOU AFFECTED?

The certified class includes persons and entities that purchased, paid for, and/or provided reimbursement for some or all of the purchase price for all UMTS, CDMA (including CDMAone and cdma2000) and/or LTE cellular phones for their own use and not for resale from February 11, 2011, through the present in the United States.

Not included in the class are: Qualcomm, its officers, directors, management, employees, subsidiaries, and affiliates; all federal and state governmental entities; all persons or entities who purchased Relevant Cellular Phones for purposes of resale; and any judges or justices involved in this action and any members of their immediate families or their staff.

## YOUR RIGHTS AND OPTIONS

**DO NOTHING:** By doing nothing, you keep the possibility of getting money or benefits that may come from a trial or a settlement. But you give up any rights to sue Qualcomm separately about the same legal claims in this lawsuit.

**ASK TO BE EXCLUDED:** If you ask to be excluded and money or benefits are later awarded in this class action lawsuit, you will not share in those. But you keep any rights to sue Qualcomm separately about the claims in this lawsuit.

## THE TRIAL

Plaintiffs will have to prove their claims against Qualcomm at a trial. The trial is currently set to start on June 24, 2019. During the trial, a Judge and Jury will hear all of the evidence to help them reach a decision about whether the Plaintiffs or Defendant are right about the claims in the lawsuit. There is no guarantee that the Plaintiffs will win, or that they will get any money for the class.

## WANT MORE INFORMATION?

If you have any questions or want to review documents that have been filed in this case, including the detailed Notice that describes how to request exclusion, you may visit www.xxxxxxxxxxx.com. All dates are subject to change, and current dates are available on the website.