*Counsel Listed on Signature Page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

IN RE QUALCOMM ANTITRUST LITIGATION

Case No. 5:17-MD-02773-LHK

**JOINT CASE MANAGEMENT STATEMENT**

Date: November 14, 2018
Time: 2:00 p.m.
Ctrm: Courtroom 8
Judge: Hon. Lucy H. Koh

Pursuant to the Court's October 22, 2018 Order Continuing Further Case Management Conference (MDL ECF No. 781), the MDL Plaintiffs ("Plaintiffs") and Defendant Qualcomm Incorporated ("Qualcomm") (collectively, the "Parties") have met and conferred and hereby submit this Joint Case Management Statement, which reports on developments since the Parties filed their October 17, 2018 Joint Case Management Statement (MDL ECF No. 780).

## I.  ORDERS, PLEADINGS, AND MOTIONS

On October 30, 2018, Plaintiffs filed a motion to approve the form and manner of class notice.  MDL ECF No. 783.

On October 24, 2018, Plaintiffs filed an answering brief to Qualcomm's Rule 23(f) Petition.  On October 30, 2018, Qualcomm filed a motion for leave to file a reply in support of its petition.

## II.  EXPERT REPORTS

On October 26, 2018, Plaintiffs served Qualcomm with the expert reports of Dr. Kenneth Flamm, Mr. Michael Lasinski, Professor Einer Elhauge, Dr. Robert Akl and Dr. William Wecker. Qualcomm's expert reports are due November 16, 2018.

## III.  MEDIATION/ALTERNATIVE DISPUTE RESOLUTION

Further to the Parties' July 25, 2018 ADR Status Report, Qualcomm and Plaintiffs participated in mediation with Hon. Layn R. Phillips on October 31, 2018.  The Parties did not resolve the matter but will continue any further discussions through Judge Phillips.

Dated: November 7, 2018

Respectfully submitted,

SUSMAN GODFREY LLP

By: */s/ Kalpana Srinivasan*
Kalpana Srinivasan
Marc M. Seltzer
Steven G. Sklaver
Amanda Bonn
Oleg Elkhunovich
Krysta Kauble Pachman
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3006
Email: ksrinivasan@susmangodfrey.com
Email: mseltzer@susmangodfrey.com
Email: ssklaver@susmangodfrey.com
Email: abonn@susmangodfrey.com
Email: oelkhunovich@susmangodfrey.com
Email: kpachman@susmangodfrey.com

Joseph Grinstein
SUSMAN GODFREY L.L.P.
1000 Louisiana Street # 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: jgrinstein@susmangodfrey.com

Joseph W. Cotchett
Adam J. Zapala
Brian Danitz
Mark F. Ram
Michael Montaño
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
Email: jcotchett@cpmlegal.com
Email: azapala@cpmlegal.com
Email: bdanitz@cpmlegal.com
Email: mram@cpmlegal.com
Email: mmontano@cpmlegal.com

***Plaintiffs' Interim Co-Lead Counsel***

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Steve W. Berman*

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 268-9320
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

Jeff D. Friedman (173886)
Rio S. Pierce (298297)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: jefff@hbsslaw.com
Email: riop@hbsslaw.com

***Plaintiffs' Steering Committee***

CRAVATH, SWAINE & MOORE LLP

By: */s/ Justina Sessions*

Gary A. Bornstein
Yonatan Even
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
gbornstein@cravath.com
yeven@cravath.com

Robert A. Van Nest
Eugene M. Paige
Justina Sessions
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
rvannest@keker.com
epaige@keker.com
jsessions@keker.com

Richard S. Taffet
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
Tel: (212) 309-6000
Fax: (212) 309-6001
richard.taffet@morganlewis.com

Willard K. Tom
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Tel: (202) 739-3000
Fax: (202) 739 3001
willard.tom@morganlewis.com

Donn P. Pickett
Geoffrey T. Holtz
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: (415) 442-1000
Fax: (415) 442-1001
donn.pickett@morganlewis.com
geoffrey.holtz@morganlewis.com

***Attorneys for Defendant Qualcomm Incorporated***

**FILER'S ATTESTATION**

I, Kalpana Srinivasan, am the ECF user whose identification and password are being used to file this Joint Case Management Statement. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatories on this document have concurred in this filing.

*/s/ Kalpana Srinivasan*
Kalpana Srinivasan

5

JOINT CASE MANAGEMENT STATEMENT
Case No. 5:17-md-02773-LHK-NMC