UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE QUALCOMM ANTITRUST LITIGATION | Case No. 17-MD-02773-LHK<br><br>**ORDER DENYING WITHOUT PREJUDICE APPLICATIONS FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br><br>Re: Dkt. No. 786, 787, 788, 789, 790 |

On November 7, 2018, Richard Zembek, Daniel Leventhal, Marc Collier, Talbot Hansum, and Eric Hall applied for admission to practice *pro hac vice* in the Northern District of California representing Qualcomm. Counsel failed to attach certificates of good standing or equivalent official documents from their state bar as required under Civil Local Rule 11-3(a). Therefore, their applications for admission to practice *pro hac vice* are DENIED without prejudice.

**IT IS SO ORDERED.**

Dated: November 13, 2018

_____
LUCY H. KOH
United States District Judge