UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE: QUALCOMM ANTITRUST LITIGATION | Case No. 17-MD-02773-LHK <br><br> **CASE MANAGEMENT ORDER** |
|---|---|

Plaintiff's Attorneys: Kalpana Srinivasan, Mark Ram
Defendant's Attorney: Robert Van Nest

A case management conference was held on December 6, 2018. A further case management conference is set for April 24, 2019, at 2:00 p.m. The parties shall file their joint case management statement by April 19, 2019.

The Court ordered the parties to complete private mediation by March 1, 2019. The parties shall file a joint mediation status report by March 8, 2019.

The Court amended the case schedule as follows:

| Scheduled Event | Date |
|---|---|
| Plaintiffs' Rebuttal Expert Reports | December 7, 2018 |
| Close of Expert Discovery | December 28, 2018 |

1

Case No. 17-MD-02773-LHK
CASE MANAGEMENT ORDER

| | |
|---|---|
| Last Day to File Dispositive Motions and *Daubert* (one dispositive motion per side, two *Daubert* motions per side) | Motion: January 24, 2019<br>Opposition: February 21, 2019<br>Reply: March 11, 2019 |
| Deadline to Complete Private Mediation | March 1, 2019 |
| Deadline to File Joint Mediation Status Report | March 8, 2019 |
| Hearing on Dispositive Motions | April 4, 2019, at 1:30 p.m. |
| Further Case Management Conference | April 24, 2019, at 2:00 p.m. |
| Final Pretrial Conference | June 6, 2019, at 1:30 p.m. |
| Jury Trial | June 24, at 9:00 a.m. |
| Length of Trial | 8 days |

**IT IS SO ORDERED.**

Dated: December 6, 2018

_____
LUCY H. KOH
United States District Judge

2

Case No. 17-MD-02773-LHK
CASE MANAGEMENT ORDER