UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: QUALCOMM ANTITRUST LITIGATION | Case No. 17-MD-02773-LHK<br><br>**ORDER APPROVING FORM AND MANNER OF CLASS NOTICE**<br><br>Re: Dkt. No. 783 |

On October 30, 2018, Plaintiffs' filed the Motion to Approve the Form and Manner of Class Notice. ECF No. 783. On November 14, 2018, Plaintiffs filed a Supplemental Statement in support of the Motion to Approve the Form and Manner of Class Notice. ECF No. 795. The Supplemental Statement included a Revised Long Form Notice. ECF No. 795-1. Defendant takes no position on the Form and Manner of Class Notice. ECF No. 783.

Having considered Plaintiffs' submissions, the relevant law, and the record in this case, the Court GRANTS Plaintiffs' Motion to Approve the Form and Manner of Class Notice. The Court further orders as follows:

1. The Court approves the Short Form Notice as set forth in Exhibit 4 to the Declaration of Linda V. Young.  *See* ECF No. 783-6.

1

United States District Court
Northern District of California

2. The Court approves the Long Form Notice as set forth in the attached redline and clean versions, attached to this Order as Exhibits 1 and 2.

3. Class members shall have at least 60 days from the date that notice is disseminated to request exclusion from the class.

**IT IS SO ORDERED.**

Dated: December 6, 2018

_____
LUCY H. KOH
United States District Judge