# OFFICE OF THE CLERK

## UNITED STATES DISTRICT COURT

### Northern District of California

## CIVIL MINUTES

**Date:** December 11, 2018  **Time:** 20 minutes  **Judge:** NATHANAEL M. COUSINS

**Case No.:** 17-md-02773  **Case Name:** In re: Qualcomm Incorporated

**Attorney for Class Plaintiffs:**  Krysta Pachman

**Attorney for Qualcomm:**  Jesselyn Friley

**Deputy Clerk:** Lili Harrell   **FTR:** 2:37pm – 2:57pm

## PROCEEDINGS

**Discovery Hearing held.**

Court resolved the 2 expert discovery disputes in Dkt. 821 as follows. Plaintiffs' motion granted in part. (1) As to interview notes of Dr. Chipty with 9 interviewees, Qualcomm is ordered to produce by Dec. 18 a declaration under penalty of perjury by Dr. Chipty attesting to the representations made in the letter brief that Dr. Chipty did not take notes during interviews with Qualcomm employees or officers, and that Dr. Chipty did not rely upon notes taken by anyone else in the course of forming her opinions in this case. (2) As to backup data relating to a 2016 whitepaper coauthored by witness Dr. Nevo, the Court finds that the backup data is relevant and proportional to the needs of the case because Dr. Nevo cited to the whitepaper at length in footnote 384 of his report in this case. Qualcomm by Dec. 14 must communicate to plaintiffs whether it will strike footnote 384, and if it does not, must produce the requested data by Dec. 16. The reason for this short deadline is the scheduled Dec. 18 deposition of Dr. Nevo. No fees or costs are awarded.