Reset Form

CAND Pay.gov Application for Refund (rev. 5/17)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

*IMPORTANT*:
- Complete all required fields (shown in red*); otherwise, your request may be denied and require resubmission.
- In fields **3-7**, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | | | |
|---|---|---|---|
| 1. **Your Name:*** Daniel Prati | | 8. **Your Phone Number:** (713) 651-3726 | |
| 2. **Your Email Address: *** dan.prati@nortonrosefulbright.co | | 9. **Full Case Number (if applicable):** 5:17-MD-02773 | |
| 3. **Pay.gov Tracking ID Number:*** 26E29B7N | | 10. **Fee Type:*** | ☐ Attorney Admission<br>☐ Civil Case Filing<br>☐ FTR Audio Recording<br>☐ Notice of Appeal<br>☑ Pro Hac Vice<br>☐ Writ of Habeas Corpus |
| 4. **Agency Tracking ID Number:* 0971-** 12918192 | | | |
| 5. **Transaction Date:*** 12/11/2018 | | | |
| 6. **Transaction Time:*** 12:47 am | | | |
| 7. **Transaction Amount (Amount to be refunded):*** $ 310.00 | | | |
| 11. **Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*<br>- *For a duplicate charge, provide the **correct** Pay.gov and Agency Tracking numbers in this field.*<br>- *If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).*<br>Transaction time: 5:03:17 PM.  When payment was entered, we found we inadvertently paid twice to same case, filing on same day in same matter. Correct receipt number is: CAND CM ECF; Pay.gov Tracking ID: 26E29BNF; Agency Tracking ID: 0971-12918261; Transaction Type: Sale; Transaction Date: Dec 11, 2018 5:06:21 PM. Credit Card charged was Visa ending in 3782. Thank you. | | | |

✓   *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

View detailed instructions at: *cand.uscourts.gov/ecf/payments*. For assistance, contact the ECF Help Desk at 1-866-638-7829 or *ecfhelpdesk@cand.uscourts.gov* Monday -Friday 9:00 a.m.-4:00 p.m.

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request:   ☐ Approved<br>                        ☐ Denied<br>                        ☐ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: | Request approved/denied by: |
| Pay.gov refund tracking ID refunded: | Agency refund tracking ID number: 0971- |
| Date refund processed: | Refund processed by: |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |