UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAREN STROMBERG, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Case No. 17-MD-02773-LHK<br><br>**ORDER REGARDING NINTH CIRCUIT GRANT OF PETITION FOR PERMISSION TO APPEAL** |

On January 23, 2019, the Ninth Circuit granted Defendant's Rule 23(f) petition for permission to appeal this Court's order granting Plaintiffs' motion for class certification and ordered Defendant to perfect the appeal. ECF No. 760.

This Court intends to stay the case after Defendant perfects its Ninth Circuit appeal. Defendant shall file a notice with this Court that Defendant has perfected its appeal.

**IT IS SO ORDERED.**

Dated: January 23, 2019

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No. 17-MD-02773-LHK
ORDER REGARDING NINTH CIRCUIT GRANT OF PETITION FOR PERMISSION TO APPEAL