| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>Robert A. Van Nest - # 84065<br>rvannest@keker.com<br>Steven A. Hirsch - # 171825<br>shirsch@keker.com<br>Eugene M. Paige - # 202849<br>epaige@keker.com<br>Cody S. Harris - #255302<br>charris@keker.com<br>Justina Sessions - # 270914<br>jsessions@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   (415) 391 5400<br>Facsimile:    (415) 397 7188<br><br>CRAVATH, SWAINE & MOORE LLP<br>Gary A. Bornstein *(pro hac vice)*<br>gbornstein@cravath.com<br>Yonatan Even *(pro hac vice)*<br>yeven@cravath.com<br>825 Eighth Avenue<br>New York, New York 10019-7475<br>Telephone: (212) 474-1000<br>Facsimile:  (212) 474-3700<br><br>Attorneys for Defendant<br>QUALCOMM INCORPORATED | MORGAN, LEWIS & BOCKIUS LLP<br>Richard S. Taffet *(pro hac vice)*<br>richard.taffet@morganlewis.com<br>101 Park Avenue<br>New York, NY 10178-0060<br>Telephone: (212) 309-6000<br>Facsimile:  (212) 309-6001<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Willard K. Tom *(pro hac vice)*<br>willard.tom@morganlewis.com<br>1111 Pennsylvania Avenue NW<br>Washington, DC 20004-2541<br>Telephone: (202) 739-3000<br>Facsimile:  (202) 739-3001<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Geoffrey T. Holtz (SBN 191370)<br>gholtz@morganlewis.com<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br>Facsimile:  (415) 442-1001 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: QUALCOMM ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 5:17-md-02773-LHK-NMC<br><br>**NOTICE THAT APPEAL OF CLASS CERTIFICATION ORDER HAS BEEN PERFECTED**<br><br>Dept.:    Courtroom 8, 4th Floor<br>Judge:   Hon. Lucy H. Koh<br><br>Trial Date: June 24, 2019 |

1 | Pursuant to the Court's Order Regarding Ninth Circuit Grant of Petition for Permission to
2 | Appeal dated January 23, 2019, Dkt. 834, counsel for Qualcomm Incorporated ("Qualcomm")
3 | hereby notifies the Court that Qualcomm has perfected its appeal of the Court's September 27,
4 | 2018 order granting class certification to the United States Court of Appeals for the Ninth Circuit.

Respectfully submitted,

Dated:  January 24, 2019

KEKER, VAN NEST & PETERS LLP

By: /s/ Steven A. Hirsch
Robert A. Van Nest (SBN 84065)
Steven A. Hirsch (SBN 171825)
Eugene M. Paige (SBN 202849)
Cody S. Harris (SBN 255302)
Justina Sessions (SBN 270914)
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Tel.:    (415) 391-5400
Fax:    (415) 397-7188
rvannest@keker.com
shirsch@keker.com
epaige@keker.com
charris@keker.com
jsessions@keker.com

Gary A. Bornstein *(pro hac vice)*
Yonatan Even *(pro hac vice)*
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Tel.:    (212) 474-1000
Fax:    (212) 474-3700
gbornstein@cravath.com
yeven@cravath.com

Richard S. Taffet *(pro hac vice)*
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
Tel.:    (212) 309-6000
Fax:    (212) 309-6001
richard.taffet@morganlewis.com

1
NOTICE THAT APPEAL OF CLASS CERTIFICATION ORDER HAS BEEN PERFECTED
Case No. 5:17-md-02773-LHK

1317134.v1

| | |
|---|---|
| 1 | |
| 2 | Willard K. Tom *(pro hac vice)*<br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004-2541 |
| 3 | Tel.:   (202) 739-3000<br>Fax:   (202) 739 3001 |
| 4 | willard.tom@morganlewis.com |
| 5 | Geoffrey T. Holtz (SBN 191370)<br>MORGAN, LEWIS & BOCKIUS LLP |
| 6 | One Market Plaza, Spear Street Tower<br>San Francisco, CA 94105-1596 |
| 7 | Tel.:   (415) 442-1000<br>Fax:   (415) 442-1001 |
| 8 | donn.pickett@morganlewis.com<br>gholtz@morganlewis.com |
| 9 | |
| 10 | Attorneys for Defendant<br>QUALCOMM INCORPORATED |

2

NOTICE THAT APPEAL OF CLASS CERTIFICATION ORDER HAS BEEN PERFECTED
Case No. 5:17-md-02773-LHK

1317134.v1