UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| KAREN STROMBERG, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Case No. 17-MD-02773-LHK<br><br>**ORDER STAYING CASE PENDING NINTH CIRCUIT APPEAL** |

On January 24, 2019, Defendant Qualcomm Incorporated ("Qualcomm") informed the Court that Qualcomm had perfected its Ninth Circuit appeal of this Court's class certification order. ECF No. 836. The Court hereby STAYS the lawsuit pending the Ninth Circuit's disposition of Qualcomm's appeal and vacates all deadlines in this case. Within two business days of the Ninth Circuit's disposition of Qualcomm's appeal, the parties are ordered to file a joint statement with this Court. The Clerk shall administratively close the file. This is an internal administrative procedure that does not affect the rights of the parties.

**IT IS SO ORDERED.**

Dated: January 24, 2019

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No. 17-MD-02773-LHK
ORDER STAYING CASE PENDING NINTH CIRCUIT APPEAL