Kalpana Srinivasan (237460)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile:  (310) 789-3150
Email: ksrinivasan@susmangodfrey.com

Joseph W. Cotchett (36324)
COTCHETT, PITRE & MCCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
Email: jcotchett@cpmlegal.com

*Plaintiffs' Co-Lead Counsel*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: QUALCOMM ANTITRUST LITIGATION | Case No. 17-md-2773-LHK<br><br>**PLAINTIFFS' REQUEST FOR GUIDANCE REGARDING THE DISSEMINATION OF CLASS NOTICE** |

1  On October 30, 2018, Plaintiffs filed their Motion to Approve the Form and Manner of Class Notice. Dkt. No. 783. On November 14, 2018, Plaintiffs filed a Supplemental Statement in support of their Motion to Approve the Form and Manner of Class Notice. Dkt. No. 795. The Supplemental Statement included a Revised Long Form Notice. Dkt. No. 795-1. Defendant Qualcomm, Incorporated ("Qualcomm"), took no position on the Motion. Dkt. No. 783.  The Court granted Plaintiffs' Motion on December 6, 2018. Dkt. No. 815.  The Court's order detailed that "Class members shall have at least 60 days from the date that notice is disseminated to request exclusion from the class." *Id.*

The Claims Administrator disseminated the class notice on January 22, 2019.  On January 23, 2019, the Ninth Circuit granted Qualcomm's petition for permission to appeal the Court's September 27, 2018, order granting class action certification. Dkt. No. 835.

On January 24, 2019, Qualcomm informed the Court that it had perfected its Ninth Circuit appeal of the Court's class certification order. Dkt. No. 836.  The Court then stayed this lawsuit pending the Ninth Circuit's disposition of Qualcomm's appeal and vacated all deadlines in this case. Dkt. No. 838.  Class Counsel has posted notice of the Court's orders to class members on the website described in the class notice.

In light of the stay, Class Counsel propose the following alternative courses of action:

1) That all deadlines related to class notice be vacated and that the Claims Administrator cease from providing further notice to the class regarding the existing deadline for exclusions from the class, that the deadline for class members to request exclusion from the class be vacated, and that class members be advised on the class notice website that the deadline for requesting exclusion has been vacated.  Class Counsel will propose a revised schedule for notice and a revised deadline for class members to request exclusion from the class in the parties' joint statement to this Court, due within two days of the disposition of Qualcomm's appeal, Dkt. No. 838.

2) In the alternative, that the Court permit the notice program to proceed as previously ordered.  If the Court prefers this course of action, then in the event the Court's class certification order is affirmed or left undisturbed by the Ninth Circuit, there would be

no need to establish a new request for exclusion deadline or to provide further notice to the class of the new deadline.

Class Counsel suggest these alternatives in seeking guidance from the Court in this matter.

Counsel for Qualcomm have indicated that they understand the Court's order to apply to all deadlines. They have agreed to meet and confer with Class Counsel prior to filing a status update with the Court.

Dated:  January 31, 2019               By:  /s/ *Kalpana Srinivasan*
                                            Kalpana Srinivasan
                                            Marc M. Seltzer
                                            Steven G. Sklaver
                                            Amanda Bonn
                                            Oleg Elkhunovich
                                            Krysta Kauble Pachman
                                            Catriona Lavery
                                            SUSMAN GODFREY L.L.P.
                                            1901 Avenue of the Stars, Suite 950
                                            Los Angeles, CA 90067
                                            Telephone: (310) 789-3100
                                            Facsimile:  (310) 789-3150
                                            Email: ksrinivasan@susmangodfrey.com
                                            Email: mseltzer@susmangodfrey.com
                                            Email: ssklaver@susmangodfrey.com
                                            Email: abonn@susmangodfrey.com
                                            Email: oelkhunovich@susmangodfrey.com
                                            Email: kpachman@susmangodfrey.com
                                            Email: clavery@susmangodfrey.com

                                            Joseph Grinstein
                                            SUSMAN GODFREY L.L.P.
                                            1000 Louisiana Street, Suite 5100
                                            Houston, TX 77002
                                            Telephone: (713) 651-9366
                                            Facsimile:  (713) 654-6666
                                            Email: jgrinstein@susmangodfrey.com

2
PLAINTIFFS' REQUEST FOR GUIDANCE REGARDING THE DISSEMINATION OF CLASS NOTICE
Case No. 17-md-2773-LHK

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: /s/ *Joseph W. Cotchett*
Joseph W. Cotchett
Adam Zapala
Mark F. Ram
Toriana S. Holmes
COTCHETT, PITRE & MCCARTHY
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
Email: jcotchett@cpmlegal.com
Email: azapala@cpmlegal.com
Email: mram@cpmlegal.com
Email: tholmes@cpmlegal.com

*Plaintiffs' Co-Lead Counsel*