1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE: QUALCOMM ANTITRUST LITIGATION

Case No. 17-MD-02773-LHK

**ORDER REGARDING DISSEMINATION OF CLASS NOTICE**

Re: Dkt. No. 840

Before the Court is Plaintiffs' request for guidance regarding the dissemination of class notice. ECF No. 840 ("Mot.").

On December 6, 2018, the Court granted Plaintiffs' motion to approve the form and manner of class notice. ECF No. 815. On January 22, 2019, the claims administrator disseminated the class notice. Mot. at 1. On January 23, 2019, the Ninth Circuit granted Qualcomm's petition for permission to appeal the Court's September 27, 2018 order granting class action certification. ECF No. 835. On January 24, 2019, Qualcomm informed the Court that Qualcomm had perfected its appeal of the Court's class certification order. ECF No. 836. The Court stayed this lawsuit pending the Ninth Circuit's disposition of Qualcomm's appeal and vacated all deadlines. ECF No. 838.

1    The grant of interlocutory appeal regarding class action certification does not stay this

2  Court's order regarding the dissemination of class notice. *See* Fed. R. Civ. P. 23(f). To minimize

3  confusion and administrative burden, the Court ORDERS that the notice program proceed as

4  previously ordered.

5  **IT IS SO ORDERED.**

6

7  Dated: February 1, 2019

8  _____
   LUCY H. KOH

9  United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2