UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 17 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KAREN STROMBERG, SAMUEL ROECKER, THOMAS LAMMEL, MARY GALLOWAY, DANIELLE LAGRAVE, THOMAS MCMAHON, BOARDSPORTS SCHOOL LLC, PATRICK BENAD, LINDSEY CARR, RENEE ACOSTA, PATRICIA BURNESS, CAROL HARRIS, ROBERT LINKS, NICHELLE LYONS, NUALA VIGNOLES, RACHEL L. MILLER, JOHN WILLIAM KIEFER III, MATTHEW MITCHELL, SUSAN GONZALEZ-PENDER, TERESE RUSSELL, SARAH KEY, DALIA ZATLIN, BETH CRANDALL, CLARISSA SIMON, KENDALL MARTIN, RODRIGO SAPLA, REBECCA DAVIS, THOMAS MCMANUS, KIMBERLY SCAVONE, MELISSA JU, CHRIS THOMPSON, MARTHA COUNTESS, KAREN HOOD, JAIME MARTIN, ADRIAN ESTEBAN, JEFFREY DAVIS, ERICSSON BROADBENT, PAUL SCOTT ERVIN, CARALYN TADA, NAGORE MILES, BETHANY RISING, JIYING SPENCER, DAYAN CRUTCHER, CATHERINE SCHMIDLIN, ALLISON TRIPP, LINDSAY SMITH, KATIE SMITH, KIRSTEN LUENZ, LAUREL VENER, STEPHEN JUDGE; et al., | No.   19-15159<br><br>D.C. No. 5:17-md-02773-LHK<br>Northern District of California, San Jose<br><br>ORDER |

        Plaintiffs-Appellees,

 and

JORDIE BORNSTEIN, CORDT BYRNE,

ELLIOT CARTER, JEFF CIOTTI, DWIGHT DICKERSON, MATTHEW CHRISTIANSON, LOGAN GRIESEMER, RYAN HART, WILLIAM HORTON, STEVE KRUG, GAIL MARGOLIS, KATE MORTENSEN, ALYSSA NEE, CHRISTOPHER WHALEN, STEPHAN FARID WOZNIAK, CHRISTOPHER ZAYAS-BAZAN, DAVID CARNEY, JULIE EWALD, TOM PARKIN, BRIAN DEPPERSCHMIDT, BRANDON STEELE, KYLE WEBER, CRAIG HOUSENICK, RYAN MARGULIS, RICHARD RIZZO, GUY DIETRICH, JEFFREY M. KURZON, SUSAN NAGY, NICOLAS YOUSIF, SCOTT FREDERICK, CHARLES POON, ANDREA HOGAN, TINA HEIM, MONICA MORROW, MARK CARDILLO, ALLISON SHIPP, MICHELLE MACKAY, COLLEEN SPARKE, JANET SILVERNESS, MELANIE BARCLAY, TIFFANY RINGO, HALLIE LINGO, CRYSTAL HOHENTHANER, DANIEL K. BRENDTRO, DANIEL DELIER, PAUL NELSON, CATHERINE KADERAVEK, KAREN CARLET, DAVID WARING, LEON THEODORE LIPKA III,

        Plaintiff,

v.

QUALCOMM INCORPORATED,

        Defendant-Appellant.

Before:  Peter L. Shaw, Appellate Commissioner.

Appellant's motion to seal portions of volume 3 of the excerpts of record (Docket Entry No. 14) is granted.  The Clerk shall file volume 3 of the excerpts of record under seal, and shall file the opening brief and volumes 1 and 2 of the excerpts of record publicly.

Appellant also filed a notice of intent to file other portions of volume 3 of the excerpts of record publicly pursuant to Ninth Circuit Rule 27-13(f).  <u>See</u> Docket Entry No. 15.  If appellees do not file a motion to seal those portions of volume 3 of the excerpts of record within 21 days after the filing of the notice, appellant shall submit a redacted volume 3 of the excerpts of record for public filing that redacts only those portions of volume 3 addressed in appellant's motion to seal.

The existing briefing schedule shall continue in effect.