UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 3 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KAREN STROMBERG, SAMUEL ROECKER, THOMAS LAMMEL, MARY GALLOWAY, DANIELLE LAGRAVE, THOMAS MCMAHON, BOARDSPORTS SCHOOL LLC, PATRICK BENAD, LINDSEY CARR, RENEE ACOSTA, PATRICIA BURNESS, CAROL HARRIS, ROBERT LINKS, NICHELLE LYONS, NUALA VIGNOLES, RACHEL L. MILLER, JOHN WILLIAM KIEFER III, MATTHEW MITCHELL, SUSAN GONZALEZ-PENDER, TERESE RUSSELL, SARAH KEY, DALIA ZATLIN, BETH CRANDALL, CLARISSA SIMON, KENDALL MARTIN, RODRIGO SAPLA, REBECCA DAVIS, THOMAS MCMANUS, KIMBERLY SCAVONE, MELISSA JU, CHRIS THOMPSON, MARTHA COUNTESS, KAREN HOOD, JAIME MARTIN, ADRIAN ESTEBAN, JEFFREY DAVIS, ERICSSON BROADBENT, PAUL SCOTT ERVIN, CARALYN TADA, NAGORE MILES, BETHANY RISING, JIYING SPENCER, DAYAN CRUTCHER, CATHERINE SCHMIDLIN, ALLISON TRIPP, LINDSAY SMITH, KATIE SMITH, KIRSTEN LUENZ, LAUREL VENER, STEPHEN JUDGE; et al., | No.   19-15159<br><br>D.C. No. 5:17-md-02773-LHK<br>Northern District of California,<br>San Jose<br><br>ORDER |

        Plaintiffs-Appellees,

 and

JORDIE BORNSTEIN, CORDT BYRNE,

PK/Sealed Documents

| |
|---|
| ELLIOT CARTER, JEFF CIOTTI, DWIGHT DICKERSON, MATTHEW CHRISTIANSON, LOGAN GRIESEMER, RYAN HART, WILLIAM HORTON, STEVE KRUG, GAIL MARGOLIS, KATE MORTENSEN, ALYSSA NEE, CHRISTOPHER WHALEN, STEPHAN FARID WOZNIAK, CHRISTOPHER ZAYAS-BAZAN, DAVID CARNEY, JULIE EWALD, TOM PARKIN, BRIAN DEPPERSCHMIDT, BRANDON STEELE, KYLE WEBER, CRAIG HOUSENICK, RYAN MARGULIS, RICHARD RIZZO, GUY DIETRICH, JEFFREY M. KURZON, SUSAN NAGY, NICOLAS YOUSIF, SCOTT FREDERICK, CHARLES POON, ANDREA HOGAN, TINA HEIM, MONICA MORROW, MARK CARDILLO, ALLISON SHIPP, MICHELLE MACKAY, COLLEEN SPARKE, JANET SILVERNESS, MELANIE BARCLAY, TIFFANY RINGO, HALLIE LINGO, CRYSTAL HOHENTHANER, DANIEL K. BRENDTRO, DANIEL DELIER, PAUL NELSON, CATHERINE KADERAVEK, KAREN CARLET, DAVID WARING, LEON THEODORE LIPKA III,<br><br>        Plaintiff,<br><br> v.<br><br>QUALCOMM INCORPORATED,<br><br>        Defendant-Appellant. |

Before: Peter L. Shaw, Appellate Commissioner.

Intervenors' motions to maintain under seal portions of volume 3 of the excerpts of record (Docket Entry Nos. 59, 65, 66, 67, 69) are granted. Within 14 days after the date of this order, appellant shall submit a redacted volume 3 of the excerpts of record for public filing that redacts those portions of volume 3 addressed in appellant's motion to seal (Docket Entry No. 14) and intervenors' motions to maintain the seal (Docket Entry Nos. 59, 65, 66, 67, 69). The Clerk shall maintain under seal intervenors' motions to maintain the seal (Docket Entry Nos. 59, 65, 66, 67, 69).

The existing briefing schedule shall continue in effect.