UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 22 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KAREN STROMBERG; et al.,<br><br>          Plaintiffs-Appellees,<br><br>and<br><br>JORDIE BORNSTEIN; et al.,<br><br>          Plaintiff,<br><br> v.<br><br>QUALCOMM INCORPORATED,<br><br>          Defendant-Appellant. | No.   19-15159<br><br>D.C. No. 5:17-md-02773-LHK<br>Northern District of California,<br>San Jose<br><br>ORDER |

Before:   TASHIMA, M. SMITH, and BENNETT, Circuit Judges.

The emergency motions to intervene filed by HTC America, Inc. and Avanci, LLC (Docket Entry Nos. 135 and 140) are granted. HTC America, Inc. should file the motion to seal, beginning at page 2 of Docket Entry No. 135, as a separate motion on this court's docket.