FILED

AUG 23 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KAREN STROMBERG; et al.,<br><br>    Plaintiffs-Appellees,<br><br>and<br><br>JORDIE BORNSTEIN; et al.,<br><br>    Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>    Defendant-Appellant. | No.   19-15159<br><br>D.C. No. 5:17-md-02773-LHK<br>Northern District of California,<br>San Jose<br><br>ORDER |

Before:   TASHIMA, M. SMITH, and BENNETT, Circuit Judges.

The emergency motion to intervene filed by Newegg, Inc. (Docket Entry No. 146) is granted.