UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 17 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KAREN STROMBERG, SAMUEL ROECKER, THOMAS LAMMEL, MARY GALLOWAY, DANIELLE LAGRAVE, THOMAS MCMAHON, BOARDSPORTS SCHOOL LLC, PATRICK BENAD, LINDSEY CARR, RENEE ACOSTA, PATRICIA BURNESS, CAROL HARRIS, ROBERT LINKS, NICHELLE LYONS, NUALA VIGNOLES, RACHEL L. MILLER, JOHN WILLIAM KIEFER III, MATTHEW MITCHELL, SUSAN GONZALEZ-PENDER, TERESE RUSSELL, SARAH KEY, DALIA ZATLIN, BETH CRANDALL, CLARISSA SIMON, KENDALL MARTIN, RODRIGO SAPLA, REBECCA DAVIS, THOMAS MCMANUS, KIMBERLY SCAVONE, MELISSA JU, CHRIS THOMPSON, MARTHA COUNTESS, KAREN HOOD, JAIME MARTIN, ADRIAN ESTEBAN, JEFFREY DAVIS, ERICSSON BROADBENT, PAUL SCOTT ERVIN, CARALYN TADA, NAGORE MILES, BETHANY RISING, JIYING SPENCER, DAYAN CRUTCHER, CATHERINE SCHMIDLIN, ALLISON TRIPP, LINDSAY SMITH, KATIE SMITH, KIRSTEN LUENZ, LAUREL VENER, STEPHEN JUDGE; et al., | No.   19-15159<br><br>D.C. No. 5:17-md-02773-LHK<br>Northern District of California,<br>San Jose<br><br>ORDER |

      Plaintiffs-Appellees,

and

JORDIE BORNSTEIN, CORDT BYRNE,

ELLIOT CARTER, JEFF CIOTTI, DWIGHT DICKERSON, MATTHEW CHRISTIANSON, LOGAN GRIESEMER, RYAN HART, WILLIAM HORTON, STEVE KRUG, GAIL MARGOLIS, KATE MORTENSEN, ALYSSA NEE, CHRISTOPHER WHALEN, STEPHAN FARID WOZNIAK, CHRISTOPHER ZAYAS-BAZAN, DAVID CARNEY, JULIE EWALD, TOM PARKIN, BRIAN DEPPERSCHMIDT, BRANDON STEELE, KYLE WEBER, CRAIG HOUSENICK, RYAN MARGULIS, RICHARD RIZZO, GUY DIETRICH, JEFFREY M. KURZON, SUSAN NAGY, NICOLAS YOUSIF, SCOTT FREDERICK, CHARLES POON, ANDREA HOGAN, TINA HEIM, MONICA MORROW, MARK CARDILLO, ALLISON SHIPP, MICHELLE MACKAY, COLLEEN SPARKE, JANET SILVERNESS, MELANIE BARCLAY, TIFFANY RINGO, HALLIE LINGO, CRYSTAL HOHENTHANER, DANIEL K. BRENDTRO, DANIEL DELIER, PAUL NELSON, CATHERINE KADERAVEK, KAREN CARLET, DAVID WARING, LEON THEODORE LIPKA III,

        Plaintiff,

v.

QUALCOMM INCORPORATED,

        Defendant-Appellant.

Before:  SILER,[*] BYBEE, and R. NELSON, Circuit Judges.

---

        *      The Honorable Eugene E. Siler, United States Circuit Judge for the

In light of this Court's opinion issued in *Federal Trade Commission v. Qualcomm Inc.*, 19-16122, on August 11, 2020, the parties are directed to file letter briefs addressing the effect of that decision, if any, on this case. Specifically, the parties should address whether *FTC v. Qualcomm* directly resolves any of plaintiffs' claims in this case and, if so, what effect that may have on the certification questions raised in this appeal.

Defendant-Appellant shall file its letter brief by September 8. Plaintiffs-Appellees are directed to file their responsive letter brief no later than September 28. Defendant-Appellant may file a reply letter brief by October 8. No sur-reply shall be allowed.

---

U.S. Court of Appeals for the Sixth Circuit, sitting by designation.