UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: QUALCOMM ANTITRUST LITIGATION | Case No. 17-md-02773-JSC<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

The Court will hold a further case management conference on Thursday, April 21, 2022, at 1:30 p.m. via Zoom video. On or before April 14, 2022, the parties shall submit a further joint case management conference statement that addresses next steps in light of the Ninth Circuit's remand.

**IT IS SO ORDERED.**

Dated: April 4, 2022

_____
JACQUELINE SCOTT CORLEY
United States District Judge