### UNITED STATES JUDICIAL PANEL
on
### MULTIDISTRICT LITIGATION

**IN RE: QUALCOMM ANTITRUST LITIGATION**                    MDL No. 2773

### ORDER REASSIGNING LITIGATION

The Panel has been notified of the need to reassign the above litigation to another judge in the Northern District of California.

IT IS THEREFORE ORDERED that, with the consent of that court, this litigation is reassigned to the Honorable Jacqueline Scott Corley, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

**FOR THE PANEL**

Karen K. Caldwell
Chair