| | |
|---|---|
| 1 | Asim M. Bhansali (SBN 194925) |
| | KWUN BHANSALI LAZARUS LLP |
| 2 | 555 Montgomery St., Suite 750 |
| | San Francisco, CA 94111 |
| 3 | Tel: (415) 630-2350 |
| | Fax: (415) 367-1539 |
| 4 | |
| | Attorneys for Defendant |
| 5 | QUALCOMM INCORPORATED |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: QUALCOMM ANTITRUST LITIGATION | Case No.: 3:17-md-02773-JSC |
| | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| This Document Relates To: | |
| ALL ACTIONS | |

To effectuate a more efficient representation, counsel Asim M. Bhansali ("Withdrawing Counsel") provides notice pursuant to Civil Local Rule 5-1(c)(2)(C) that he and the law firm Kwun Bhansali Lazarus LLP are hereby withdrawing as counsel of record for Defendant Qualcomm Incorporated ("Defendant"), and requests that he be removed from the Court's electronic mail notification list.

Defendant will remain represented by counsel from lead counsel Robert A. Van Nest of Keker, Van Nest & Peters LLP.

Dated: April 29, 2022                     KWUN BHANSALI LAZARUS LLP

                                          By: /s/ Asim M. Bhansali
                                                  Asim M. Bhansali

                                          Attorneys for Defendant
                                          QUALCOMM INCORPORATED