*Counsel Listed on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: QUALCOMM ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 3:17-md-02773-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE AMENDED COMPLAINT**<br><br>Judge:   Hon. Jacqueline Scott Corley<br>Dept.:   Courtroom 8, 19th Floor |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs and Defendant Qualcomm Inc., hereby stipulate to the extension of the deadline for Plaintiffs to file a Second Amended Complaint from May 12, 2022 up to and including June 10, 2022.

Plaintiffs and Qualcomm (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree to the following:

WHEREAS, on April 21, 2022, the Court held a Further Case Management Conference to discuss the case schedule;

WHEREAS, at the Case Management Conference, the Court ordered Plaintiffs to file an amended complaint on or before May 12, 2022;

WHEREAS, the parties have agreed to extend time for Plaintiffs to file an amended complaint;

WHEREAS, the requested extension of this deadline would not affect the schedule of this case as the Court has not yet set dates for additional briefing;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, and pursuant to Civil Local Rules 6-2 and 7-12, that Plaintiffs' deadline to file an amended complaint is June 10, 2022.

A Proposed Order is submitted concurrently herewith.

IT IS SO STIPULATED.

DATED: May 10, 2022                              SUSMAN GODFREY L.L.P.

                                                 By:   /s/ Kalpana Srinivasan
                                                       Kalpana Srinivasan
                                                       Marc M. Seltzer
                                                       Steven G. Sklaver
                                                       Amanda Bonn
                                                       Oleg Elkhunovich
                                                       Krysta K. Pachman
                                                       SUSMAN GODFREY LLP
                                                       1900 Avenue of the Stars, Suite 1400
                                                       Los Angeles, CA 90067

                                                       Joseph S. Grinstein (*pro hac vice*)

1

STIPULATION EXTENDING TIME TO FILE AMENDED COMPLAINT
Case No. 3:17-md-02773-JSC

|  |  |
|---|---|
|  | SUSMAN GODFREY LLP |
|  | 1000 Louisiana Street, #5100 |
|  | Houston, TX 77002 |
|  |  |
|  | Joseph W. Cotchett |
|  | Adam J. Zapala |
|  | Brian Danitz |
|  | COTCHETT, PITRE & MCCARTHY |
|  | 840 Malcolm Road, Suite 200 |
|  | Burlingame, CA 94010 |
|  |  |
|  | **Plaintiffs' Co-Lead Class Counsel** |
|  |  |
|  | **Plaintiffs' Steering Committee:** |
|  | Steve W. Berman (*pro hac vice*) |
|  | HAGENS BERMAN SOBOL SHAPIRO |
|  | 1301 2nd Avenue, Suite 2000 |
|  | Seattle, WA 98101 |
|  |  |
|  | Jeff Friedman |
|  | Rio S. Pierce |
|  | HAGENS BERMAN SOBOL SHAPIRO |
|  | 715 Hearst Avenue, Suite 202 |
|  | Berkeley, CA 94710 |
| DATED: May 10, 2022 | By:  */s/ Robert A. Van Nest* |
|  | Robert A. Van Nest |
|  | Eugene M. Paige |
|  | Cody S. Harris |
|  | Matan Shacham |
|  | KEKER, VAN NEST & PETERS LLP |
|  | 633 Battery Street |
|  | San Francisco, CA 94111-1809 |
|  |  |
|  | Gary A. Bornstein (*pro hac vice*) |
|  | Yonatan Even (*pro hac vice*) |
|  | CRAVATH, SWAINE & MOORE LLP |
|  | 825 Eighth Avenue |
|  | New York, New York 10019-7475 |
|  |  |
|  | Richard S. Taffet (*pro hac vice*) |
|  | MORGAN, LEWIS & BOCKIUS LLP |
|  | 101 Park Avenue |
|  | New York, NY 10178-0060 |
|  |  |
|  | Geoffrey T. Holtz |
|  | MORGAN, LEWIS & BOCKIUS LLP |

One Market, Spear Street Tower
San Francisco, CA 94105-1126

Attorneys for Defendant Qualcomm Incorporated

## FILER'S ATTESTATION

Pursuant to Civil Local Rule 5.1, I attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

DATED: May 10, 2022                    SUSMAN GODFREY L.L.P.


                                       /s/ *Kalpana Srinivasan*
                                       Kalpana Srinivasan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: QUALCOMM ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 3:17-md-02773-JSC<br><br>**[PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE AN AMENDED COMPLAINT**<br><br>Judge:   Hon. Jacqueline Scott Corley<br>Dept.:   Courtroom 8, 19th Floor |
|---|---|

Pursuant to stipulation of the Parties, the Court hereby **ORDERS** that the deadline for Plaintiffs to file an amended complaint is June 10, 2022.

**IT IS SO ORDERED.**

_____
Jacqueline Scott Corley
UNITED STATES DISTRICT JUDGE