UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: QUALCOMM ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 3:17-md-02773-JSC<br><br>**[~~PROPOSED~~] ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE AN AMENDED COMPLAINT**<br><br>Judge:  Hon. Jacqueline Scott Corley<br>Dept.:  Courtroom 8, 19th Floor |

Pursuant to stipulation of the Parties, the Court hereby **ORDERS** that the deadline for

Plaintiffs to file an amended complaint is June 10, 2022.

**IT IS SO ORDERED.**

Dated: May 11, 2022

_Jacqueline Scott Corley_
Jacqueline Scott Corley
UNITED STATES DISTRICT JUDGE