Kalpana Srinivasan (237460)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile:  (310) 789-3150
Email: ksrinivasan@susmangodfrey.com

Joseph W. Cotchett (36324)
COTCHETT, PITRE & MCCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
Email: jcotchett@cpmlegal.com

*Plaintiffs' Interim Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: QUALCOMM ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 3:17-md-2773-JSC<br><br>**PROOF OF SERVICE OF DOCUMENTS FILED UNDER SEAL**<br><br>Judge:   Hon. Jacqueline Scott Corley<br>Dept:    Courtroom 8, 19th Floor |

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the City and County of Los Angeles, State of California, in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Susman Godfrey L.L.P., 1900 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067.

On June 10, 2022, I served the following listed document(s) electronic mail. I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail to the third parties as indicated on the service list below.

- **PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**
- **PROPOSED ORDER**
- **PLAINTIFFS' SECOND AMENDED COMPLAINT [UNREDACTED]**

on the interested parties in this action as stated in the Service List below.

<u>XX</u> BY ELECTRONIC MAIL: I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail as indicated on the attached service list. Executed on June 10, 2022, at Los Angeles, California.

<u>XX</u> (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

<u>Lora Krsulich</u>           <u>/s/ Lora Krsulich</u>
(Type or Print Name)       (Signature)

| | SERVICE LIST | |
|---|---|---|
| | Robert A. Van Nest<br>Eugene M. Paige<br>Cody S. Harris<br>Matan Shacham<br>KEKER, VAN NEST & PETERS LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>rvannest@keker.com<br>epaige@keker.com<br>charris@keker.com<br>mshacham@keker.com<br><br>Gary Andrew Bornstein<br>Yonatan Even<br>CRAVATH, SWAINE AND MOORE<br>825 Eighth Avenue<br>New York, NY 10019<br>212-474-1000<br>gbornstein@cravath.com<br>yeven@cravath.com<br><br>Geoffrey T. Holtz<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>(415) 442-1414<br>Fax: (415) 442-1001<br>gholtz@morganlewis.com<br><br>Richard S. Taffet<br>MORGAN, LEWIS & BOCKIUS LLP<br>101 Park Avenue<br>New York, NY 10178-0060<br>212.309.6000<br>Fax: 212.309.6001<br>richard.taffet@morganlewis.com<br><br>Willard K Tom<br>Morgan Lewis<br>1111 Pennsylvania Avenue NW<br>Washington, DC 20004<br>202-739-5389<br>Fax: 202-739-3001<br>willard.tom@morganlewis.com | **Counsel for Defendant Qualcomm Inc.** |
| | Edward Takashima<br>Boies Scholler Flexner LLP<br>401 Wilshire Blvd., Suite 850<br>Santa Monica, CA 90401<br>etakashima@bsfllp.com | **Attorneys for Apple Inc.** |

| | |
|---|---|
| Mark D. Selwyn<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>mark.selwyn@wilmerhale.com | **Attorneys for Intel Corporation** |
| Matthew Lowe<br>K&L Gates<br>State Street Financial Center<br>Boston, Massachusetts 02111-2950<br>matthew.lowe@klgates.com<br><br>Dan Stephenson<br>K&L Gates<br>4350 Lassiter at North Hills Avenue, Suite 300<br>Raleigh, North Carolina 27609<br>dan.stephenson@klgates.com<br><br>Christina Goodrich<br>K&L Gates<br>10100 Santa Monica Blvd.<br>Los Angeles, CA 90067<br>christina.goodrich@klgates.com<br><br>Gina M. Sansone<br>Russel M. Steinthal<br>Axinn, Veltrop & Harkrider LLP<br>114 West 47th Street<br>New York, NY 10036<br>gsansone@axinn.com<br>rsteinthal@axinn.com | **Attorneys for Motorola Mobility LLC** |