1  *Counsel Listed on Signature Page*
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9                          NORTHERN DISTRICT OF CALIFORNIA
10                                SAN FRANCISCO DIVISION
11

| | |
|---|---|
| IN RE: QUALCOMM ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 3:17-md-02773-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANT QUALCOMM INCORPORATED'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Dept.:   Courtroom 8, 19th Floor<br>Judge:  Hon. Jacqueline Scott Corley |

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULING FOR DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT
Case No. 3:17-md-02773-JSC

1870434

|   |   |
|---|---|
| 1 | PLEASE TAKE NOTICE that pursuant to Civ. L.R. 6-1(a), 6-2, and 7-12, Plaintiffs and Defendant Qualcomm Incorporated (collectively, the "Parties"), by and through their respective counsel, stipulate and agree as follows: |

1  PLEASE TAKE NOTICE that pursuant to Civ. L.R. 6-1(a), 6-2, and 7-12, Plaintiffs and Defendant Qualcomm Incorporated (collectively, the "Parties"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, the Court held a Further Case Management Conference in this matter on April 21, 2022, at which it permitted Plaintiffs to file an amended complaint and asked the parties to meet and confer thereafter regarding a briefing schedule for Qualcomm's motion to dismiss (Dkt. No. 882);

WHEREAS, on June 10, 2022, Plaintiffs filed their Second Amended Consolidated Class Action Complaint (Dkt. No. 887);

WHEREAS, the parties have conferred and agreed to a briefing schedule for Qualcomm's motion to dismiss;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE that, subject to the Court's approval, Qualcomm's motion to dismiss shall be filed on or before August 1, 2022; Plaintiffs' opposition shall be filed on or before September 15, 2022; Qualcomm's reply shall be filed on or before October 17, 2022; and the hearing will be noticed for November 17, 2022 or on the earliest date thereafter that is convenient for the Court.

IT IS SO STIPULATED.

Dated: June 22, 2022                           KEKER, VAN NEST & PETERS LLP

By:  /s/ Cody S. Harris
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
EUGENE M. PAIGE - # 202849
epaige@keker.com
CODY S. HARRIS - # 255302
charris@keker.com
MATAN SHACHAM - # 262348
mshacham@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Tel.: (415) 391-5400
Fax: (415) 397-7188

1
STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR
DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT
Case No. 3:17-md-02773-JSC

1870434

|    |    |
|----|----|
| 1  |    |
| 2  | Gary A. Bornstein *(pro hac vice)*<br>Yonatan Even *(pro hac vice)*<br>CRAVATH, SWAINE & MOORE LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019-7475<br>Tel.: (212) 474-1000<br>Fax: (212) 474-3700<br>gbornstein@cravath.com<br>yeven@cravath.com |
| 3  |    |
| 4  |    |
| 5  |    |
| 6  |    |
| 7  | Richard S. Taffet *(pro hac vice)*<br>MORGAN, LEWIS & BOCKIUS LLP<br>101 Park Avenue<br>New York, NY 10178-0060<br>Tel.: (212) 309-6000<br>Fax: (212) 309-6001<br>richard.taffet@morganlewis.com |
| 8  |    |
| 9  |    |
| 10 |    |
| 11 | Geoffrey T. Holtz (SBN 191370)<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Tel.: (415) 442-1000<br>Fax: (415) 442-1001<br>gholtz@morganlewis.com |
| 12 |    |
| 13 |    |
| 14 |    |
| 15 |    |
| 16 | Attorneys for Defendant<br>QUALCOMM INCORPORATED |

2

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE FOR
DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT
Case No. 3:17-md-02773-JSC

1870434

| | | |
|---|---|---|
| Dated: June 22, 2022 | By: | /s/ *Kalpana Srinivasan* |

Kalpana Srinivasan
Marc M. Seltzer
Steven G. Sklaver
Amanda Bonn
Oleg Elkhunovich
Krysta Kauble Pachman
Chelsea Samuels
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
Email: ksrinivasan@susmangodfrey.com
Email: mseltzer@susmangodfrey.com
Email: ssklaver@susmangodfrey.com
Email: abonn@susmangodfrey.com
Email: oelkhunovich@susmangodfrey.com
Email: kpachman@susmangodfrey.com
Email: csamuels@susmangodfrey.com

Joseph Grinstein
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: jgrinstein@susmangodfrey.com

/s/ *Joseph W. Cotchett*
Joseph W. Cotchett
Nanci E. Nishimura
Adam J. Zapala
Brian Danitz
James Dallal
Andrew F. Kirtley
Veena K. Bhatia
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
Email: jcotchett@cpmlegal.com
Email: nnishimura@cpmlegal.com
Email: azapala@cpmlegal.com
Email: bdanitz@cpmlegal.com
Email: jdallal@cpmlegal.com
Email: akirtley@cpmlegal.com
Email: vbhatia@cpmlegal.com

***Plaintiffs' Co-Lead Counsel***

|   |   |
|---|---|
| 1 | /s/ Steve W. Berman |
| 2 | Steve W. Berman |
|   | Rio Pierce |
| 3 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 4 | 1918 Eighth Avenue, Suite 3300 |
|   | Seattle, WA 98101 |
| 5 | Telephone: (206) 268-9320 |
|   | Facsimile: (206) 623-0594 |
| 6 | Email: steve@hbsslaw.com |
|   | Email: riop@hbsslaw.com |

*Plaintiffs' Steering Committee*

I, Cody S. Harris, am the ECF User whose ID and password are being used to file this document and, in compliance with Local Rule 5-1(i)(3), hereby attest that all signatories concur with this filing.

/s/ Cody S. Harris
CODE S. HARRIS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The hearing on the motion shall be set for November 15, 2022 at 9:00 a.m. by Zoom videoconference.

Dated: June 23, 2022

Hon. Jacqueline Scott Corley
United States District Judge

4
STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR
DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT
Case No. 3:17-md-02773-JSC

1870434