1  Kalpana Srinivasan (237460)
   SUSMAN GODFREY L.L.P.
2  1900 Avenue of the Stars, 14th Floor
   Los Angeles, CA 90067
3  Telephone: (310) 789-3100
   Facsimile:  (310) 789-3150
4  Email: ksrinivasan@susmangodfrey.com
5
   Joseph W. Cotchett (36324)
6  COTCHETT, PITRE & MCCARTHY, LLP
   840 Malcolm Road, Suite 200
7  Burlingame, CA 94010
   Telephone: (650) 697-6000
8  Facsimile: (650) 697-0577
9  Email: jcotchett@cpmlegal.com

10 *Plaintiffs' Interim Co-Lead Counsel*

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15

| 16 | IN RE: QUALCOMM ANTITRUST LITIGATION | Case No. 3:17-md-2773-JSC |
|---|---|---|
| 17 | | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| 18 | | |
| 19 | This Document Relates To: | |
| 20 | ALL ACTIONS | |
| 21 | | |

10752445v1/015494

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 5-1(c)(2)(C), counsel Chelsea V. Samuels is hereby withdrawing as counsel of record for Plaintiffs and requests the clerk to terminate all CM/ECF notifications as to Chelsea V. Samuels for this action.

Plaintiffs will remain represented by counsel from Susman Godfrey L.L.P, Cotchett, Pitre & McCarthy and Hagens Berman Sobol Shapiro.

Dated: July 13, 2022

By:  /s/ *Chelsea V. Samuels*
Kalpana Srinivasan
Marc M. Seltzer
Steven G. Sklaver
Amanda Bonn
Oleg Elkhunovich
Krysta Kauble Pachman
Chelsea V. Samuels
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile:  (310) 789-3150
Email: ksrinivasan@susmangodfrey.com
Email: mseltzer@susmangodfrey.com
Email: ssklaver@susmangodfrey.com
Email: abonn@susmangodfrey.com
Email: oelkhunovich@susmangodfrey.com
Email: kpachman@susmangodfrey.com
Email: csamuels@susmangodfrey.com

Joseph Grinstein
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile:  (713) 654-6666
Email: jgrinstein@susmangodfrey.com

Katherine M. Peaslee
SUSMAN GODFREY LLP
401 Union Street, Suite 3000
Seattle, WA 98101
Phone: (206) 516-3880
Fax: (206) 516-3883
Email: kpeaselee@susmangodfrey.com

By: /s/ *Joseph W. Cotchett*
Joseph W. Cotchett
Adam Zapala
Brian Danitz
COTCHETT, PITRE & MCCARTHY
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
Email: jcotchett@cpmlegal.com
Email: azapala@cpmlegal.com
Email: bdanitz@cpmlegal.com

*Plaintiffs' Co-Lead Class Counsel*

By: /s/ *Steve W. Berman*
Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO
1301 2nd Avenue, Suite 2000
Seattle, WA 98101
Email: steve@hbsslaw.com

Jeff Friedman
Rio S. Pierce
HAGENS BERMAN SOBOL SHAPIRO
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Email: jefff@hbsslaw.com
Email: riop@hbsslaw.com

*Plaintiffs' Steering Committee*