MEREDITH R. DEARBORN (SBN 268312)
    mdearborn@paulweiss.com
GABRIEL R. SCHLABACH (SBN 304859)
    gschlabach@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON &**
    **GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, California 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

*Attorneys for Non-Party* APPLE INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE QUALCOMM ANTITRUST LITIGATION | Case No. 3:17-md-02773-JSC-NMC<br><br>**NON-PARTY APPLE INC.'S NOTICE OF WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 5-1(c)(2)(C), counsel Gabriel R. Schlabach is hereby withdrawing as counsel of record for Non-Party Apple Inc. and requests the clerk to terminate all CM/ECF notifications as to Gabriel R. Schlabach for this action.

Apple will remain represented by Meredith R. Dearborn, counsel from Paul, Weiss, Rifkind, Wharton & Garrison LLP.


Dated:     August 15, 2022

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP**


By:   */s/ Gabriel R. Schlabach*
     Gabriel R. Schlabach

*Attorneys for Non-Party* APPLE INC.