KEKER, VAN NEST & PETERS LLP
Robert A. Van Nest - # 84065
rvannest@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391 5400
Facsimile:     (415) 397 7188

Attorneys for Defendant
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: QUALCOMM ANTITRUST LITIGATION | Case No. 3:17-md-02773-JSC |
| | **NOTICE OF WITHDRAWAL OF APPEARANCE** |
| This Document Relates To: | |
| ALL ACTIONS | Judge:     Hon. Jacqueline Scott Corley |

**TO THE CLERK AND ALL PARTIES OF RECORD:** Please take notice that Justina

K. Sessions is no longer affiliated with Keker, Van Nest & Peters LLP and should be withdrawn

as counsel of record for Defendant Qualcomm Incorporated in the above-captioned matter.

Please remove Justina K. Sessions from the service list in this action.  Defendant Qualcomm

Incorporated will continue to be represented by other counsel of record in this action.

Respectfully submitted,

Dated:  January 20, 2023                                    KEKER, VAN NEST & PETERS LLP

By:     *s/Robert A. Van Nest*
Robert A. Van Nest
Attorneys for Defendant
QUALCOMM INCORPORATED