*Counsel Listed on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: QUALCOMM ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 3:17-md-02773-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANT QUALCOMM INCORPORATED'S MOTION FOR SUMMARY JUDGMENT**<br><br>Dept.:   Courtroom 8, 19th Floor<br>Judge:   Hon. Jacqueline Scott Corley |

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANT
QUALCOMM INCORPORATED'S MOTION FOR SUMMARY JUDGMENT
Case No. 3:17-md-02773-JSC

2100900

PLEASE TAKE NOTICE that pursuant to Civ. L.R. 6-1(a), 6-2, and 7-12, Plaintiffs and Defendant Qualcomm Incorporated (collectively, the "Parties"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, the Court held a Case Management Conference in this matter on February 23, 2023, at which it directed Qualcomm to file a motion for summary judgment (Dkt. No. 923);

WHEREAS, the Court ordered that all summary judgment briefing should be completed by June 22, 2023, and set an in-person hearing on the motion for July 20, 2023 at 10:00 a.m.;

WHEREAS, the Court ordered the parties to meet and confer regarding a briefing schedule for Qualcomm's motion for summary judgment;

WHEREAS, the parties have conferred and agreed to a briefing schedule for Qualcomm's motion for summary judgment;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE that, subject to the Court's approval, Qualcomm's motion for summary judgment shall be filed on or before April 7, 2023; Plaintiffs' opposition to the motion shall be filed on or before May 25, 2023; Qualcomm's reply on the motion shall be filed on or before June 22, 2023; and the hearing will be set for July 20, 2023 at 10:00 a.m.

IT IS SO STIPULATED.

Dated: March 17, 2023

KEKER, VAN NEST & PETERS LLP

By: *s/Cody S. Harris*
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
EUGENE M. PAIGE - # 202849
epaige@keker.com
CODY S. HARRIS - # 255302
charris@keker.com
MATAN SHACHAM - # 262348
mshacham@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Tel.: (415) 391-5400
Fax: (415) 397-7188

---

1

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANT QUALCOMM INCORPORATED'S MOTION FOR SUMMARY JUDGMENT
Case No. 3:17-md-02773-JSC

2100900

| | |
|---|---|
| 1 | Gary A. Bornstein *(pro hac vice)* |
| 2 | Yonatan Even *(pro hac vice)* <br> CRAVATH, SWAINE & MOORE LLP |
| 3 | Worldwide Plaza <br> 825 Eighth Avenue |
| 4 | New York, NY 10019-7475 <br> Tel.: (212) 474-1000 |
| 5 | Fax: (212) 474-3700 <br> gbornstein@cravath.com |
| 6 | yeven@cravath.com |
| 7 | Richard S. Taffet *(pro hac vice)* <br> MORGAN, LEWIS & BOCKIUS LLP |
| 8 | 101 Park Avenue <br> New York, NY 10178-0060 |
| 9 | Tel.: (212) 309-6000 <br> Fax: (212) 309-6001 |
| 10 | richard.taffet@morganlewis.com |
| 11 | Geoffrey T. Holtz (SBN 191370) <br> MORGAN, LEWIS & BOCKIUS LLP |
| 12 | One Market, Spear Street Tower <br> San Francisco, CA 94105-1596 |
| 13 | Tel.: (415) 442-1000 <br> Fax: (415) 442-1001 |
| 14 | gholtz@morganlewis.com |
| 15 | |
| 16 | Attorneys for Defendant <br> QUALCOMM INCORPORATED |

2

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANT
QUALCOMM INCORPORATED'S MOTION FOR SUMMARY JUDGMENT
Case No. 3:17-md-02773-JSC

2100900

| | | |
|---|---|---|
| Dated: March 17, 2023 | By: | s/*Adam J. Zapala* |
| | | Joseph W. Cotchett |
| | | Nanci E. Nishimura |
| | | Adam J. Zapala |
| | | Brian Danitz |
| | | James Dallal |
| | | Andrew F. Kirtley |
| | | Veena K. Bhatia |
| | | COTCHETT, PITRE & McCARTHY, LLP |
| | | 840 Malcolm Road, Suite 200 |
| | | Burlingame, CA 94010 |
| | | Telephone: (650) 697-6000 |
| | | Facsimile: (650) 697-0577 |
| | | Email: jcotchett@cpmlegal.com |
| | | Email: nnishimura@cpmlegal.com |
| | | Email: azapala@cpmlegal.com |
| | | Email: bdanitz@cpmlegal.com |
| | | Email: jdallal@cpmlegal.com |
| | | Email: akirtley@cpmlegal.com |
| | | Email: vbhatia@cpmlegal.com |

Kalpana Srinivasan
Marc M. Seltzer
Steven G. Sklaver
Amanda Bonn
Oleg Elkhunovich
Krysta Kauble Pachman
Chelsea Samuels
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
Email: ksrinivasan@susmangodfrey.com
Email: mseltzer@susmangodfrey.com
Email: ssklaver@susmangodfrey.com
Email: abonn@susmangodfrey.com
Email: oelkhunovich@susmangodfrey.com
Email: kpachman@susmangodfrey.com
Email: csamuels@susmangodfrey.com

Joseph Grinstein
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: jgrinstein@susmangodfrey.com

***Plaintiffs' Co-Lead Counsel***

3

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANT
QUALCOMM INCORPORATED'S MOTION FOR SUMMARY JUDGMENT
Case No. 3:17-md-02773-JSC

2100900

|   |   |
|---|---|
| 1 | Steve W. Berman |
| 2 | Rio Pierce<br>HAGENS BERMAN SOBOL SHAPIRO LLP |
| 3 | 1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101 |
| 4 | Telephone: (206) 268-9320<br>Facsimile: (206) 623-0594 |
| 5 | Email: steve@hbsslaw.com<br>Email: riop@hbsslaw.com |
| 6 | ***Plaintiffs' Steering Committee*** |

I, Cody S. Harris, am the ECF User whose ID and password are being used to file this document and, in compliance with Local Rule 5-1(i)(3), hereby attest that all signatories concur with this filing.

                                                s/Cody S. Harris
                                                CODY S. HARRIS

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: March 17, 2023

                                              Hon. Jacqueline Scott Corley
                                              United States District Judge

4

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANT QUALCOMM INCORPORATED'S MOTION FOR SUMMARY JUDGMENT
Case No. 3:17-md-02773-JSC

2100900