BOIES SCHILLER FLEXNER LLP
Maxwell V. Pritt (SBN 253155)
mpritt@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

*Attorney for Non-Party Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE QUALCOMM ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. 3:17-md-2773-JSC<br><br>**NOTICE OF INTENT TO SEEK RECONSIDERATION OF ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTION TO FILE UNDER SEAL [DKT 922]** |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Non-Party Apple Inc. ("Apple") is reviewing the Court's order and its potential impact on competitively sensitive information of Apple and intends to file a declaration supporting or supplemental notice it will not seek reconsideration of the order by April 7, 2023.

Dated: March 27, 2023                              BOIES SCHILLER FLEXNER LLP

By: */s/Maxwell V. Pritt*
Maxwell V. Pritt (SBN 253155)
mpritt@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899