KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
EUGENE M. PAIGE - # 202849
epaige@keker.com
STEVEN A. HIRSCH - # 171825
shirsch@keker.com
CODY S. HARRIS - # 255302
charris@keker.com
MATAN SHACHAM - # 262348
mshacham@keker.com
KRISTIN HUCEK - # 321853
khucek@keker.com
DANIEL TWOMEY - # 341488
dtwomey@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

MORGAN, LEWIS & BOCKIUS LLP
Richard S. Taffet *(pro hac vice)*
richard.taffet@morganlewis.com
101 Park Avenue
New York, NY 10178-0060
Telephone: (212) 309-6000
Facsimile:  (212) 309-6001

MORGAN, LEWIS & BOCKIUS LLP
Geoffrey T. Holtz - # 191370
gholtz@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile:  (415) 442-1001

CRAVATH, SWAINE & MOORE LLP
Gary A. Bornstein *(pro hac vice)*
gbornstein@cravath.com
Yonatan Even *(pro hac vice)* yeven@cravath.com
825 Eighth Avenue
New York, New York 10019-7475
Telephone: (212) 474-1000
Facsimile:  (212) 474-3700

Attorneys for Defendant
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: QUALCOMM ANTITRUST LITIGATION,<br><br>This Document Relates To:<br>ALL ACTIONS | Case 3:17-md-02773-JSC<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. Jacqueline Scott Corley |

Case No. 3:17-md-02773-JSC
ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

Pursuant to Northern District of California Civil Local Rules 7-11 and 79-5(f), Defendant Qualcomm Incorporated respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

Qualcomm files a number of documents in support of its Motion for Summary Judgment — deposition transcripts and submitted reports of Plaintiffs' experts—which have been designated confidential by a number of third-parties under the various governing protective orders, and unredacted copies of which are attached conditionally under seal to this Motion:

- Qualcomm Incorporated's Motion For Summary Judgment.  Note that Qualcomm previously also requested to seal portions of the two expert reports submitted by Einer R. Elhauge which are referenced in this exhibit, which request remains pending, and Qualcomm's further request to seal is addressed in the accompanying Administrative Motion to Seal.  Third-parties may additionally seek to seal portions of this exhibit.
- Exhibit 1 to the Decl. of Cody S. Harris (Expert Report of Einer R. Elhauge).  Note that Qualcomm previously also requested to seal portions of this exhibit, which request remains pending, and Qualcomm's further request to seal is addressed in the accompanying Administrative Motion to Seal.  Third-parties may additionally seek to seal portions of this exhibit.
- Exhibit 2 to the Decl. of Cody S. Harris (Reply Expert Report of Einer R. Elhauge).  Note that Qualcomm previously also requested to seal portions of this exhibit, which request remains pending, and Qualcomm's further request to seal is addressed in the accompanying Administrative Motion to Seal.  Third-parties may additionally seek to seal portions of this exhibit.
- Exhibit 3 to the Decl. of Cody S. Harris (relevant excerpts of the Expert Report of Dr. Kenneth Flamm).
- Exhibit 4 to the Decl. of Cody S. Harris (relevant excerpts of the transcript of the deposition of Dr. Kenneth Flamm).

- Exhibit 5 to the Decl. of Cody S. Harris (relevant excerpts of the Expert Report of Michael J. Lasinski).
- Exhibit 6 to the Decl. of Cody S. Harris (relevant excerpts of the Rebuttal Expert Report of Dr. Kenneth Flamm).
- Exhibit 8 to the Decl. of Cody S. Harris (relevant excerpts of the transcript of the deposition of Aichatou S. Evans).

Defendants have provisionally filed the aforementioned documents under seal to comply with Civ. L. R. 79-5(f) and to give the third-parties the opportunity to argue the merits of this issue.

Dated:  April 7, 2023                                              KEKER, VAN NEST & PETERS LLP

By:  *s/ Robert A. Van Nest*
Robert A. Van Nest
Eugene M. Paige
Cody S. Harris
Matan Shacham
Kristin E. Hucek
Daniel B. Twomey

Gary A. Bornstein *(pro hac vice)*
Yonatan Even *(pro hac vice)*
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Tel.:   (212) 474-1000
Fax:    (212) 474-3700
gbornstein@cravath.com
yeven@cravath.com

Richard S. Taffet *(pro hac vice)*
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
Tel.:   (212) 309-6000
Fax:    (212) 309-6001
richard.taffet@morganlewis.com

|   |   |
|---|---|
| 1 | Geoffrey T. Holtz (SBN 191370) |
| 2 | MORGAN, LEWIS & BOCKIUS LLP<br>One Market Plaza, Spear Street Tower<br>San Francisco, CA 94105-1596 |
| 3 | Tel.:     (415) 442-1000<br>Fax:     (415) 442-1001 |
| 4 | gholtz@morganlewis.com |
| 5 | Attorneys for Defendant<br>QUALCOMM INCORPORATED |

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States that a true and correct copy of the above and foregoing documents has been served on April 7, 2023 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

Dated:  April 7, 2023	KEKER, VAN NEST & PETERS LLP

By: *s/ Robert A. Van Nest*
Robert A. Van Nest