Ellisen Turner (224842)
Ellisen.turner@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone:  (310) 552-4200
Facsimile:   (310) 552-5900

Attorneys for Non-Party T-Mobile USA, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| IN RE QUALCOMM ANTITRUST LITIGATION<br><br>This document relates to:,<br><br>All Actions | CASE NO. 3:2017-MD-02773-JSC<br><br>**T-MOBILE USA, INC.'S UNOPPOSED MOTION TO WITHDRAW ELLISEN TURNER AS COUNSEL OF RECORD** |
|---|---|

1  Pursuant to Civil Local Rule 11-5, Non-Party T-Mobile USA, Inc.("T-Mobile") hereby moves the Court for an order permitting withdrawal of its counsel of record, Mr. Ellisen Turner.

There are no deadlines, hearings, or other events currently pending or anticipated that would require T-Mobile to have counsel make a formal appearance in the case.

Because T-Mobile is a non-party to the case, Mr. Turner's withdrawal will not have an impact on the case, the case schedule, or the parties.

Counsel for both class action plaintiffs and Defendant Qualcomm Inc. have consented to Mr. Turner's withdrawal as counsel of record for the reasons set forth above. Furthermore, Non-Party T-Mobile has consented to Mr. Turner's withdrawal as no further appearance by counsel is anticipated.

Accordingly, Non-Party T-Mobile respectfully requests that the Court grant the Proposed Order attached hereto, and that ECF notifications in this case that are directed to Ellisen Turner be terminated.

DATED:  June 15, 2023

Respectfully submitted,

KIRKLAND & ELLIS LLP

By: */s/ Ellisen Turner*
Ellisen Turner (224842)
Ellisen.turner@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone:     (310) 552-4200
Facsimile:      (310) 552-5900