**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE QUALCOMM ANTITRUST LITIGATION<br><br>This document relates to:,<br><br>All Actions | CASE NO. 3:2017-MD-02773-JSC<br><br>[~~PROPOSED~~] ORDER GRANTING T-MOBILE USA, INC.'S UNOPPOSED MOTION TO WITHDRAW ELLISEN TURNER AS COUNSEL OF RECORD |

1  WHEREAS, before the Court is Non-Party T-Mobile USA, Inc. Unopposed Motion for Ellisen Turner to withdraw as counsel of record for Non-Party T-Mobile USA, Inc.

Having duly considered the issues, the Court hereby GRANTS Non-Party T-Mobile USA, Inc.'s motion. Mr. Turner is hereby withdrawn as counsel of record for Non-Party T-Mobile USA, Inc.

IT IS SO ORDERED.

Dated: June 20, 2023

*Jacqueline Scott Corley*
Hon. Jacqueline Scott Corley
United States District Judge