UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: QUALCOMM ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Actions | Case No. 3:17-md-2773-JSC<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION FOR AN ALTERNATIVE HEARING DATE FOR THE MOTION FOR SUMMARY JUDGMENT<br><br>Judge: Hon. Jacqueline Scott Corley |

Law Offices
COTCHETT, PITRE &
MCCARTHY, LLP

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION FOR AN ALTERNATIVE HEARING DATE FOR THE MOTION FOR SUMMARY JUDGMENT
Case No. 3:17-md-2773-JSC

Upon consideration of Plaintiffs' unopposed Administrative Motion for An Alternative Hearing Date for the Motion for Summary Judgment, which was originally scheduled on July 20, 2023, at 10 a.m., the Court hereby GRANTS Plaintiffs' unopposed Administrative Motion. The hearing is rescheduled to  August 3, 2023 at 10:00 a.m.

**IT IS SO ORDERED**.

Dated:  July 3, 2023

*Jacqueline Scott Corley*
Honorable Jacqueline Scott Corley
United States District Court Judge

---

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION FOR AN ALTERNATIVE HEARING DATE FOR THE MOTION FOR SUMMARY JUDGMENT
Case No. 3:17-md-2773-JSC

Law Offices
COTCHETT, PITRE &
MCCARTHY, LLP