KEKER, VAN NEST & PETERS LLP
Robert A. Van Nest - # 84065
rvannest@keker.com
Eugene M. Paige - # 202849
epaige@keker.com
Cody S. Harris - #255302
charris@keker.com
Matan Shacham - # 262348
mshacham@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391 5400
Facsimile:     (415) 397 7188

MORGAN, LEWIS & BOCKIUS LLP
Richard S. Taffet *(pro hac vice)*
richard.taffet@morganlewis.com
101 Park Avenue
New York, NY 10178-0060
Telephone: (212) 309-6000
Facsimile:  (212) 309-6001

MORGAN, LEWIS & BOCKIUS LLP
Geoffrey T. Holtz (SBN 191370)
gholtz@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile:  (415) 442-1001

Attorneys for Defendant
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: QUALCOMM ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 3:17-md-02773-JSC<br><br>**[PROPOSED] JUDGMENT**<br><br>Dept.:     Courtroom 8, 19th Floor<br>Judge:    Hon. Jacqueline Scott Corley |

Based upon the November 10, 2017 Order Partially Granting Qualcomm's Motion to Dismiss, Dkt. 175, the January 6, 2023 Order Partially Granting Qualcomm's Motion to Dismiss, Dkt. 914, and the September 26, 2023 Order Granting Summary Judgment in its entirety, Dkt. 1005, the Court hereby ENTERS FINAL JUDGMENT in this matter in favor of Defendant Qualcomm Incorporated and against Plaintiffs Sarah Key, Andrew Westley, Terese Russell, and Cara Abernathy.

**IT IS SO ORDERED.**

Dated: _____  By: _____
Hon. Jacqueline Scott Corley
United States District Court Judge