Kalpana Srinivasan (237460)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
Email: ksrinivasan@susmangodfrey.com

Joseph W. Cotchett (36324)
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
Email: jcotchett@cpmlegal.com

*Plaintiffs' Interim Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| IN RE: QUALCOMM ANTITRUST LITIGATION | Case No. 3:17-md-2773-JSC |
|---|---|
| This Document Relates to:<br><br>All Actions | **NOTICE OF APPEAL**<br><br>Judge: Hon. Jacqueline Scott Corley |

Notice is hereby given that Plaintiffs Sarah Key, Andrew Westley, Terese Russell, and Carra Abernathy, on their own behalf and on behalf of all others similarly situated, appeal to the United States Court of Appeals for the Ninth Circuit from the January 6, 2023 Order Regarding Motion to Dismiss, Dkt. 914; the September 26, 2023 Order Re: Motion for Summary Judgment, Dkt. 1005; and the October 5, 2023 final Judgment entered in this action, Dkt. 1008.

Dated: November 2, 2023                                         Respectfully submitted,

/s/ *Adam J. Zapala*
Joseph W. Cotchett
Nanci E. Nishimura
Adam J. Zapala
Brian Danitz
James Dallal
Andrew F. Kirtley
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
Email: jcotchett@cpmlegal.com
Email: nnishimura@cpmlegal.com
Email: azapala@cpmlegal.com
Email: bdanitz@cpmlegla.com
Email: jdallal@cpmlegal.com
Email: akirtley@cpmlegal.com

/s/ *Kalpana Srinivasan*
Kalpana Srinivasan
Marc M. Seltzer
Steven G. Sklaver
Amanda Bonn
Oleg Elkhunovich
Krysta Kauble Pachman
Lora Krsulich
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
Email: ksrinivasan@susmangodfrey.com
Email: mseltzer@susmangodfrey.com
Email: ssklaver@susmangodfrey.com
Email: abonn@susmangodfrey.com

Email: oelkhunovich@susmangodfrey.com
Email: kpachman@susmangodfrey.com
Email: lkrsulich@susmangodfrey.com

Joseph Grinstein
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: jgrinstein@susmangodfrey.com

***Plaintiffs' Co-Lead Counsel***

*/s/ Steve W. Berman*
Steve W. Berman (pro hac vice)
HAGENS BERMAN SOBOL SHAPIRO
1301 2nd Avenue, Suite 2000
Seattle, WA 98101
Email: steve@hbsslaw.com
Rio S. Pierce
HAGENS BERMAN SOBOL SHAPIRO
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Email: riop@hbsslaw.com

***Plaintiffs' Steering Committee***

**CERTIFICATE OF SERVICE**

I certify that on November 2, 2023 I caused a copy of the foregoing Notice of Appeal to be served electronically. Notice of this filing will be sent by operation of the Court's ECF electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                                /s/ Adam J. Zapala
                                                ADAM J. ZAPALA

**E-FILING ATTESTATION**

I, Adam J. Zapala, am the ECF user whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

                                                /s/ Adam J. Zapala
                                                ADAM J. ZAPALA