UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: QUALCOMM ANTITRUST LITIGATION | Case No. 3:17-md-02773-JSC<br><br>**ORDER RE: ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 1022 |

Last November, the Court issued an order addressing the parties' then-outstanding sealing motions and third-party statements in support of sealing material. (Dkt. No. 1014.)[1] The Court ordered Qualcomm to apply the Court's redaction orders and to provide third parties with redacted versions of relevant documents, and permitted third parties to file supplemental statements in support of sealing additional information. (*Id.*)

The Court subsequently granted the parties' stipulation requesting a modification of the procedure to implement the Court's sealing order. (Dkt. No. 1019.) Specifically, the Court permitted Qualcomm to require that third parties receive materials only if they agreed to maintain the documents as HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY. (*Id.*) If third parties did not agree to maintain the documents as attorneys' eyes only, they were permitted to file a supplemental statement in support of sealing based on the rulings in the Orders, but would not receive an advance preview version of the documents. (*Id.*) The parties agreed all third parties were to file any supplemental statements in support of sealing additional information no later than November 28, 2023.

---

[1] Record citations are to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of the documents.

1   Now pending before the Court is third party Huawei Device U.S.A. Inc.'s supplemental
2   statement to seal certain confidential information contained in three expert reports.  (Dkt. No.
3   1022.)  Samsung Electronic Co., LTD (Dkt. No. 1023), ASUS Computer International (Dkt. No.
4   1024), Ingram Mico Inc. (Dkt. No. 1025), T-Mobile USA, Inc. (Dkt. No. 1026), AT&T Mobility
5   LLC (Dkt. No. 1027), Qualcomm (Dkt. No. 1028), Walmart Inc. f/k/a Wal-Mart Stores, Inc. (Dkt.
6   No. 1031), Sony Corporation of America (Dkt. No. 1032), and Motorola Mobility LLC (Dkt. No.
7   1034) all also submitted supplemental statements to seal confidential information before the
8   Court's November 28 deadline.  On December 20, 2023, Apple Inc. submitted a belated
9   supplemental statement requesting the Court seal confidential information.  (Dkt. No. 1035.)

10   Having reviewed the third-party statements and Qualcomm's request, the Court rules as set
11   forth in Exhibit A.
12   Qualcomm should add the redactions granted by the Court in this Order to the already
13   ordered redactions on the referenced documents.
14   Within 7 days of this Order, Qualcomm should publicly file redacted versions of these
15   documents pursuant to this Order and the Orders in Docket Numbers 922 and 1014.
16   This Order disposes of Dkt. No. 1022.
17   **IT IS SO ORDERED.**
18   Dated: January 12, 2024

JACQUELINE SCOTT CORLEY
United States District Judge

**Exhibit A**

| Expert Report of Einer R. Elhauge - Exhibit 1 to the Decl. of Cody S. Harris |||| 
|---|---|---|---|
| **Specified portions of information** | **Movant** | **Disposition** | **Reasons** |
| Dkt. No. 938-2 at 19[2] n.64 - Reference to and purported analysis of confidential non-public communications involving ASUS. | ASUS Computer International | Sealed only as consistent with the redactions in Dkt. No. 1024. | Would disclose communications pursuant to a confidential agreement, including to its competitors, negatively impacting and harming ASUS's competitive position. (Dkt. No. 1024 at 3.) |
| Dkt. No. 938-2 at 23-24 ¶ 38: line 4 (between "[a]" and "rate"); line 4 on ECF 938-2 at 23 (between "in" and "for"), lines 11-12 on ECF 938-2 at 23 (between 'products" on line 11 through end of sentence on line 12), lines 15-21 on ECF 938-2 at 23 (full block quote starting with "we" on line 15 through "etc." on line 21); lines 9-12 on ECF 938-2 at 25 (after "the" on line 9 through the end of the parenthetical on line 12). | Qualcomm Incorporated | Sealed only as consistent with the redactions in Dkt. No. 1028. | Reveals confidential contractual terms and confidential licensing strategies of Qualcomm, the disclosure of which would harm Qualcomm and its affiliates. (Dkt. No. 1028-1 ¶ 5.) |
| Dkt. No. 938-2 at 27 ¶ 42: The 3rd word of the final sentence of ¶ 42, which begins "Thus, …" | Motorola Mobility LLC | Sealed only as consistent with the redactions in Dkt. No. 1034. | Is an identifying word which would allow a reader to draw inferences regarding the otherwise redacted and sealed information in preceding paragraphs. (Dkt. Nos. 904-1 ¶ 4, 1034 at 4-5.) |
| Dkt. No. 938-2 at 92 n. 350: dollar amounts | Apple Inc. | Sealed only as consistent with the redactions | This footnote contains highly confidential internal preliminary cost estimates and royalties. Disclosure to competitors would harm Apple's competitive position. (Dkt. No. 1035- |

