KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
EUGENE M. PAIGE - # 202849
epaige@keker.com
CODY S. HARRIS - # 255302
charris@keker.com
MATAN SHACHAM - # 262348
mshacham@keker.com
KRISTIN HUCEK - # 321853
khucek@keker.com
DANIEL TWOMEY - # 341488
dtwomey@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:    415 397 7188

MORGAN, LEWIS & BOCKIUS LLP
Richard S. Taffet *(pro hac vice)*
richard.taffet@morganlewis.com
101 Park Avenue
New York, NY 10178-0060
Telephone: (212) 309-6000
Facsimile:  (212) 309-6001

MORGAN, LEWIS & BOCKIUS LLP
Geoffrey T. Holtz - # 191370
gholtz@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile:  (415) 442-1001

Attorneys for Defendant
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: QUALCOMM ANTITRUST LITIGATION,<br><br>This Document Relates To:<br>ALL ACTIONS | Case 3:17-md-02773-JSC<br><br>**DECLARATION OF GEOFFREY T. HOLTZ IN RESPONSE TO COURT ORDERS (ECF 922, 1014, 1036)**<br><br>Judge: Hon. Jacqueline Scott Corley |

I, Geoffrey T. Holtz, declare as follows:

1. I am an attorney licensed to practice law in the State of California, a partner of Morgan, Lewis & Bockius LLP, and counsel of record for Defendant Qualcomm Incorporated ("Qualcomm"). I have personal knowledge of the facts set forth herein, or my knowledge is based upon my review of records of this case. If called upon as a witness in this action, I could and would testify competently thereto.

2. I submit this declaration and the attached exhibits pursuant to the Court's orders, ECF 992, 1014, and 1036.

3. Attached hereto as Exhibit 1 is a copy of the Expert Report of Einer R. Elhauge, previously submitted under seal in this action as ECF 900-1 and ECF 938-2, with the redactions ordered by the Court applied.

4. Attached hereto as Exhibit 2 is a copy of the Reply Expert Report of Einer R. Elhauge, previously submitted under seal in this action as ECF 900-2 and ECF 938-3, with the redactions ordered by the Court applied.

5. Attached hereto as Exhibit 3 is a copy of the Expert Report of Dr. Kenneth Flamm, previously submitted under seal in this action as ECF 947-3 Exhibit 1, with the redactions ordered by the Court applied.

6. Attached hereto as Exhibit 4 is a copy of the Expert Rebuttal Report of Dr. Kenneth Flamm, previously submitted under seal in this action as ECF 947-3 Exhibit 2, with the redactions ordered by the Court applied.

7. Attached hereto as Exhibit 5 is a copy of the Supplemental Expert Report of Dr. Kenneth Flamm, previously submitted under seal in this action as ECF 947-3 Exhibit 3, with the redactions ordered by the Court applied.

8. Attached hereto as Exhibit 6 is a copy of the document previously submitted under seal in this action as ECF 947-3 Exhibit 4, with the redactions ordered by the Court applied.

9. Attached hereto as Exhibit 7 is a copy of the document previously submitted under seal in this action as ECF 947-3 Exhibit 5, with the redactions ordered by the Court applied.

10. Attached hereto as Exhibit 8 is a copy of the document previously submitted under

1   seal in this action as ECF 947-3 Exhibit 6, with the redactions ordered by the Court applied.

2   11.    Attached hereto as Exhibit 9 is a copy of the document previously submitted under
3   seal in this action as ECF 947-3 Exhibit 8, with the redactions ordered by the Court applied.

4   12.    Attached hereto as Exhibit 10 is a copy of the document previously submitted
5   under seal in this action as ECF 947-3 Exhibit 10, with the redactions ordered by the Court
6   applied.

7   13.    Attached hereto as Exhibit 11 is a copy of the document previously submitted
8   under seal in this action as ECF 947-3 Exhibit 11, with the redactions ordered by the Court
9   applied.

10  14.    Attached hereto as Exhibit 12 is a copy of the document previously submitted
11  under seal in this action as ECF 947-3 Exhibit 12, with the redactions ordered by the Court
12  applied.

13  15.    Attached hereto as Exhibit 13 is a copy of the document previously submitted
14  under seal in this action as ECF 947-3 Exhibit 17, with the redactions ordered by the Court
15  applied.

16  16.    Attached hereto as Exhibit 14 is a copy of the document previously submitted
17  under seal in this action as ECF 947-3 Exhibit 19, with the redactions ordered by the Court
18  applied.

19  17.    Attached hereto as Exhibit 15 is a copy of the document previously submitted
20  under seal in this action as ECF 947-3 Exhibit 22, with the redactions ordered by the Court
21  applied.

22  18.    Attached hereto as Exhibit 16 is a copy of the document previously submitted
23  under seal in this action as ECF 947-3 Exhibit 33, with the redactions ordered by the Court
24  applied.

25  19.    Attached hereto as Exhibit 17 is a copy of the document previously submitted
26  under seal in this action as ECF 947-3 Exhibit 45, with the redactions ordered by the Court
27  applied.

28  20.    Attached hereto as Exhibit 18 is a copy of the Plaintiffs' Opposition to Defendant

1  Qualcomm Incorporated's Motion for Summary Judgment, previously submitted under seal in
2  this action as ECF 947-2, with the redactions ordered by the Court applied.
3      21.    Attached hereto as Exhibit 19 is a copy of Qualcomm Incorporated's Reply Brief
4  in Support of Motion for Summary Judgment, previously submitted under seal in this action as
5  ECF 981-2, with the redactions ordered by the Court applied.

7      I declare under penalty of perjury under the laws of the United States of America that the
8  foregoing is true and correct and that I executed this declaration on January 19, 2024, in San
9  Francisco, California.

                                          */s/ Geoffrey T. Holtz*
                                          Geoffrey T. Holtz