UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN STROMBERG, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>QUALCOMM INCORPORATED, et al.,<br><br>        Defendants. | Case No. 17-md-02773-JSC<br><br>**ORDER RE: PROPOSED DISMISSAL OF UCL UNFAIRNESS CLAIM** |

In February 2025, the Ninth Circuit "largely affirm[ed]" the judgments against Plaintiffs. *Key v. Qualcomm Inc.*, 129 F.4th 1129, 1135 (9th Cir. 2025). As to Plaintiffs' UCL unfairness claim, the Ninth Circuit concluded the Court "lacked equitable jurisdiction" and so "vacate[d] the . . . summary judgment order in that respect and remand[ed] with instructions to dismiss that claim without prejudice to refile in state court." *Id.* at 1147. The mandate has since issued. (Dkt. No. 1044.)

Consistent with the Ninth Circuit's opinion, the Court intends to dismiss without prejudice Plaintiffs' UCL unfairness claim. If a party objects, the deadline to file an objection is April 8, 2025.

**IT IS SO ORDERED.**

Dated: April 1, 2025

JACQUELINE SCOTT CORLEY
United States District Judge