UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAREN STROMBERG, et al.,

          Plaintiffs,

     v.

QUALCOMM INCORPORATED, et al.,

          Defendants.

Case No.  17-md-02773-JSC

**ORDER DISMISSING UCL UNFAIRNESS CLAIM**

On April 1, 2025, the Court stated it "intends to dismiss without prejudice Plaintiffs' UCL unfairness claim" and provided April 8, 2025 as the deadline to object.  (Dkt. No. 1045.)  No objections were filed, so the Court dismisses without prejudice Plaintiffs' UCL unfairness claim.

This Clerk shall close the case.

**IT IS SO ORDERED.**

Dated: April 9, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California