KEKER, VAN NEST & PETERS LLP
Robert A. Van Nest - # 84065
rvannest@keker.com
Eugene M. Paige - # 202849
epaige@keker.com
Cody S. Harris - #255302
charris@keker.com
Matan Shacham - # 262348
mshacham@keker.com
Kristin E. Hucek - # 321853
khucek@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391 5400
Facsimile:     (415) 397 7188

MORGAN, LEWIS & BOCKIUS LLP
Richard S. Taffet *(pro hac vice)*
richard.taffet@morganlewis.com
101 Park Avenue
New York, NY 10178-0060
Telephone: (212) 309-6000
Facsimile:  (212) 309-6001

MORGAN, LEWIS & BOCKIUS LLP
Geoffrey T. Holtz (SBN 191370)
gholtz@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile:  (415) 442-1001

Attorneys for Defendant
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: QUALCOMM ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 3:17-md-02773-JSC<br><br>**QUALCOMM'S REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT QUALCOMM INCORPORATED'S BILL OF COSTS**<br><br>Dept.:     Courtroom 8, 19th Floor<br>Judge:    Hon. Jacqueline Scott Corley |

Defendant Qualcomm respectfully submits this reply to Plaintiffs' Response to its Bill of Costs.

On October 5, 2023, the Court entered its Final Judgment in this matter. *See* ECF No. 1008. On October 19, 2023, Qualcomm submitted its bill of costs in this matter. *See* ECF No. 1010. On November 3, 2023, Plaintiffs submitted what they referred to as their response to that bill of costs. *See* ECF No. 1012. In that response, Plaintiffs did not contest the substance of Qualcomm's bill of costs, but instead "request[ed] that the Court stay enforcement of the Bill of Costs pending appeal." *Id.* On March 27, 2025, the mandate of the United States Court of Appeals for the Ninth Circuit in the appeal of this matter was entered on this Court's docket. *See* ECF No. 1044. On April 9, 2025, Judge Corley entered an order in accordance with the Ninth Circuit's mandate and ordered that the case be closed. *See* ECF No. 1046.

Accordingly, Qualcomm respectfully submits that it is now time for the Court to tax the costs set forth in Qualcomm's bill of costs, and respectfully requests that the Clerk do so.

Dated: April 16, 2025

KEKER, VAN NEST & PETERS LLP

By: */s/ Eugene M. Paige*
Robert A. Van Nest
Eugene M. Paige
Cody S. Harris
Matan Shacham
Kristin E. Hucek

Richard S. Taffet *(pro hac vice)*
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
Tel.:    (212) 309-6000
Fax:    (212) 309-6001
richard.taffet@morganlewis.com

Geoffrey T. Holtz (SBN 191370)
MORGAN, LEWIS & BOCKIUS LLP
One Market Plaza, Spear Street Tower
San Francisco, CA 94105-1596
Tel.:    (415) 442-1000
Fax:    (415) 442-1001
gholtz@morganlewis.com

Attorneys for Defendant
QUALCOMM INCORPORATED

1
QUALCOMM'S REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT QUALCOMM
INCORPORATED'S BILL OF COSTS
Case No. 3:17-md-02773-JSC

2903314.v1