---

[2] Record citations are to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of the documents.

3

| | | | |
|---|---|---|---|
| | | in Dkt. No. 1035. | 1 ¶ 3.) |

| **Reply Expert Report of Einer R. Elhauge - Exhibit 2 to the Decl. of Cody S. Harris** ||||
| **Specified portions of information** | **Movant** | **Disposition** | **Reasons** |
|---|---|---|---|
| Dkt. No. 938-3 at 62 ¶ 98: line three in its entirety, first word in line four, line five after "by" until footnote 227, line six in its entirety, and first two words of line seven. | Huawei Device U.S.A. Inc. | Sealed only as consistent with the redactions in Dkt. No. 1022. | Discusses specific contractual terms and confidential consideration terms between Qualcomm and Huawei. (Dkt. No. 1022 at 3.) |

| **Expert Report of Dr. Kenneth Flamm, Ex. 1 to Declaration of Kalpana Srinivasan** ||||
| **Specified portions of information** | **Movant** | **Disposition** | **Reasons** |
|---|---|---|---|
| Dkt. No. 947-3 at 90-91 ¶ 163: all text after "testified that." | Huawei Device U.S.A. Inc. | Sealed only as consistent with the redactions in Dkt. No. 1022. | Discusses information about Huawei's manufacturing costs and royalty payments. (Dkt. No. 1022 at 3.) |
| Dkt. No. 947-3 at 104-105 ¶ 189-190: all text after "explained that" in ¶ 189; all text after "continued that" in ¶ 190. | Huawei Device U.S.A. Inc. | Sealed only as consistent with the redactions in Dkt. No. 1022. | Discusses information about Huawei's manufacturing costs, pricing strategy, and royalty payments. (Dkt. No. 1022 at 3.) |
| Dkt. No. 947-3 at 153 ¶ 253: everything after "In 2007 discussions with Huawei, . . ." | Huawei Device U.S.A. Inc. | Sealed only as consistent with the redactions in Dkt. No. 1022. | Discusses information from confidential licensing negotiations and business strategies. (Dkt. No. 1022 at 3.) |
| Dkt. No. 947-3 at 263 (Appendix B, page B-17): second row, third column (Description column): first paragraph (everything until "For China Union") | Huawei Device U.S.A. Inc. | Sealed only as consistent with the redactions in Dkt. No. 1022. | Discusses confidential technical information and business strategies related to certain products. (Dkt. No. 1022 at 3.) |
| Dkt. No. 947-3 at 264 (Appendix B, page B-18): first row, third column (Description column): text in between "its early adoption" and "Major | Huawei Device U.S.A. Inc. | Sealed only as consistent with the redactions in Dkt. No. 1022. | Discusses confidential technical information and business strategies related to certain products. (Dkt. No. 1022 at 3.) |

4

| | | | |
|---|---|---|---|
| carriers." | | | |
| Dkt. No. 947-3 at 265 (Appendix B, page B-19): second row, third column (Description column): text between "QSC1110 Lite" and "QSC1100 full-featured" | Huawei Device U.S.A. Inc. | Sealed only as consistent with the redactions in Dkt. No. 1022. | Discusses confidential business information and strategy regarding certain competitors. (Dkt. No. 1022 at 3.) |
| Dkt. No. 947-3 at 273 (Appendix B, page B-27): last row: second paragraph in Description column (everything after "Q4'11") | Huawei Device U.S.A. Inc. | Sealed only as consistent with the redactions in Dkt. No. 1022. | Discusses confidential technical information and business strategies related to certain products. (Dkt. No. 1022 at 3.) |
| Dkt. No. 947-3 at 309-310 ¶ 16 of the data appendix: dollar value for Samsung's revenues between "2011Q1 to 2018Q1 including" and "in revenues. . . " in subsection 6 titled "Samsung." | Samsung Electronics Co. Ltd. | Sealed only as consistent with the redactions in Dkt. No. 1023. | Discloses Samsung's actual sales revenues for mobile handsets from 2011 through 2018 based on transactional data that Samsung produced in this case and designated "Highly Confidential – Attorneys Eyes Only." Samsung's specific sales revenues and trends are not public information and their disclosure could cause competitive harm to Samsung by providing competitors or business counterparties with nonpublic information about Samsung's actual sales and revenue trends over roughly an eight-year period. (Dkt. No. 1023 at 10 ¶ 6.) |
| Dkt. No. 947-3 T 191-192 ¶ 308: bullet point 3 and footnotes 313-314 | Ingram Micro Inc. | Sealed only as consistent with the redactions in Dkt. No. 1025. | Identifies Ingram Micro as one of only two distributors in Dr. Flamm's analysis, which compromises its confidential pass-through rates, shares, and sales information, disclosure of which would negatively impact and harm its business interests. (Dkt. No. 1025-1 ¶ 5.) |
| Dkt. No. 947-3 at 193 tbl. 17 – distributor pass-through percentage – all percentage values | Ingram Micro Inc. | Sealed only as consistent with the redactions in Dkt. No. 1025. | Ingram Micro's confidential pass-through rate is compromised by reverse engineering where Distributor data is revealed unless each reference to Ingram |

| | | | |
|---|---|---|---|
| | | | Micro and Brightpoint is redacted. (Dkt. No. 1025-1 ¶ 6.) |
| Dkt. No. 947-3 at 207 ¶ 330: any reference to "Ingram Micro" in ¶ 330, all percentages in tbl. 21, fn. 348 first sentence. | Ingram Micro Inc. | Sealed only as consistent with the redactions in Dkt. No. 1025. | Identifies Ingram Micro as one of only two distributors in Dr. Flamm's analysis, which compromises its confidential pass-through rates, disclosure of which would negatively impact and harm its business Interests. (Dkt. No. 1025-1 ¶ 7.) |
| Dkt. No. 947-3 at 212 tbl. 24: all Distributor Pass-through percentage values | Ingram Micro Inc. | Sealed only as consistent with the redactions in Dkt. No. 1025. | Ingram Micro's confidential pass-through rate is compromised by reverse engineering where Distributor data is revealed unless each reference to Ingram Micro and Brightpoint is redacted. (Dkt. No. 1025-1 ¶ 9.) |
| Dkt. No. 947-3 at 214 tbl. 25: Distributor Shares (%), All Indirect Channel to End Purchaser Shares (%), and Shares by sales channel with Distributor (%) | Ingram Micro Inc. | Sealed only as consistent with the redactions in Dkt. No. 1025. | Ingram Micro's confidential shares and sales information is compromised by reverse engineering where Distributor data is revealed unless each reference to Ingram Micro and Brightpoint is redacted. (Dkt. No. 1025-1 ¶ 10.) |
| Dkt. No. 947-3 at 216: tbl 26: Brightpoint/Ingram Micro rows | Ingram Micro Inc. | Sealed only as consistent with the redactions in Dkt. No. 1025. | Ingram Micro's confidential pass-through rate is compromised by reverse engineering where Distributor data is revealed unless each reference to Ingram Micro and Brightpoint is redacted. (Dkt. No. 1025-1 ¶ 11.) |
| Dkt. No. 947-3 at 218: tlb 27: Distributor Pass-through rates (%) and Distributor rate (%) in Sources and Notes 2 | Ingram Micro Inc. | Sealed only as consistent with the redactions in Dkt. No. 1025. | Ingram Micro's confidential pass-through rate is compromised by reverse engineering where Distributor data is revealed unless each reference to Ingram Micro and Brightpoint is redacted. (Dkt. No. 1025-1 ¶ 12.) |
| Dkt. No. 947-3 at 221 n.370: any reference to Brightpoint and everything after "See, for | Ingram Micro Inc. | Sealed only as consistent with the redactions in Dkt. No. | Because Ingram Micro owned Brightpoint at the time of this analysis, Brightpoint should be redacted to protect its |

| | | | |
|---|---|---|---|
| example, . . ." | | 1025. | confidential pass-through rates, shares, and sales information, disclosure of which would negatively impact and harm its business interests. (Dkt. No. 1025-1 ¶ 13.) |
| Dkt. No. 947-3 at 304: (Data Appendix page 3), bullet point 3 and footnotes 6-7. | Ingram Micro Inc. | Sealed only as consistent with the redactions in Dkt. No. 1025. | Identifies Ingram Micro as one of only two distributors in Dr. Flamm's analysis, which compromises its confidential pass-through rates, shares, and sales information, disclosure of which would negatively impact and harm its business interests. (Dkt. No. 1025-1 ¶ 14.) |
| Dkt. No. 947-3 at 305 ¶ 7 (of data appendix): "Distributor regressions include the prices and costs for 2,306 SKUs, representing $1.6 billion in revenue for 3 million phones." | Ingram Micro Inc. | Sealed only as consistent with the redactions in Dkt. No. 1025. | Ingram Micro's confidential pricing, costs, and revenue information is compromised by reverse engineering where Distributor data is revealed unless each reference to Ingram Micro and Brightpoint is redacted. (Dkt. No. 1025-1 ¶ 15.) |
| Dkt. No. 947-3 at 318 ¶ 28: "Ingram Micro" and footnote 71. | Ingram Micro Inc. | Sealed only as consistent with the redactions in Dkt. No. 1025. | Identifies Ingram Micro as one of only two distributors in Dr. Flamm's analysis, which compromises its confidential pass-through rates, shares, and sales information, disclosure of which would negatively impact and harm its business interests. (Dkt. No. 1025-1 ¶ 16.) |
| Dkt. No. 947-3 at 395: "https://ingrammicro.gcs-web.com/node/21141/hTml" | Ingram Micro Inc. | Sealed only as consistent with the redactions in Dkt. No. 1025. | Ingram Micro's confidential pass-through rate, shares, sales, pricing, and costs information is compromised by reverse engineering where Distributor data is revealed unless each reference to Ingram Micro and Brightpoint is redacted. (Dkt. No. 1025-1 ¶ 17.) |
| Dkt. No. 947-3 at 396: "https://www.ibj.com/articles/37289-ingram-micro-complete-acquisitionof-brightpoint" and | Ingram Micro Inc. | Sealed only as consistent with the redactions in Dkt. No. 1025. | Ingram Micro's confidential pass-through rate, shares, sales, pricing, and costs information is compromised by reverse engineering where Distributor data is revealed unless each |

7

| | | | |
|---|---|---|---|
| "MTK_00477121_Bright point report" | | | reference to Ingram Micro and Brightpoint is redacted. (Dkt. No. 1025-1 ¶ 18.) |
| Dkt. No. 947-3 at 131 ¶ 217, figure 16 in its entirety. | T-Mobile USA, Inc. | Sealed only as consistent with the redactions in Dkt. No. 126. | T-Mobile's confidential business information relating to its device pricing strategies. If this confidential information were disclosed, it would negatively impact and harm T-Mobile's market position and competitiveness, including unfairly revealing to T-Mobile's competitors key insights into T-Mobile's business strategies. (Dkt. No. 1026 at 2.) |
| Dkt. No. 947-3 at 133-134 ¶ 221, fig. 19 in its entirety. | T-Mobile USA, Inc. | Sealed only as consistent with the redactions in Dkt. No. 126. | T-Mobile's confidential business information relating to its device pricing strategies. If this confidential information were disclosed, it would negatively impact and harm T-Mobile's market position and competitiveness, including unfairly revealing to T-Mobile's competitors key insights into T-Mobile's business strategies. (Dkt. No. 1026 at 2.) |
| Dkt. No. 947-3 at 206: tbl. 20, rows describing T-Mobile and Sprint Pass-Through Rate and statistical results | T-Mobile USA, Inc. | Sealed only as consistent with the redactions in Dkt. No. 126. | T-Mobile's confidential business information relating to its device pricing strategies and financial metrics. If this confidential information were disclosed, it would negatively impact and harm T-Mobile's market position and competitiveness, including unfairly revealing to T-Mobile's competitors key insights into T-Mobile's business strategies. (Dkt. No. 1026 at 2-3.) |
| Dkt. No. 946-3 at 232 (Appendix A, page QNDCAL04812514) in its entirety | T-Mobile USA, Inc. | Sealed only as consistent with the redactions in Dkt. No. 126. | T-Mobile's confidential business information relating to its device pricing strategies. If this confidential information were disclosed, it would negatively impact and harm T-Mobile's market position and competitiveness, including unfairly revealing to T-Mobile's |

8

| | | | |
|---|---|---|---|
| | | | competitors key insights into T-Mobile's business strategies. |
| Dkt. No. 947-3 at 235 (Appendix A, page SPR 000011605): in its entirety | T-Mobile USA, Inc. | Sealed only as consistent with the redactions in Dkt. No. 126. | T-Mobile's confidential business information relating to its device pricing strategies. If this confidential information were disclosed, it would negatively impact and harm T-Mobile's market position and competitiveness, including unfairly revealing to T-Mobile's competitors key insights into T-Mobile's business strategies. (Dkt. No. 1026 at 3.) |
| Dkt. No. 947-3 at 313-315 (Data Appendix) ¶¶ 22-23: all dollar value amounts, ¶ 15 at 315: all dollar value amounts. | T-Mobile USA, Inc. | Sealed only as consistent with the redactions in Dkt. No. 126. | T-Mobile's confidential business information relating to its revenues, unit costs, and customer billing information. If this confidential information were disclosed, it would negatively impact and harm T-Mobile's market position and competitiveness, including unfairly revealing to T-Mobile's competitors key insights into T-Mobile's business strategies. (Dkt. No. 1026 at 3.) |
| Dkt. No. 947-3 at 169 ¶ 273 and tbl. 15: The second sentence of ¶ 273 beginning with "Table 15 shows . . ." and Table 15 title, table information, and corresponding notes. | AT&T Mobility LLC | Sealed only as consistent with redactions in Dkt. No. 1027. | Contains highly confidential AT&T business information about AT&T's product architecture and sales data, and pricing and subsidies for devices offered on its network, which, if made public, may result in competitive harm. (Dkt. No. 1027 ¶¶ 10-11.) |
| Dkt. No. 947-3 at 208: tbl. 22, sections 1-3: The numbers assigned as Walmart's Pass-Through Rate, Coefficient, Error, and Observations. | Walmart Inc. f/k/a Wal-Mart Stores, Inc. | Sealed only as consistent with Dkt. No. 1031. | These results were derived from Walmart's proprietary and confidential pricing/cost information that would otherwise not be subject to public view or disclosure, and release of which would cause harm to Walmart by permitting customers, competitors, or other parties' insight into Walmart's trade secret information. (Dkt. No. 1031 ¶ 5.) |

9

| Specified portions of information | Movant | Disposition | Reasons |
|---|---|---|---|
| Dkt. No. 947-3 at 216: tbl. 26, section 5: The numbers assigned as Walmart's Pass-Through and Weights. | Walmart Inc. f/k/a Wal-Mart Stores, Inc. | Sealed only as consistent with Dkt. No. 1031. | These results were derived from Walmart's proprietary and confidential pricing/cost information that would otherwise not be subject to public view or disclosure, and release of which would cause harm to Walmart by permitting customers, competitors, or other parties' insight into Walmart's trade secret information. (Dkt. No. 1031 ¶ 5.) |
| Dkt. No. 947-3 at 147: ¶¶ 241-242 | Sony Corporation of America | Sealed only as consistent with Dkt. No. 1032. | These paragraphs purport to discuss Sony's highly confidential component costs and internal business strategies relating to costs, product design, and pricing. Disclosure to competitors would harm Sony's competitive position. (Dkt. No. 1032-1 ¶ 4.) |
| Dkt. No. 947-3 at 200: Coefficient, pass-through, and error rates (and associated observations and weights) in ¶ 321; Dkt. No. 947-3 at 201: same values in tbl 19; Dkt. No. 947-3 at 216: same values in tbl. 26. | Apple Inc. | Sealed only as consistent with the redactions in Dkt. No. 1035. | Tables purport to reflect Apple's highly confidential coefficient and pass through/error rates. Disclosure to competitors would harm Apple's competitive position. (Dkt. No. 1035-1 ¶ 4.) |
| Dkt. No. 947-3 at 140-146 ¶¶ 229–239: all dollar amounts | Apple Inc. | Sealed only as consistent with the redactions in Dkt. No. 1035. | These paragraphs purport to set forth various highly confidential costs and expected cost savings and trade-offs related to Apple products. Disclosure to competitors would harm Apple's competitive position. (Dkt. No. 1035-1 ¶ 4.) |

| December 7. 2018 Dr. Kenneth Flamm Rebuttal Report, Ex. 2 to Declaration of Kalpana Srinivasan |||||
|---|---|---|---|
| Specified portions of information | Movant | Disposition | Reasons |
| Dkt. No. 947-3 at 523 ¶ 195: The text after "are observed in OEM data as well" to the end of that sentence up to footnote | Samsung Electronics Co. Ltd. | Sealed only as consistent with the redactions in Dkt. No. 1023. | Reveals confidential information related to Samsung's actual and non-public sales date. If made public, it would provide |

10

| | | | |
|---|---|---|---|
| 239. | | | invaluable competitive insight to Samsung's competitors which could hurt Samsung. (Dkt. No. 1023 at 11 ¶ 7.) |
| Dkt. No. 947-3 at 524-25 ¶ 197: the text after "The procurement cost variation observed in Best Buy data" to the end of the paragraph (up to footnote 243.) | Samsung Electronics Co. Ltd. | Sealed only as consistent with the redactions in Dkt. No. 1023. | This portion of the sentence reveals an analysis of Samsung's prices for products sold to resellers which are Samsung's customers. "Public release of this information could damage Samsung's customer relationships and provide invaluable insight to Samsung's competitors regarding Samsung's confidential pricing strategy to its customers, which competitors could use to Samsung's detriment." (Dkt. No. 1023 at 11 ¶ 8.) |
| Dkt. No. 947-3 at 534: tbl. 6, data in the row titled "Asus." | ASUS Computer International | Sealed only as consistent with the redactions in Dkt. No. 1024. | Would disclose ASUS's financial information and structure about revenue and costs, including to its competitors, negatively impacting and harming ASUS's competitive position. (Dkt. No. 1024 at 3.) |
| Dkt. No. 947-3 at 561 (Exhibit A.1): Distributor Pass-through percentage value | Ingram Micro Inc. | Sealed only as consistent with the redactions in Dkt. No. 1025. | Ingram Micro's confidential pass-through rate is compromised by reverse engineering where Distributor data is revealed unless each reference to Ingram Micro and Brightpoint is redacted. (Dkt. No. 1025-1 ¶ 19.) |
| Dkt. No. 947-3 at 565 (Exhibit A.5): "Ingram Micro" | Ingram Micro Inc. | Sealed only as consistent with the redactions in Dkt. No. 1025. | Ingram Micro's confidential pass-through rate is compromised by reverse engineering where Distributor data is revealed unless each reference to Ingram Micro and Brightpoint is redacted. (Dkt. No. 1025-1 ¶ 20.) |
| Dkt. No. 947-3 at 568 (Exhibit A.8): Distributor | Ingram Micro Inc. | Sealed only as consistent with | Ingram Micro's confidential pass-through rate is |

11

| | | | |
|---|---|---|---|
| Pass-through percentage value | | the redactions in Dkt. No. 1025. | compromised by reverse engineering where Distributor data is revealed unless each reference to Ingram Micro and Brightpoint is redacted. (Dkt. No. 1025- 1 ¶ 21.) |
| Dkt. No. 947-3 at 569 (Exhibit A.9): Distributor Shares percentage value, All Indirect Channel to End Purchaser Shares percentage value, and Shares by sales channel with Distributor percentage value | Ingram Micro Inc. | Sealed only as consistent with the redactions in Dkt. No. 1025. | Ingram Micro's confidential shares and sales information is compromised by reverse engineering where Distributor data is revealed unless each reference to Ingram Micro and Brightpoint is redacted. (Dkt. No. 1025-1 ¶ 22.) |
| Dkt. No. 947-3 at 570 (Exhibit A.10): "Brightpoint/Ingram Micro" | Ingram Micro Inc. | Sealed only as consistent with the redactions in Dkt. No. 1025. | Ingram Micro's confidential pass-through rate is compromised by reverse engineering where Distributor data is revealed unless each reference to Ingram Micro and Brightpoint is redacted. (Dkt. No. 1025-1 ¶ 23.) |
| Dkt. No. 947-3 at 571 (Exhibit A.10, Sources and Notes): note 4(B) in its entirety | Ingram Micro Inc. | Sealed only as consistent with the redactions in Dkt. No. 1025. | Identifies Ingram Micro as one of only two distributors in Dr. Flamm's analysis, which compromises its confidential pass-through rates, shares, and sales information, disclosure of which would negatively impact and harm its business interests. Exhibit A.10 Sources and Notes are redacted in full in Dr. Flamm's Expert Report. (Dkt. No. 1025-1 ¶ 23.) |
| Dkt. No. 947-3 at 572 (Exhibit A.11): Distributor Pass-through rates percentage value and Distributor rate percentage value in Sources and Notes 2 | Ingram Micro Inc. | Sealed only as consistent with the redactions in Dkt. No. 1025. | Ingram Micro's confidential pass-through rate is compromised by reverse engineering where Distributor data is revealed unless each reference to Ingram Micro and Brightpoint is redacted. (Dkt. No. 1025-1 ¶ 24.) |
| Dkt. No. 974-3 at 642 (Exhibit 3-54): "https://ingrammicro.gcs- | Ingram Micro Inc. | Sealed only as consistent with the redactions in | Ingram Micro's confidential pass-through rate, shares, sales, pricing, and costs |

12

| | | | |
|---|---|---|---|
| web.com/node/21141/html" | | Dkt. No. 1025. | information is compromised by reverse engineering where Distributor data is revealed unless each reference to Ingram Micro and Brightpoint is redacted. (Dkt. No. 1025-1 ¶ 25) |
| Dkt. No. 974-3 at 643 (Exhibit 3-55): "https://www.ibj.com/articles/37289- ingram-micro-completes-acquisition-of-brightpoint" and "MTK_00477121_ Brightpoint report"S | Ingram Micro Inc. | Sealed only as consistent with the redactions in Dkt. No. 1025. | Ingram Micro's confidential pass-through rate, shares, sales, pricing, and costs information is compromised by reverse engineering where Distributor data is revealed unless each reference to Ingram Micro and Brightpoint is redacted. (Dkt. No. 1025-1 ¶ 26.) |
| Dkt. No. 947-3 at 564 (Exhibit A.4): rows describing T-Mobile and Sprint Pass-Through Rate and Statistical Results. | T-Mobile USA, Inc. | Sealed only as consistent with the redactions in Dkt. No. 126. | T-Mobile's confidential business information relating to its device pricing strategies and financial metrics. If this confidential information were disclosed, it would negatively impact and harm T-Mobile's market position and competitiveness, including unfairly revealing to T-Mobile's competitors key insights into T-Mobile's business strategies. (Dkt. No. 1026 at 3-4.) |
| Dkt. No. 947-3 at 570 (Exhibit A.10) rows describing T-Mobile and Sprint Pass-Through Rate and Statistical Results. | T-Mobile USA, Inc. | Sealed only as consistent with the redactions in Dkt. No. 126. | T-Mobile's confidential business information relating to its device pricing strategies and financial metrics. If this confidential information were disclosed, it would negatively impact and harm T-Mobile's market position and competitiveness, including unfairly revealing to T-Mobile's competitors key insights into T-Mobile's business strategies. (Dkt. No. 1026 at 4.) |
| Dkt. No. 947-3 at 534: tbl. 6: all values in Motorola row | Motorola Mobility LLC | Sealed only as consistent with the redactions in | Pertains to Motorola's financial information and considerations, including cost |

13

| | | Dkt. No. 1034. | and revenue and its disclosure would compromise Motorola's standing in the marketplace. (Dkt. No. 1034 at 5-6.) |
|---|---|---|---|
| Dkt. No. 947-3 at 510: Coefficient and pass-through rates in ¶ 169 and Dkt. No. 947-3 at 534: Coefficient and pass-through rates in ¶ 215, and tbl. 6 | Apple Inc. | Sealed only as consistent with the redactions in Dkt. No. 1035. | Table and findings purport to reflect Apple's highlyg confidential coefficient and pass through rates. Disclosure to competitors would harm Apple's competitive position. (Dkt. No. 1035-1 ¶ 5.) |

| Supplemental Expert Report of Dr. Kenneth Flamm, Ex. 3 to Declaration of Kalpana Srinivasan (Dkt. No. 947-3) | | | |
|---|---|---|---|
| **Specified portions of information** | **Movant** | **Disposition** | **Reasons** |
| Dkt. No. 947-3 at 684-685 ¶¶ 55-56 in their entirety | Huawei Device U.S.A. Inc. | Sealed only as consistent with the redactions in Dkt. No. 1022. | Discusses specific contractual terms and confidential consideration terms between Qualcomm and Huawei. (Dkt. No. 1022 at 3.) |
| Dkt. No. 947-3 at 744 ¶ 144: in its entirety | Huawei Device U.S.A. Inc. | Sealed only as consistent with the redactions in Dkt. No. 1022. | Discusses confidential technical information and business strategies related to certain products. (Dkt. No. 1022 at 3.) |
| Dkt. No. 947-3 at 843 (Exhibit 3-54): "https://ingrammicro.gcs-web.com/node/21141/html" | Ingram Micro Inc. | Sealed only as consistent with the redactions in Dkt. No. 1025. | Ingram Micro's confidential pass-through rate, shares, sales, pricing, and costs information is compromised by reverse engineering where Distributor data is revealed unless each reference to Ingram Micro and Brightpoint is redacted. (Dkt. No. 1025-1 ¶ 27.) |
| Dkt. No. 947-3 at 844 (Exhibit 3-55): "https://www.ibj.com/articles/372 89-ingram-micro-complete-acquisition-of-brightpoint" and "MTK_00477121_Brightpoint report" | Ingram Micro Inc. | Sealed only as consistent with the redactions in Dkt. No. 1025. | Ingram Micro's confidential pass-through rate, shares, sales, pricing, and costs information is compromised by reverse engineering where Distributor data is revealed unless each reference to Ingram Micro and Brightpoint is redacted. (Dkt. No. 1025-1 ¶ 28.) |

14

| Dkt. No. 947-3 at 756: Coefficient and error/overcharge rates in tbl. 7 and ¶ 166 | Apple Inc. | Sealed only as consistent with the redactions in Dkt. No. 1035. | Table and findings purport to reflect Apple's highly confidential coefficient and error/overcharge rates. Disclosure to competitors would harm Apple's competitive position. (Dkt. No. 1035-1 ¶ 6.) |
|---|---|---|---|

| Exhibit 22 to Declaration of Kalpana Srinivasan, QNDCAL01050017 and QNDCAL01050018 ||||
|---|---|---|---|
| **Specified portions of information** | **Movant** | **Disposition** | **Reasons** |
| Dkt. No. 951-1 at 59 (QNDCAL01050017): in its entirety | Sony Corporation of America | Sealed only as consistent with Dkt. No. 1032. | Chart purports to reflect Sony's highly confidential unit sales figures. Disclosure to competitors would harm Sony's competitive position. (Dkt. No. 1032-1 ¶ 6.) |
| Dkt. No. 951-1 at 60 (QNDCAL01050018): in its entirety | Sony Corporation of America | Sealed only as consistent with Dkt. No. 1032. | Chart purports to reflect Sony's highly confidential operating margins for certain mobile devices. Disclosure to competitors would harm Sony's competitive position. (Dkt. No. 1032-1 ¶ 7.) |